UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                   :
                                                            :
                -v-                                         :    24-CR-140 (PAE)
                                                            :
JONATHAN MOYNAHAN LARMORE,                                  :    SCHEDULING ORDER
                                                            :
                Defendant.                                  :
                                                            :
------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    For the reasons stated on the record at the conference held on March 19, 2024, the Court hereby sets the following schedule and deadlines:

- The next conference in this case is scheduled for **May 15, 2024, at 11 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Trial in this case is scheduled to begin **October 15, 2024, at 9 a.m.**.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A) until **October 15, 2024.**

SO ORDERED.

Dated: March 21, 2024
       New York, New York

                                                    PAUL A. ENGELMAYER
                                                    United States District Judge