

INTERNATIONAL SQUARE
1825 EYE STREET, NW, SUITE 900
WASHINGTON, DC 20006-5468
TELEPHONE: 202-457-0160
FACSIMILE: 844-670-6009
http://www.dickinsonwright.com

SETH B. WAXMAN
SWaxman@dickinsonwright.com
202-466-5956

June 17, 2024

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Street
New York, New York 10007

    Re:    *United States v. Larmore*, 24 Cr. 140 (PAE)

Dear Judge Engelmayer:

    Defendant Jonathan Larmore, through undersigned counsel, hereby notifies the Court that Mr. Larmore does not intend to file a motion to suppress the data that was recovered from the cell phone that was seized by law enforcement from Mr. Larmore during his arrest on March 14, 2024. As such, the Court need not set a briefing schedule or hearing on this issue.

        Sincerely,

        /s/

        Seth B. Waxman

cc:  Assistant United States Attorneys (via ECF)

The Court thanks counsel for this notification.

6/18/2024

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

ARIZONA  CALIFORNIA  COLORADO  FLORIDA  ILLINOIS  KENTUCKY  MICHIGAN  NEVADA  OHIO  TENNESSEE  TEXAS  WASHINGTON DC  TORONTO