## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERCIA, | |
| Plaintiff, | |
| v. | Case No. 24-cr-00140 (PAE) |
| JONATHAN LARMORE | |
| Defendants | |

**DEFENDANT'S CONSENT MOTION TO**
**ADJOURN THE DEADLINE FOR MOTIONS *IN LIMINE***

Defendant Jonathan Larmore ("Larmore"), by and through his attorneys, Dickinson Wright, PLLC, hereby respectfully moves to adjourn the deadline for motions *in limine* to August 19, 2024, with responsive briefs due on September 4, 2024, and any replies thereto due on September 11, 2024. Through consultation, the government consented to the request set forth in this motion.

As grounds for this motion, the Defendant states:

1. The government has produced a large volume of documents that are still under review.

2. Defense counsel has been diligently digesting and reviewing these materials, but additional time is necessary to consider what motions *in limine* are necessary in this matter.

WHEREFORE, Defendant Jonathan Larmore respectfully requests that the deadline for motions *in limine* be adjourned as set forth herein.

Dated: July 26, 2024.  DICKINSON WRIGHT PLLC

By: */s/ Seth Waxman*
Seth B. Waxman (DC Bar #456156)
Michael M. Beckwith (admitted *pro hac vice*)
DICKINSON WRIGHT PLLC
1825 I Street N.W. Suite 900
Washington, DC 20006
swaxman@dickinson-wright.com

*Attorneys for Defendant Jonathan Larmore*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF systems, which will provide electronic mail notice to all counsel of record.

*/s/ Seth B. Waxman*
Seth B. Waxman
