

INTERNATIONAL SQUARE
1825 EYE STREET, NW, SUITE 900
WASHINGTON, DC 20006-5468
TELEPHONE: 202-457-0160
FACSIMILE: 844-670-6009
http://www.dickinsonwright.com

SETH B. WAXMAN
SWaxman@dickinsonwright.com
202-466-5956

August 1, 2024

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Street
New York, New York 10007

     **Re:**    ***United States v. Larmore*, 24 Cr. 140 (PAE)**

Dear Judge Engelmayer:

     Defendant Jonathan Larmore, through undersigned counsel, hereby request the court to set a deadline of August 7, 2024 to file our opposition to the government's motion to modify the defendant's bond conditions due to the fact that I am currently travelling.

     Thank you.

          Sincerely,

           /s/

          Seth B. Waxman

cc: Assistant United States Attorneys (via ECF)