# EXHIBIT 3

| From: | Amber Zink[Harborwalk@fishermensvillage.com] |
|---|---|
| Sent: | Thu 8/24/2023 5:45:01 PM (UTC) |
| To: | Jon Larmore[Jon.Larmore@arciterra.com] |
| Subject: | Re: INFO AS REQUESTED    Germantown Square    Memphis, TN    $12,800,000    9.23% cap    Occ   81.6% |

Love it

Sent from my iPhone

On Aug 24, 2023, at 1:28 PM, Jon Larmore <Jon.Larmore@arciterra.com> wrote:

We Work transformed to We Like | Work | Play | Learn



Goals & Dreams Foundation
\* B u i l t  o n  a  R o c k \*

**Jon Larmore**|CEO

Fishermen's Village
ArciTerra Companies

1200 West Retta Esplande 57A
Punta Gorda FL 33950
O: (602) 840-6800|C: (602) 708-8818
<Jon.Larmore@arciterra.com>

---

**From:** Amber Zink <Harborwalk@fishermensvillage.com>
**Sent:** Wednesday, August 23, 2023 11:03 AM
**To:** Jon Larmore <Jon.Larmore@arciterra.com>
**Subject:** Re: INFO AS REQUESTED Germantown Square Memphis, TN $12,800,000 9.23% cap Occ 81.6%

You create a community inside of the different shopping mall so you bring people there for the Pickleball courts and pro shop, the Brewhouse, the shared work space, the retail, etc. Keep all the necessities all in one place so they spend all their money in one place. It's something we could do everywhere.

Sent from my iPhone

On Aug 23, 2023, at 10:48 AM, Jon Larmore <Jon.Larmore@arciterra.com> wrote:

Would this be a good site for Pickle store with indoor courts?

**Jon Larmore**|CEO

Fishermen's Village
ArciTerra Companies

1200 West Retta Esplande 57A
Punta Gorda FL 33950
O: (602) 840-6800|C: (602) 708-8818
Jon.Larmore@arciterra.com

**From:** Jason Cropper <jason.cropper@crestreadvisors.com>
**Sent:** Wednesday, August 23, 2023 10:28 AM
**To:** Jon Larmore <Jon.Larmore@arciterra.com>
**Cc:** cj.cropper <cj.cropper@crestreadvisors.com>
**Subject:** INFO AS REQUESTED Germantown Square Memphis, TN $12,800,000 9.23% cap Occ 81.6%

Here you go.

Lert us know questions etc

**From:** Jon Larmore <Jon.Larmore@arciterra.com>
**Sent:** Wednesday, August 23, 2023 9:14 AM
**To:** Jason Cropper <jason.cropper@crestreadvisors.com>
**Subject:** RE: Germantown Square Memphis, TN $12,800,000 9.23% cap Occ 81.6%

Send me a package

**Jon Larmore**|CEO

Fishermen's Village
ArciTerra Companies

1200 West Retta Esplande 57A
Punta Gorda FL 33950
O: (602) 840-6800|C: (602) 708-8818
Jon.Larmore@arciterra.com

**From:** Jason Cropper <jason.cropper@crestreadvisors.com>
**Sent:** Wednesday, August 23, 2023 9:27 AM
**To:** Jason Cropper <jason.cropper@crestreadvisors.com>
**Cc:** cj.cropper <cj.cropper@crestreadvisors.com>
**Subject:** Germantown Square Memphis, TN $12,800,000 9.23% cap Occ 81.6%

Good morning
Let me know if you want the full set up here?

**Investment Highlights**
• Prime Location in the Northeast Submarket of the Memphis MSA
• Easy Access to I-40, Hwy 64 and Germantown Parkway, three major corridors through the Memphis Area
• Signalized Intersection
• Area retailers include Petco, Party City, Malco Theater, HomeGoods, Kroger, Walmart, Marshalls, IKEA, Kohl's, Lowe's, Dick's Sporting Goods, Ashley HomeStore, and more
• Highly Visible and Easily Accessible with Seven Points of Ingress/Egress
• Large Pylon Sign
<span style="color:red">• Upside Through Lease Up of Two Available Units Totaling 26,230 SF (18.4% of GLA)</span>

**Marketing Description**
Germantown Square, a 142,626 square-foot single-story shopping center built in 2000.
The property sits on 16 acres and is located on the northwest signalized corner of Germantown Parkway, a main thoroughfare of the area, and Cordova Road in the northeast submarket of Cordova, a submarket of the Memphis MSA, in the county of Shelby, Tennessee.
The property is occupied by three tenants: Incredible Pizza, University of Memphis, and the Tile Shop.
There are two available units (17,000 SF and 9,230 SF) available for lease up, providing upside for an investor.
A new Tops BBQ, not part of the sale offering, is currently undergoing construction on a pad site adjacent to the University of Memphis Culinary School.

&lt;0-TN-Cordova-Germantown Square-OM.pdf&gt;