# EXHIBIT 4

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 13 | Date Range: 8/30/2023 |

## Outline of Conversations

 **CHAT - CHAT0000001 - 02006 - 2023/08/30** • 13 messages on 8/30/2023 • Jon Larmore <(239)220-1238> • Pat Cochran <+19374502555>

**Messages in chronological order** (times are shown in GMT +00:00)

### 💬 CHAT - CHAT0000001 - 02006 - 2023/08/30

**JL**   **Jon Larmore <(239)220-1238>**   8/30/2023, 6:14 PM
What did you find out about all we discussed

**PC**   **Pat Cochran <+19374502555>**   8/30/2023, 6:19 PM
Rocky and i have everything almost ready for you
The aqua place hasn't answered today, probably because the hurricane
Stock accounts all set up just needs funds
We work is sitting at like .11 c moving very little to no volume

**JL**   **Jon Larmore <(239)220-1238>**   8/30/2023, 6:21 PM
Perfect. How about a hot air balloon and a plane with a banner

**PC**   **Pat Cochran <+19374502555>**   8/30/2023, 6:21 PM
And nico and i will have our presentation for you for this distribution center we've been working on that will make bank

**PC**   **Pat Cochran <+19374502555>**   8/30/2023, 6:21 PM
Liked "Perfect. How about a hot air balloon and a plane w…"

**PC**   **Pat Cochran <+19374502555>**   8/30/2023, 6:21 PM
On the air balloons now

**PC**   **Pat Cochran <+19374502555>**   8/30/2023, 6:21 PM
And planes with banners

**JL**   **Jon Larmore <(239)220-1238>**   8/30/2023, 6:21 PM
Liked "And planes with banners"

**JL**   **Jon Larmore <(239)220-1238>**   8/30/2023, 6:33 PM
https://www.youtube.com/watch?v=IXF25hdyGE0

**JL**   **Jon Larmore <(239)220-1238>**   8/30/2023, 6:33 PM
Can you put this into chat bot, and change the word heat to squeeze?

**PC**   **Pat Cochran <+19374502555>**   8/30/2023, 6:34 PM
Shouldn't be a problem

**JL**   **Jon Larmore <(239)220-1238>**   8/30/2023, 6:49 PM
https://www.cmcmarkets.com/en/

**JL**   **Jon Larmore <(239)220-1238>**   8/30/2023, 6:50 PM
https://www.ig.com/uk/spread-betting/what-is-spread-betting-how-does-it-work