# EXHIBIT 8

# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 39 | Date Range: 9/5/2023 |

## Outline of Conversations

 **CHAT - CHAT0000001 - 01826 - 2023/09/05** • 39 messages on 9/5/2023 • Amber <+19412861734> • Bobby <+12525644885> • Jon Larmore <(239)220-1238> • PRINCESS <+12392201139>

💬 **CHAT - CHAT0000001 - 01826 - 2023/09/05**

JL **Jon Larmore <(239)220-1238>**                                         9/5/2023, 2:35 PM
Attached URL: https://p29-
content.icloud.com/MC38D7070FDE51335EE730AEA0259186E4B8DFA57D8778DF33C36277BCF060F3B.C01USN00A
ttachment Title: 71561729698__7659D47D-BE91-49C1-8B8D-B9991DDC61DE.HEIC

*Attachment: 71561729698__7659D47D-BE91-49C1-8B8D-B9991DDC61DE.HEIC (2 MB)*

JL **Jon Larmore <(239)220-1238>**                                         9/5/2023, 2:35 PM
What about 53 FV not just stores?

A **Amber <+19412861734>**                                                 9/5/2023, 2:42 PM
Attached URL: https://p25-
content.icloud.com/MFD15B353986F3F0AF62481B2D21D2A0592F6858BA7B27882A2A530ABE7ACA697.C01USN00At
tachment Title: 71561763611__B92BE4F3-5A0B-4260-9C1C-AD950BB26EEF.MOV

*Attachment: 71561763611__B92BE4F3-5A0B-4260-9C1C-AD950BB26EEF.MOV (2 MB)*

JL **Jon Larmore <(239)220-1238>**                                         9/5/2023, 2:49 PM
Exciting

A **Amber <+19412861734>**                                                 9/5/2023, 2:52 PM
Loved "What about 53 FV not just stores?"

A **Amber <+19412861734>**                                                 9/5/2023, 2:52 PM
Loved an image

JL **Jon Larmore <(239)220-1238>**                                         9/5/2023, 3:13 PM
Now I know why God wanted me to encourage you to have a buying entity

A **Amber <+19412861734>**                                                 9/5/2023, 3:37 PM
Attached URL: https://p44-
content.icloud.com/MFD15B353986F3F0AF62481B2D21D2A0592F6858BA7B27882A2A530ABE7ACA697.C01USN00At
tachment Title: 71562095518__41941DB3-3961-42DE-8E56-D94995DA0597.MOV

*Attachment: 71562095518__41941DB3-3961-42DE-8E56-D94995DA0597.MOV (5 MB)*

A **Amber <+19412861734>**                                                 9/5/2023, 3:49 PM
Attached URL: https://p56-
content.icloud.com/MFD15B353986F3F0AF62481B2D21D2A0592F6858BA7B27882A2A530ABE7ACA697.C01USN00At
tachment Title: 71562176113__26B04145-5B00-41E0-8370-62E2B65C2CDF.HEIC

*Attachment: 71562176113__26B04145-5B00-41E0-8370-62E2B65C2CDF.HEIC (1 MB)*

A **Amber <+19412861734>**                                                 9/5/2023, 3:49 PM
All better!!

JL **Jon Larmore <(239)220-1238>**                                         9/5/2023, 4:59 PM
He was hungry. Happens w me and Anna all the time

**A  Amber <+19412861734>**                                                    9/5/2023, 4:59 PM
Hangry

**B  Bobby <+12525644885>**                                                    9/5/2023, 4:59 PM
I miss you guys

**P  PRINCESS <+12392201139>**                                                 9/5/2023, 5:17 PM
We get very hangry. We miss you guys so much.! Please take off work soon

**JL  Jon Larmore <(239)220-1238>**                                            9/5/2023, 6:08 PM
Bobby I know how much you Harte to text but it puts a smile on my face every time I hear from you. Hope you are good brother

**A  Amber <+19412861734>**                                                    9/5/2023, 6:09 PM
Loved "We get very hangry. We miss you guys so much.! Ple…"

**A  Amber <+19412861734>**                                                    9/5/2023, 6:10 PM
Loved "Bobby I know how much you Harte to text but it put…"

**JL  Jon Larmore <(239)220-1238>**                                            9/5/2023, 6:12 PM
Hate not Harte

**B  Bobby <+12525644885>**                                                    9/5/2023, 6:18 PM
Lol it's not that I hate texting, I usually just always get beaten to the punch. I start sounding repetitive. I love you guys so much.

**JL  Jon Larmore <(239)220-1238>**                                            9/5/2023, 6:32 PM
Anna and I looked at another dying mall in Norfolk. I think we all understand the different retail and service retail options that we can make available and restaurant offerings are pretty universal. Here are my thoughts on other uses to make it a Fishermans village wework we live we play we learn.

Pickle ball
Jungle gym
Daycare
Schools
Adult classes
Wood metal drywall construction vocational training
Marine repair training
Marine schools
Aviation training
Aviation refurbishment
Coworker Offices call
Musical training, and retail
Cooking school

Hopefully that gives you the idea please brainstorm and add whatever else would be good to throw in the mix

I am envisioning, turning the malls in to private clubs that are Christian-based and do not allow any of the woke bullshit

Membership would be $77 a year or seven dollars a month

I would like to utilize a model where 10% was donated to a foundation and 10% of sales was paid toward rent and 10% went to the owners and workers. They are by keeping the costs of everything extremely low and affordable compared to Watts available from competitors.

I believe that through a buying entity we could secure product through China or other places, very inexpensively

Lots to digest here, but feel free to give me your feedback

**A  Amber <+19412861734>**                                                    9/5/2023, 7:14 PM
Attached URL: https://p45-
content.icloud.com/MFD15B353986F3F0AF62481B2D21D2A0592F6858BA7B27882A2A530ABE7ACA697.C01USN00At
tachment Title: IMG_8029.MOV

*Attachment: IMG_8029.MOV (8 MB)*

**A**  **Amber <+19412861734>**                                    9/5/2023, 7:14 PM

Loved "Anna and I looked at another dying mall in Norfolk…"

**B**  **Bobby <+12525644885>**                                    9/5/2023, 7:14 PM

Loved a movie

**A**  **Amber <+19412861734>**                                    9/5/2023, 7:17 PM

Attached URL: https://p41-
content.icloud.com/MFD15B353986F3F0AF62481B2D21D2A0592F6858BA7B27882A2A530ABE7ACA697.C01USN00At
tachment Title: 71563423306__5814A70B-35EC-4670-98C6-78CB6C1120B4.MOV

*Attachment: 71563423306__5814A70B-35EC-4670-98C6-78CB6C1120B4.MOV (2 MB)*

**B**  **Bobby <+12525644885>**                                    9/5/2023, 7:18 PM

It may be slow season, but we aren't slowing down!!! Trying full steam to have everything running smoothly by
thanksgiving!!! ❤️

**A**  **Amber <+19412861734>**                                    9/5/2023, 7:26 PM

I think this is all amazing it would be creating communities bringing people together and creating something that is needed
and wanted for all.

**P**  **PRINCESS <+12392201139>**                                 9/5/2023, 8:16 PM

Emphasized "Bobby I know how much you Harte to text but it put…"

**P**  **PRINCESS <+12392201139>**                                 9/5/2023, 8:20 PM

Loved "Anna and I looked at another dying mall in Norfolk…"

**JL**  **Jon Larmore <(239)220-1238>**                            9/5/2023, 9:44 PM

Attached URL: https://p36-
content.icloud.com/MC38D7070FDE51335EE730AEA0259186E4B8DFA57D8778DF33C36277BCF060F3B.C01USN00A
ttachment Title: FILE_2159.xlsx

*Attachment: FILE_2159.xlsx (21 KB)*

**JL**  **Jon Larmore <(239)220-1238>**                            9/5/2023, 9:45 PM

List of malls that have been transferred to the lenders special servicing department, which typically happens when there is
a loan default

**P**  **PRINCESS <+12392201139>**                                 9/5/2023, 10:07 PM

Store idea: interactive art splatter /paint guns, paint balloons etc. painting, classes etc.
(with the top golf concept but instead of golf you have canvases on a carpet display type of machine so it can rotate and
you can paint, splatter & shoot onto canvases while you eat drink etc

Lol sorry if that's confusing I can't think of words right now.

**P**  **PRINCESS <+12392201139>**                                 9/5/2023, 11:11 PM

Attached URL: https://p37-
content.icloud.com/MDC1543659E1999EF98774C48423E7477442F7E93DE0F40DCA2EFD127A02AF290.C01USN00Att
achment Title: IMG_4509.mov

*Attachment: IMG_4509.mov (4 MB)*

**Bobby <+12525644885>**                                    9/5/2023, 11:13 PM
Loved a movie

**Bobby <+12525644885>**                                    9/5/2023, 11:13 PM
That's awesome

**Amber <+19412861734>**                                    9/5/2023, 11:17 PM
Loved a movie

**Amber <+19412861734>**                                    9/5/2023, 11:39 PM
Attached URL: https://p60-
content.icloud.com/MFD15B353986F3F0AF62481B2D21D2A0592F6858BA7B27882A2A530ABE7ACA697.C01USN00At
tachment Title: 71564994392__E358426C-EB1D-41DF-BF4A-F9CFC53EE55E.MOV

*Attachment: 71564994392__E358426C-EB1D-41DF-BF4A-F9CFC53EE55E.MOV (5 MB)*

**PRINCESS <+12392201139>**                                 9/5/2023, 11:46 PM
Loved a movie

**PRINCESS <+12392201139>**                                 9/5/2023, 11:46 PM
So freaking cute

**Jon Larmore <(239)220-1238>**                             9/5/2023, 11:47 PM
Priceless

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Property Name** | **Property Address** | **City** | **State** | **Zip** | **Square Feet** |
| 2 | The Mall at Partridge Creek | 17420 Hall Road | Clinton Township | MI | 48038 | 626,162 |
| 3 | Park Place Mall | 5870 East Broadway Boulevard | Tucson | AZ | 85711 | 478,333 |
| 4 | Sangertown Square | 1 Sangertown Square | New Hartford | NY | 13413 | 894,127 |
| 5 | Destiny USA Phase I | 9090 Destiny USA Drive | Syracuse | NY | 13204 | 1,240,592 |
| 6 | The Shoppes at Buckland Hills | 194 Buckland Hills Drive | Manchester | CT | 06042 | 535,235 |
| 7 | Cottonwood Mall | 10000 Coors Bypass Northwest | Albuquerque | NM | 87114 | 410,452 |
| 8 | Fair Oaks Mall | 11750 Fair Oaks Mall | Fairfax | VA | 22033 | 779,949 |
| 9 | Rogue Valley Mall | 1600 North Riverside Avenue | Medford | OR | 97501 | 453,935 |
| 10 | Poughkeepsie Galleria | 2001 South Road | Poughkeepsie | NY | 12601 | 691,325 |
| 11 | Glenbrook Square | 4201 Coldwater Road | Fort Wayne | IN | 46805 | 1,005,604 |
| 12 | Broward Mall | 8000 West Broward Boulevard | Plantation | FL | 33388 | 325,701 |
| 13 | Market Square at Montrose | 3742 Brookwall Drive | Fairlawn | OH | 44333 | 166,373 |
| 14 | Mall at Turtle Creek | 3000 East Highland Drive | Jonesboro | AR | 72401 | 329,398 |
| 15 | Lakeland Square Mall | 3800 U.S. Highway 98 North | Lakeland | FL | 33809 | 535,937 |
| 16 | Eastgate Mall | 4601 Eastgate Boulevard | Union Township | OH | 45245 | 272,447 |
| 17 | Mall of America | 60 E Broadway | Bloomington | MN | 55425 | 2,642,605 |
| 18 | Valley West Mall | 1551 Valley West Drive | West Des Moines | IA | 50266 | 856,428 |
| 19 | Oak Court Mall | 4465 Poplar Avenue | Memphis | TN | 38117 | 240,197 |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 20 | Promenade Shops at Centerra | 5971 Sky Pond Drive | Loveland | CO | 80538 | 493,160 |
| 21 | MacArthur Center | 300 Monticello Avenue | Norfolk | VA | 23510 | 927,692 |
| 22 | Brunswick Square | 755 State Route 18 | East Brunswick | NJ | 08816 | 292,685 |
| 23 | Golden East Crossing - B note | 1100 North Wesleyan Boulevard | Rocky Mount | NC | 27804 | 461,699 |
| 24 | Solomon Pond Mall | 601 Donald Lynch Boulevard | Marlborough | MA | 01752 | 399,266 |
| 25 | Prince Kuhio Plaza | 111 East Puainako Street | Hilo | HI | 96720 | 444,240 |
| 26 | Meadows Mall | 4300 Meadows Lane | Las Vegas | NV | 89107 | 307,988 |
| 27 | Chesterfield Towne Center | 11500 Midlothian Turnpike, 11304 Midlothian Turnpike | North Chesterfield | VA | 23235 | 1,018,855 |
| 28 | Westfield Palm Desert | 72810 & 72840 Highway 111; 44430 & 44480 Town | Palm Desert | CA | 92260 | 572,724 |
| 29 | Bayshore Mall | 3300 Broadway Street | Eureka | CA | 95501 | 515,912 |
| 30 | Golden East Crossing - A note | 1100 North Wesleyan Boulevard | Rocky Mount | NC | 27804 | 461,699 |
| 31 | RiverTown Crossings Mall | 3700 Rivertown Parkway | Grandville | MI | 49418 | 635,769 |
| 32 | Carolina Place | 11025 Carolina Place Parkway | Pineville | NC | 28134 | 647,511 |
| 33 | Southridge Mall | 5300 South 76th Street | Greendale | WI | 53129 | 553,801 |
| 34 | Rimrock Mall | 300 South 24th Street West | Billings | MT | 59102 | 428,661 |
| 35 | Northlake Mall | 6801 Northlake Mall Drive | Charlotte | NC | 28216 | 539,813 |
| 36 | Pecanland Mall | 4700 Millhaven Road | Monroe | LA | 71203 | 433,200 |
| 37 | Queen Ka'ahumanu Center | 275 West Kaahumanu Avenue | Kahului | HI | 96732 | 570,904 |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 38 | Poughkeepsie Galleria | 2001 South Road | Poughkeepsie | NY | 12601 | 691,325 |
| 39 | Solano Mall | 1350 Travis Boulevard | Fairfield | CA | 94533 | 561,015 |
| 40 | Killeen Mall | 2100 South W.S. Young Drive | Killeen | TX | 76543 | 386,759 |
| 41 | DuBois Mall | 690 Shaffer Road | Dubois | PA | 15801 | 439,451 |
| 42 | Oglethorpe Mall | 7804 Abercorn Street | Savannah | GA | 31406 | 626,966 |
| 43 | Broward Mall | 8000 West Broward Boulevard | Plantation | FL | 33388 | 325,701 |
| 44 | Southland Center Mall | 23000 Eureka Road | Taylor | MI | 48180 | 611,143 |
| 45 | Ingram Park Mall | 6301 Northwest Loop 410 | San Antonio | TX | 78238 | 374,859 |
| 46 | Glenbrook Square | 4201 Coldwater Road | Fort Wayne | IN | 46805 | 1,005,604 |
| 47 | Oak Court Mall | 4465 Poplar Avenue | Memphis | TN | 38117 | 240,197 |
| 48 | Coastland Center | 1900 Tamiami Trail North | Naples | FL | 34102 | 458,926 |
| 49 | Chicago Ridge Mall | 444 Chicago Ridge Mall | Chicago Ridge | IL | 60415 | 568,915 |
| 50 | Augusta Mall | 3450 Wrightsboro Road | Augusta | GA | 30909 | 500,222 |
| 51 | Westfield Palm Desert Mall | 72810 & 72840 Highway 111 and 44430 & 44480 Town | Palm Desert | CA | 92260 | 572,724 |
| 52 | The Mall at Wellington Green | 10300 West Forest Hill Boulevard | Wellington | FL | 33414 | 719,978 |
| 53 | Valencia Town Center | 24201 Valencia Boulevard | Valencia | CA | 91355 | 1,106,145 |
| 54 | Mobile Festival Centre | 3725 Airport Boulevard | Mobile | AL | 36608 | 380,619 |
| 55 | Muncie Mall | 3501 North Granville | Muncie | IN | 47303 | 515,970 |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 56 | Palisades Center Mall | 1000 Palisades Center Drive | West Nyack | NY | 10994 | 1,896,322 |
| 57 | Albany Mall | 2601 Dawson Road | Albany | GA | 31707 | 446,969 |
| 58 | Dayton Mall | 2700 Miamisburg Centerville Road | Dayton | OH | 45459 | 778,487 |
| 59 | Southridge Mall | 5300 South 76th Street | Greendale | WI | 53129 | 553,801 |
| 60 | Meadows Mall | 4300 Meadows Lane | Las Vegas | NV | 89107 | 308,190 |
| 61 | White Marsh Mall | 8200 Perry Hall Boulevard | Baltimore | MD | 21236 | 702,317 |
| 62 | Westfield Countryside | 27001 U.S. Highway 19 North | Clearwater | FL | 33761 | 464,836 |
| 63 | Woodbridge Center | 250 Woodbridge Center Drive | Woodbridge | NJ | 07095 | 1,105,409 |
| 64 | White Marsh Mall | 8200 Perry Hall Boulevard | Baltimore | MD | 21236 | 702,317 |
| 65 | Oxford Valley Mall | 2300 and 2500 East Lincoln Highway | Middletown Township | PA | 19047 | 1,240,616 |
| 66 | Greenbrier Mall | 1401 Greenbriar Parkway | Chesapeake | VA | 23320 | 895,655 |
| 67 | Bridgewater Commons | 400 Commons Way | Bridgewater | NJ | 08807 | 640,210 |
| 68 | Fair Oaks Mall | 11750 Fair Oaks Mall | Fairfax | VA | 22033 | 779,949 |
| 69 | Brunswick Square | 755 State Route 18 | East Brunswick | NJ | 08816 | 292,685 |
| 70 | Valley View Mall | 3800 State Road 16 | La Crosse | WI | 54601 | 343,617 |
| 71 | Port Charlotte Town Center | 1441 Tamiami Trail | Port Charlotte | FL | 33948 | 489,695 |
| 72 | Salem Center | 401 Center Street Northeast | Salem | OR | 97301 | 212,007 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 73 | Destiny USA Phase II | 306 Hiawatha Blvd | Syracuse | NY | 13204 | 874,200 |
| 74 | Woodbridge Center | 250 Woodbridge Center Drive | Woodbridge | NJ | 07095 | 1,105,409 |
| 75 | The Mall at Tuttle Crossing | 5043 Tuttle Crossing Boulevard | Dublin | OH | 43016 | 385,057 |
| 76 | Oglethorpe Mall | 7804 Abercorn Street | Savannah | GA | 31406 | 626,966 |
| 77 | Lincolnwood Town Center | 3333 West Touhy Avenue | Lincolnwood | IL | 60712 | 421,992 |
| 78 | Mall at Turtle Creek | 3000 East Highland Drive | Jonesboro | AR | 72401 | 329,398 |
| 79 | Hampshire Mall | 367 Russell Street | Hadley | MA | 01035 | 342,544 |
| 80 | The Mall at Tuttle Crossing | 5043 Tuttle Crossing Boulevard | Dublin | OH | 43016 | 385,057 |
| 81 | Dartmouth Mall | 200 Dartmouth Mall | Dartmouth | MA | 02747 | 530,798 |
| 82 | Deptford Mall | 1750 Deptford Center Road | Deptford | NJ | 08096 | 343,910 |
| 83 | Newgate Mall | 3651 Wall Avenue | Ogden | UT | 84405 | 497,962 |
| 84 | Fair Oaks Mall | 11750 Fair Oaks Mall | Fairfax | VA | 22033 | 779,949 |
| 85 | Fair Oaks Mall | 11750 Fair Oaks Mall | Fairfax | VA | 22033 | 779,949 |
| 86 | Susquehanna Valley Mall | 1 Susquehanna Valley Mall Drive | Selinsgrove | PA | 17870 | 628,063 |
| 87 | Alamance Crossing | 1080 Piper Lane | Burlington | NC | 27215 | 456,989 |
| 88 | Westfield Countryside | 27001 U.S. Highway 19 North | Clearwater | FL | 33761 | 464,836 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 89 | Towne Mall | 1704 North Dixie Highway | Elizabethtown | KY | 42701 | 353,718 |
| 90 | Palisades Center | 1000 Palisades Center Drive | West Nyack | NY | 10994 | 1,896,322 |
| 91 | RiverTown Crossings Mall | 3700 Rivertown Parkway | Grandville | MI | 49418 | 635,769 |
| 92 | Westgate Mall | 205 West Blackstock Road | Spartanburg | SC | 29301 | 453,544 |
| 93 | Champlain Centre | 60 Smithfield Boulevard | Plattsburgh | NY | 12901 | 484,556 |
| 94 | Fair Oaks Mall | 11750 Fair Oaks Mall | Fairfax | VA | 22033 | 779,949 |
| 95 | Mall de las Aguilas | 455 South Bibb Avenue | Eagle Pass | TX | 78852 | 356,877 |

| | G | H | I | J |
|---|---|---|---|---|
| 1 | Special Servicer | Special Servicer Contact | Special Servicer Phone | Sponsor |
| 2 | Wells Fargo Bank, National Association | General contact | 866-898-1615 | SCG Core-Plus Retail Fund, L.P. |
| 3 | LNR Partners, Inc | General Contact | 305-695-5600 | GGPLP L.L.C. |
| 4 | Midland | Ask Midland | 913-253-9000 | - |
| 5 | Wells Fargo Bank, National Association | General contact | 866-898-1615 | - |
| 6 | Midland | Ask Midland | 913-253-9000 | GGPLP Real Estate, Inc.; GGP, Inc. |
| 7 | Midland | Ask Midland | 913-253-9000 | Simon Property Group, L.P. |
| 8 | National Cooperative Bank | Tom Klump | 703-302-8080 | The Taubman Realty Group Limited Partnership |
| 9 | Midland | Ask Midland | 913-253-9000 | GGPLP L.L.C. |
| 10 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | Poughkeepsie Galleria Company |
| 11 | Greystone Servicing Company LLC | Barry Davis | - | GGP Limited Partnership |
| 12 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | Westfield America, Inc. |
| 13 | LNR Partners, LLC | General Contact | 305-695-5600 | - |
| 14 | CWCapital Asset Management, LLC | General Contact | 1-888-296-6206 | Rouse Properties, LP |
| 15 | Situs Holdings, LLC | George Wisniewski | 415-374-2832 | Rouse Properties, Inc. |
| 16 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | CBL & Associates Properties, Inc. |
| 17 | CWCapital Asset Management, LLC | Brian Hanson | 202-715-9500 | Triple Five Investment Ltd. |
| 18 | Midland | Ask Midland | 913-253-9000 | Stephen M. Watson; Watson Centers, Inc. |
| 19 | LNR Partners, LLC | General Contact | 305-695-5600 | Washington Prime Group Inc. |

| | G | H | I | J |
|---|---|---|---|---|
| 20 | Greystone Servicing Company LLC | Jenna Unell | - | - |
| 21 | Wells Fargo Bank, National Association | General contact | 866-898-1615 | SCG Core-Plus Retail Fund, L.P. |
| 22 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | Simon Property Group |
| 23 | Greystone Servicing Company LLC | General Contact | - | - |
| 24 | Midland | Ask Midland | 913-253-9000 | Mayflower Realty LLC |
| 25 | LNR Partners, Inc | General Contact | 305-695-5600 | GGP Limited Partnership |
| 26 | Midland | Ask Midland | 913-253-9000 | GGPLP Real Estate, Inc. |
| 27 | LNR Partners, Inc | General Contact | 305-695-5600 | Macerich Partnership L.P. |
| 28 | Mount Street US LLP | Kristin Bonczynski | - | Westfield America, Inc. |
| 29 | Greystone Servicing Company LLC | General Contact | - | Rouse Properties, LP |
| 30 | Greystone Servicing Company LLC | General Contact | - | - |
| 31 | LNR Partners, Inc | General Contact | 305-695-5600 | GGP Limited Partnership |
| 32 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | General Growth Properties Inc.; Homart II L.L.C. |
| 33 | LNR Partners, Inc | General Contact | 305-695-5600 | Simon Property Group, L.P. |
| 34 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | Starwood Capital Global Group L.P. |
| 35 | Wells Fargo Bank, National Association | General contact | 866-898-1615 | SCG Core-Plus Retail Fund, L.P. |
| 36 | Greystone Servicing Company LLC | General Contact | - | GGP Limited Partnership |
| 37 | LNR Partners, LLC | General Contact | 305-695-5600 | Scott J. Seligman |

| | G | H | I | J |
|---|---|---|---|---|
| 38 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | Poughkeepsie Galleria Company |
| 39 | Keybank National Association | General Contact | - | Star-West JV, LLC |
| 40 | CWCapital Asset Management, LLC | General Contact | 202-715-9536 | - |
| 41 | Greystone Servicing Company LLC | General Contact | - | - |
| 42 | CWCapital Asset Management, LLC | General Contact | - | GGPLP Real Estate, Inc. |
| 43 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | Westfield America, Inc. |
| 44 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | Rouse Properties, Inc. |
| 45 | Situs Holdings, LLC | George Wisniewski | 415-374-2832 | Simon Property Group, L.P. |
| 46 | Greystone Servicing Company LLC | Barry Davis | - | GGP Limited Partnership |
| 47 | LNR Partners, LLC | General Contact | 305-695-5600 | Simon Property Group |
| 48 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | GGPLP L.L.C. |
| 49 | Trimont Real Estate Advisors, LLC | General Contact | - | Star-West JV, LLC |
| 50 | CWCapital Asset Management, LLC | General Contact | 1-888-296-6206 | GGPLP L.L.C. |
| 51 | Mount Street US LLP | Kristin Bonczynski | - | Westfield America, Inc. |
| 52 | Wells Fargo Bank, National Association | General contact | 866-898-1615 | SCG Core-Plus Retail Fund, L.P. |
| 53 | Midland | Ask Midland | 913-253-9000 | - |
| 54 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | Menashe Frankel and Yecheskel Frankel |
| 55 | LNR Partners, LLC | Job Warshaw | - | Simon Property Group, L.P. |

| | G | H | I | J |
|---|---|---|---|---|
| 56 | Wells Fargo Bank, National Association | General contact | 866-898-1615 | Riesling Associates; Three J's Family Trust |
| 57 | CWCapital Asset Management, LLC | Brian Hanson | 202-715-9500 | Albany Mall Capital, LLC |
| 58 | Midland | Ask Midland | 913-253-9000 | Glimcher Properties Limited Partnership |
| 59 | LNR Partners, Inc | General Contact | 305-695-5600 | Simon Property Group, L.P. |
| 60 | Midland | Ask Midland | 913-253-9000 | GGPLP Real Estate, Inc. |
| 61 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | GGPLP Real Estate Inc.; White Marsh Mall, LLC |
| 62 | Midland | Ask Midland | 913-253-9000 | Westfield Group; O'Connor Capital Partners |
| 63 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | GGP Real Estate Holding I, Inc |
| 64 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | GGPLP Real Estate Inc.; White Marsh Mall, LLC |
| 65 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | Kravco Simon Investments, L.P., Pennsylvania Limited Partnership |
| 66 | CWCapital Asset Management, LLC | General Contact | 202-715-9500 | - |
| 67 | Wells Fargo Bank, National Association | General Contact | 866-898-1615 | - |
| 68 | National Cooperative Bank | Tom Klump | 703-302-8080 | The Taubman Realty Group Limited Partnership; Morton Olshan |
| 69 | LNR Partners, Inc | General Contact | 305-695-5600 | Simon Property Group |
| 70 | Greystone Servicing Company LLC | General Contact | - | - |
| 71 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | Simon Property Group, L.P. and JCP Realty, Inc. |
| 72 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | Gregory Greenfield & Associates, LTD. |

| | G | H | I | J |
|---|---|---|---|---|
| 73 | Wells Fargo Bank, National Association | General contact | 866-898-1615 | - |
| 74 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | GGP Real Estate Holding I, Inc |
| 75 | Midland | Ask Midland | 913-253-9000 | Simon Property Group, L.P. |
| 76 | CWCapital Asset Management, LLC | General Contact | - | GGPLP Real Estate, Inc. |
| 77 | Torchlight Loan Services, LLC | General Contact | 212-883-2800 | Simon Property Group, L.P. |
| 78 | CWCapital Asset Management, LLC | General Contact | 1-888-296-6206 | Rouse Properties, LP |
| 79 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | Pyramid Company of Hadley |
| 80 | Midland | Ask Midland | 913-253-9000 | Simon Property Group, L.P. |
| 81 | LNR Partners, LLC | General Contact | 305-695-5600 | PREIT Associates, LP |
| 82 | Keybank National Association | Tom Floyd | 214-416-3130 | The Macerich Partnership, L.P. |
| 83 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | GGP Limited Partnership |
| 84 | National Cooperative Bank | Tom Klump | 703-302-8080 | The Taubman Realty Group Limited Partnership; Morton Olshan |
| 85 | National Cooperative Bank | Tom Klump | 703-302-8080 | The Taubman Realty Group Limited Partnership; Morton Olshan |
| 86 | Keybank National Association | General Contact | - | Alma O. Cohen; Edwin Lakin; Albert Boscov; Mid-Island Properties, Inc. |
| 87 | Keybank National Association | General Contact | - | CBL & Associates Properties, Inc. |
| 88 | Midland | Ask Midland | 913-253-9000 | Westfield Group; O'Connor Capital Partners; Westfield America, Inc. |

| | G | H | I | J |
|---|---|---|---|---|
| 89 | Midland | Ask Midland | 913-253-9000 | The Macerich Partnership, L.P. |
| 90 | Wells Fargo Bank, National Association | General contact | 866-898-1615 | Riesling Associates; Three J's Family Trust |
| 91 | LNR Partners, Inc | General Contact | 305-695-5600 | - |
| 92 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | CBL & Associates Properties, Inc. |
| 93 | LNR Partners, Inc | General Contact | 305-695-5600 | Pyramid Champlain Company |
| 94 | National Cooperative Bank | Tom Klump | 703-302-8080 | The Taubman Realty Group Limited Partnership; Morton Olshan |
| 95 | Rialto Capital Advisors, LLC | Niral Shah | 305-485-2041 | MSGT LLC |

| | K | L | M | N | O |
|---|---|---|---|---|---|
| 1 | **Contact Name** | **Contact Address** | **Loan Rate** | **Maturity Date** | **Spec Serv Trans Date** |
| 2 | - | - | 8.500 | 11/08/2017 | 11/08/2019 |
| 3 | BROOKFIELD ASSET MANAGEMENT INC | 250 VESEY STREET FL 15, NEW YORK, NY 10281 | 5.180 | 05/06/2021 | 09/16/2020 |
| 4 | - | - | 5.854 | 01/01/2021 | 05/19/2023 |
| 5 | - | - | 3.814 | 06/06/2019 | 04/04/2022 |
| 6 | AT BUCKLAND HILLS SHOPPES | 617905 PO BOX, CHICAGO, IL 60661 | 5.190 | 03/01/2022 | 10/29/2020 |
| 7 | ANIMAS VALLEY MALL | 4501 NORTH BEACH STREET, FORT WORTH, TX 76137 | 4.816 | 04/06/2024 | 06/17/2021 |
| 8 | - | - | 4.258 | 05/10/2023 | 03/01/2023 |
| 9 | BRIXTON CAPITAL | 120 SOUTH SIERRA AVENUE, SOLANA BEACH, CA 92075 | 4.500 | 10/01/2022 | 10/13/2022 |
| 10 | AMERCO | 476 AMHERST STREET, NASHUA, NH 03063 | 6.612 | 11/06/2021 | 04/13/2020 |
| 11 | BROOKFIELD ASSET MANAGEMENT INC | 250 VESEY STREET FL 15, NEW YORK, NY 10281 | 4.272 | 11/06/2025 | 07/17/2020 |
| 12 | BROOKFIELD ASSET MANAGEMENT INC | 250 VESEY STREET FL 15, NEW YORK, NY 10281 | 3.883 | 03/01/2023 | 06/15/2020 |
| 13 | - | - | 4.829 | 10/01/2025 | 06/09/2020 |
| 14 | BLUE DIAMOND CROSSING LLC | 9456 PO BOX, MINNEAPOLIS, MN 55440 | 4.780 | 06/06/2026 | 08/12/2020 |
| 15 | ANIMAS VALLEY MALL | 4501 NORTH BEACH STREET, FORT WORTH, TX 76137 | 4.174 | 04/06/2023 | 04/11/2023 |
| 16 | CBL & ASSOCIATES PROPERTIES INC | 2030 HAMILTON PLACE BOULEVARD STE 500, CHATTANOOGA, TN 37421 | 4.021 | 04/01/2021 | 04/16/2020 |
| 17 | - | - | 4.380 | - | 05/21/2023 |
| 18 | BRAUN INTERVENTIONAL SYSTEMS | 3100 WEST LAKE STREET # 420, MINNEAPOLIS, MN 55416 | 4.050 | 12/06/2022 | 08/26/2019 |
| 19 | BANGOR MALL | 225 WEST WASHINGTON STREET, INDIANAPOLIS, IN 46204 | 4.756 | 04/01/2021 | 05/13/2020 |

| | K | L | M | N | O |
|---|---|---|---|---|---|
| 20 | - | - | | 7.802 03/09/2021 | 06/05/2020 |
| 21 | STARWOOD CAPITAL GROUP | 591 WEST PUTNAM AVENUE, GREENWICH, CT 06830 | | 8.500 11/08/2017 | 11/08/2019 |
| 22 | AKZO NOBEL NV | 333 EAST LAKE STREET, BLOOMINGDALE, IL 60108 | | 4.796 03/01/2024 | 07/01/2021 |
| 23 | C-III ASSET MANAGEMENT LLC | 5221 NORTH O CONNOR BOULEVARD STE 700, IRVING, TX 75039 | | 0.000 02/01/2017 | 01/08/2021 |
| 24 | SIMON PROPERTY GROUP | 4201 MARSH LANE, CARROLLTON, TX 75007 | | 4.010 11/01/2022 | 05/14/2020 |
| 25 | BROOKFIELD ASSET MANAGEMENT INC | 250 VESEY STREET FL 15, NEW YORK, NY 10281 | | 4.104 07/06/2023 | 06/16/2023 |
| 26 | - | - | | 3.964 07/01/2023 | 10/01/2020 |
| 27 | BROOKFIELD ASSET MANAGEMENT INC | 3487 PO BOX, CHICAGO, IL 60654 | | 4.745 10/01/2022 | 09/14/2022 |
| 28 | - | - | | 3.853 03/01/2025 | 08/24/2020 |
| 29 | - | - | | 3.962 11/06/2024 | 10/14/2020 |
| 30 | C-III ASSET MANAGEMENT LLC | 5221 NORTH O CONNOR BOULEVARD STE 700, IRVING, TX 75039 | | 5.250 02/01/2017 | 01/08/2021 |
| 31 | BROOKFIELD ASSET MANAGEMENT INC | 250 VESEY STREET FL 15, NEW YORK, NY 10281 | | 5.188 06/06/2021 | 10/07/2020 |
| 32 | - | - | | 3.839 06/01/2023 | 05/24/2023 |
| 33 | BANGOR MALL | 225 WEST WASHINGTON STREET, INDIANAPOLIS, IN 46204 | | 3.854 06/06/2023 | 07/03/2020 |
| 34 | ANIMAS VALLEY MALL | 4501 NORTH BEACH STREET, FORT WORTH, TX 76137 | | 4.286 07/01/2023 | 05/18/2020 |
| 35 | STARWOOD CAPITAL GROUP | 591 WEST PUTNAM AVENUE, GREENWICH, CT 06830 | | 8.500 11/08/2017 | 11/08/2019 |
| 36 | BROOKFIELD ASSET MANAGEMENT INC | 250 VESEY STREET FL 15, NEW YORK, NY 10281 | | 3.875 03/01/2023 | 02/17/2023 |
| 37 | ABU DHABI INVESTMENT AUTHORITY | 1601 WASHINGTON AVENUE STE 700, MIAMI BEACH, FL 33139 | | 4.590 10/06/2024 | 06/11/2020 |

| | K | L | M | N | O |
|---|---|---|---|---|---|
| 38 | AMERCO | 476 AMHERST STREET, NASHUA, NH 03063 | | 6.612 11/06/2021 | 04/13/2020 |
| 39 | STARWOOD CAPITAL GROUP | 591 WEST PUTNAM AVENUE, GREENWICH, CT 06830 | | 4.450 07/11/2022 | 06/04/2020 |
| 40 | CAPITAL ASSET MANAGEMENT | 10100 SANTA MONICA BOULEVARD STE 2400, LOS ANGELES, CA 90067 | | 5.839 07/11/2017 | 06/14/2017 |
| 41 | - | - | | 6.410 05/11/2016 | 05/13/2016 |
| 42 | BROOKFIELD ASSET MANAGEMENT INC | 250 VESEY STREET FL 15, NEW YORK, NY 10281 | | 3.900 07/01/2023 | 07/05/2023 |
| 43 | BROOKFIELD ASSET MANAGEMENT INC | 250 VESEY STREET FL 15, NEW YORK, NY 10281 | | 3.883 03/01/2023 | 06/01/2020 |
| 44 | INLAND AMERICAN FULTONDALE | 10001 PO BOX, DALLAS, TX 75301 | | 5.090 07/06/2022 | 06/13/2022 |
| 45 | BANGOR MALL | 225 WEST WASHINGTON STREET, INDIANAPOLIS, IN 46204 | | 5.377 06/01/2021 | 04/21/2021 |
| 46 | BROOKFIELD ASSET MANAGEMENT INC | 250 VESEY STREET FL 15, NEW YORK, NY 10281 | | 4.272 11/06/2025 | 07/15/2020 |
| 47 | BANGOR MALL | 225 WEST WASHINGTON STREET, INDIANAPOLIS, IN 46204 | | 4.756 04/01/2021 | 05/13/2020 |
| 48 | - | - | | 3.760 11/01/2022 | 07/22/2022 |
| 49 | - | - | | 4.600 07/06/2022 | 06/23/2023 |
| 50 | AMERICAN INTERNATIONAL GROUP INC | 222 MERCHANDISE MART PLAZA, CHICAGO, IL 60654 | | 4.360 08/01/2023 | 08/09/2023 |
| 51 | - | - | | 3.853 03/01/2025 | 07/16/2020 |
| 52 | NORDSTROM INC | - | | 8.500 11/08/2017 | 11/08/2019 |
| 53 | FRANKLIN PARK PARCELS LLC | 11601 WILSHIRE BOULEVARD # 11, LOS ANGELES, CA 90025 | | 3.634 01/01/2023 | 09/26/2022 |
| 54 | HOOSIER STORAGE NORTHEAST LLC | 6440 EAST WESTFIELD BOULEVARD, INDIANAPOLIS, IN 46220 | | 4.450 06/01/2023 | 09/02/2020 |
| 55 | - | - | | 4.192 04/01/2021 | 02/21/2020 |

| | K | L | M | N | O |
|---|---|---|---|---|---|
| 56 | - | - | | 3.687 04/09/2021 | 09/27/2022 |
| 57 | INLAND AMERICAN FULTONDALE | 10001 PO BOX, DALLAS, TX 75301 | | 6.176 07/06/2021 | 02/16/2021 |
| 58 | - | - | | 4.570 09/01/2022 | 06/30/2021 |
| 59 | BANGOR MALL | 225 WEST WASHINGTON STREET, INDIANAPOLIS, IN 46204 | | 3.854 06/06/2023 | 07/03/2020 |
| 60 | - | - | | 3.964 07/01/2023 | 10/01/2020 |
| 61 | - | - | | 3.658 05/01/2021 | 08/27/2020 |
| 62 | INLAND AMERICAN FULTONDALE | 10001 PO BOX, DALLAS, TX 75301 | | 3.912 06/01/2023 | 06/19/2020 |
| 63 | | - | | 4.796 04/01/2024 | 06/26/2020 |
| 64 | | - | | 3.658 05/01/2021 | 08/27/2020 |
| 65 | - | - | | 4.772 12/07/2020 | 10/20/2020 |
| 66 | ANIMAS VALLEY MALL | 4501 NORTH BEACH STREET, FORT WORTH, TX 76137 | | 5.408 08/01/2016 | 05/02/2019 |
| 67 | BRIDGEWATER LLC | 11111 SANTA MONICA BOULEVARD STE 930, LOS ANGELES, CA 90025 | | 3.339 11/01/2022 | 08/10/2022 |
| 68 | - | - | | 4.258 05/10/2023 | 02/28/2023 |
| 69 | AKZO NOBEL NV | 333 EAST LAKE STREET, BLOOMINGDALE, IL 60108 | | 4.796 03/01/2024 | 07/01/2021 |
| 70 | CORPORATE BENEFIT SERVICE OF AMER | 400 HIGHWAY 169TH SOUTH STE 800, MINNEAPOLIS, MN 55426 | | 5.950 07/01/2020 | 04/16/2020 |
| 71 | - | - | | 5.300 11/01/2020 | 01/22/2020 |
| 72 | CHRISTOPHER BOIVIN | 12220 SOUTHWEST 1ST STREET, BEAVERTON, OR 97005 | | 4.750 11/01/2017 | 08/15/2017 |

| | K | L | M | N | O |
|---|---|---|---|---|---|
| 73 | SYR INDUSTRIAL DEVELOP AGENCY | 4 S CLINTON ST SYRACUSE NY 13202 | | 3.814 06/06/2019 | 04/04/2022 |
| 74 | - | - | | 4.796 04/01/2024 | 06/26/2020 |
| 75 | SIMON PROPERTY GROUP | 4201 MARSH LANE, CARROLLTON, TX 75007 | | 3.564 05/01/2023 | 07/08/2020 |
| 76 | BROOKFIELD ASSET MANAGEMENT INC | 250 VESEY STREET FL 15, NEW YORK, NY 10281 | | 3.900 07/01/2023 | 07/20/2023 |
| 77 | DEUTSCHE NATIONAL BANK | 401 EAST LAS OLAS BOULEVARD STE 1260, FORT LAUDERDALE, FL 33301 | | 4.262 04/01/2021 | 05/01/2020 |
| 78 | BLUE DIAMOND CROSSING LLC | 9456 PO BOX, MINNEAPOLIS, MN 55440 | | 4.780 06/06/2026 | 08/12/2020 |
| 79 | - | - | | 5.880 04/01/2021 | 02/07/2023 |
| 80 | SIMON PROPERTY GROUP | 4201 MARSH LANE, CARROLLTON, TX 75007 | | 3.564 05/01/2023 | 07/08/2020 |
| 81 | - | | | 3.970 04/01/2023 | 06/02/2023 |
| 82 | DEPTFORD MALL | 401 WILSHIRE BOULEVARD STE 700, SANTA MONICA, CA 90401 | | 3.728 04/03/2023 | 02/28/2023 |
| 83 | ANIMAS VALLEY MALL | 4501 NORTH BEACH STREET, FORT WORTH, TX 76137 | | 3.693 05/01/2020 | 03/09/2020 |
| 84 | - | - | | 4.258 05/10/2023 | 03/01/2023 |
| 85 | - | - | | 4.258 05/10/2023 | 03/28/2023 |
| 86 | - | - | | 6.158 01/06/2022 | 03/02/2018 |
| 87 | - | - | | 5.830 07/01/2021 | 11/18/2020 |
| 88 | INLAND AMERICAN FULTONDALE | 10001 PO BOX, DALLAS, TX 75301 | | 3.912 06/01/2023 | 06/19/2020 |

| | K | L | M | N | O |
|---|---|---|---|---|---|
| 89 | ALEXANDRIA REAL ESTATE EQUITIES INC | 10996 TORREYANA ROAD STE 250, SAN DIEGO, CA 92121 | 4.385 | 11/01/2022 | 10/18/2022 |
| 90 | - | - | 3.687 | 04/09/2021 | 09/27/2022 |
| 91 | BROOKFIELD ASSET MANAGEMENT INC | 250 VESEY STREET FL 15, NEW YORK, NY 10281 | 5.188 | 06/06/2021 | 10/06/2020 |
| 92 | ANIMAS VALLEY MALL | 4501 NORTH BEACH STREET, FORT WORTH, TX 76137 | 4.990 | 07/01/2022 | 07/21/2022 |
| 93 | BLUE DIAMOND CROSSING LLC | 9456 PO BOX, MINNEAPOLIS, MN 55440 | 5.228 | 05/06/2021 | 04/07/2021 |
| 94 | - | - | 4.258 | 05/10/2023 | 03/01/2023 |
| 95 | BEDFORD PARK HOLDING CO LLC | 500 WATER STREET, JACKSONVILLE, FL 32202 | 4.015 | 09/06/2025 | 06/15/2020 |