# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERCIA, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN LARMORE <br><br> Defendants | Case No. 24-cr-00140 (PAE) |

### DICKINSON WRIGHT'S MOTION TO WITHDRAW
### AS COUNSEL FOR DEFENDANT JONATHAN LARMORE

Dickinson Wright PLLC ("Dickinson Wright"), on behalf of Defendant Jonathan Larmore ("Larmore"), hereby moves to withdraw from the above captioned case as counsel for Larmore pursuant to New York Rule of Professional Conduct 1.16(b)(3) (mandatory withdrawal when the lawyer is discharged). On August 19, 2024, Larmore discharged Dickinson Wright as his counsel in this matter, stating that he has retained a new attorney, Bruce Udolf ("Udolf"), to represent him. On August 20, 2024, Udolf filed a motion in this Court, seeking his admission to this matter as counsel for Larmore *pro hac vice*.

WHEREFORE, Dickinson Wright respectfully requests that the Court grant its motion to withdraw from this case, including the two Dickinson Wright attorneys who have entered their appearance, Seth Waxman and Michael Beckwith.

Dated:  August 21, 2024

DICKINSON WRIGHT PLLC

By: */s/ Seth Waxman*
Seth B. Waxman (NY Bar #4324638)
Michael M. Beckwith (admitted *pro hac vice*)
DICKINSON WRIGHT PLLC
1825 Eye Street N.W. Suite 900
Washington, DC 20006
(202) 466-5956
swaxman@dickinson-wright.com

*Attorneys for Defendant Jonathan Larmore*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF systems, which will provide electronic mail notice to all counsel of record.

                                        */s/ Seth B. Waxman*
                                        Seth B. Waxman