

INTERNATIONAL SQUARE
1825 EYE STREET, NW, SUITE 900
WASHINGTON, DC 20006-5468
TELEPHONE: 202-457-0160
FACSIMILE: 844-670-6009
http://www.dickinsonwright.com

SETH B. WAXMAN
SWaxman@dickinsonwright.com
202-466-5956

August 23, 2024

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Street
New York, New York 10007

    **Re:**   *United States v. Larmore*, **24 Cr. 140 (PAE)**

Dear Judge Engelmayer:

    Dickinson Wright hereby states that the Court's Order [ECF 48] was forwarded to the Defendant and Bruce Udolf on August 23, 2024, at approximately 11:30 a.m. (EST), with a note indicating that both the Defendant and Mr. Udolf should review the Court's Order.

    Sincerely,

    /s/

    Seth B. Waxman