UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JONATHAN MOYNAHAN LARMORE,

Defendant.

24-CR-140 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On Friday, August 23, 2024, the Government filed an additional pretrial motion seeking certain rulings with regard to purported attorney-client communications of defendant Jonathan Larmore, some of which Larmore had attached to a pretrial motion of his own. *See* Dkts. 44, 52. The Court's intention is to resolve this motion promptly. The Court directs the defense to file any response by Friday, August 30, 2024. Any reply by the Government is due Tuesday, September 3, 2024.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 26, 2024
       New York, New York