UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JONATHAN MOYNAHAN LARMORE,

Defendant.

---

24-CR-140 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons set out in the transcript of today's conference, the Court today (1) granted the motion to withdraw of Seth B. Waxman, Esq., and Michael M. Beckwith, Esq., Dkt. 46; and (2) conducted a *Curcio* hearing with respect to defense counsel Richard M. Asche, Esq., as proposed by the Government, *see* Dkts. 47, 56, following which the Court upheld defendant Jonathan Moynahan Larmore's waiver of his right to conflict-free counsel with respect to his representation by Mr. Asche. The Clerk of Court is respectfully directed to terminate the motions at docket 46.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 4, 2024
New York, New York