UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JONATHAN MOYNAHAN LARMORE,

Defendant.

24-CR-140 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

To assist the Court in evaluating the pending motions *in limine*, the Court directs the Government to promptly to file on the docket two items referenced in its motion: (1) the bank records described at Dkt. 43 at 22–23; and (2) the full and unredacted Bloomberg article described at *id.* at 29–31.  The Court requests that these be filed by noon tomorrow.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 5, 2024
       New York, New York