# Exhibit A

# Park
### NATIONAL BANK

Post Office Box 3500
Newark, OH 43058-9983

**RETURN SERVICE REQUESTED**

JONATHAN M LARMORE
1200 W RETTA STE 57A
PUNTA GORDA FL 33950

*Statement Ending 07/31/2023*

*Jonathan M Larmore*                               *Page 1 of 2*
**Account Number: XXXXXXXXXX7227**

## Managing Your Accounts

 Address          40 S. Limestone Street
                                     Springfield, OH 45502

 Customer Care    888-474-PARK (7275)

Visit us online    parknationalbank.com

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREMIUM MONEY MARKET | XXXXXXXXXX7227 | $52,555.52 |

## PREMIUM MONEY MARKET-XXXXXXXXXX7227

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/17/2023 | Beginning Balance | $0.00 |
| | 2 Credit(s) This Period | $52,570.52 |
| | 1 Debit(s) This Period | $15.00 |
| 07/31/2023 | Ending Balance | $52,555.52 |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 07/17/2023 Through 07/31/2023 | |
| Annual Percentage Yield Earned | 1.60% |
| Interest Days | 15 |
| Interest Earned | $15.96 |
| Interest Paid This Period | $15.96 |
| Interest Paid Year-to-Date | $15.96 |
| Average Ledger Balance | $24,518.46 |
| Average Available Balance | $24,518.46 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/17/2023 | Beginning Balance | | | $0.00 |
| 07/24/2023 | 07/24/230276 INCOMING WIRE FEE | $15.00 | | -$15.00 |
| 07/25/2023 | 07/24/230276 WIRE FROM GRANT M BIBLER | | $52,554.56 | $52,539.56 |
| 07/31/2023 | INTEREST | | $15.96 | $52,555.52 |
| 07/31/2023 | Ending Balance | | | $52,555.52 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/24/2023 | -$15.00 | 07/25/2023 | $52,539.56 | 07/31/2023 | $52,555.52 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



**Park**
NATIONAL BANK

## CheckLine Finance Charges

The amount of the finance charge incurred during this billing cycle, as disclosed within the CheckLine Account Summary, if applicable, was computed by calculating the sum of the product of actual daily balance during the billing cycle multiplied by the Daily Periodic Rate. The sum of all actual daily balances for each day of the current billing cycle (excluding any previously billed but unpaid finance charge) divided by the number of days in the current billing cycle is disclosed within the CheckLine Account Summary section as the "Average Daily Balance."

## Notice of Negative Furnishing

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## In Case of Errors or Questions about your Electronic Transfers (Consumer/Personal Accounts Only)

Telephone us at 888-474-7275 or Write us at the address on the face of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*Statement Ending 08/31/2023*

**Park**
NATIONAL BANK

Post Office Box 3500
Newark, OH 43058-9983

*Jonathan M Larmore*      *Page 1 of 4*
*Account Number: XXXXXXXXXX7227*

**RETURN SERVICE REQUESTED**

JONATHAN M LARMORE
1200 W RETTA STE 57A
PUNTA GORDA FL 33950

### Managing Your Accounts

| | | |
|---|---|---|
|  | Address | 40 S. Limestone Street<br>Springfield, OH 45502 |
|  | Customer Care | 888-474-PARK (7275) |
| | Visit us online | parknationalbank.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREMIUM MONEY MARKET | XXXXXXXXXX7227 | $235,059.05 |

## PREMIUM MONEY MARKET-XXXXXXXXXX7227

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/01/2023 | Beginning Balance | $52,555.52 |
| | 2 Credit(s) This Period | $1,237,623.53 |
| | 9 Debit(s) This Period | $1,055,120.00 |
| 08/31/2023 | Ending Balance | $235,059.05 |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 08/01/2023 Through 08/31/2023 | |
| Annual Percentage Yield Earned | 1.78% |
| Interest Days | 31 |
| Interest Earned | $510.65 |
| Interest Paid This Period | $510.65 |
| Interest Paid Year-to-Date | $526.61 |
| Average Ledger Balance | $341,339.76 |
| Average Available Balance | $341,339.76 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/01/2023 | Beginning Balance | | | $52,555.52 |
| 08/21/2023 | 08/21/230160 WIRE FROM JMMAL INVESTMENTS LLC | | $1,237,112.88 | $1,289,668.40 |
| 08/21/2023 | 08/21/230160 INCOMING WIRE FEE | $15.00 | | $1,289,653.40 |
| 08/21/2023 | 08/21/230195 OUTGOING WIRE FEE | $30.00 | | $1,289,623.40 |
| 08/21/2023 | 08/21/230195 WIRE TO KEVIN P COCHRAN | $180,000.00 | | $1,109,623.40 |
| 08/25/2023 | 08/25/230413 OUTGOING WIRE FEE | $30.00 | | $1,109,593.40 |
| 08/25/2023 | 08/25/230425 OUTGOING WIRE FEE | $30.00 | | $1,109,563.40 |
| 08/25/2023 | 08/25/230413 WIRE TO B LANE HALSER | $100,000.00 | | $1,009,563.40 |
| 08/25/2023 | 08/25/230425 WIRE TO ARCITERRA COMPANIES LLC | $200,000.00 | | $809,563.40 |
| 08/31/2023 | 08/31/230415 OUTGOING WIRE FEE | $15.00 | | $809,548.40 |
| 08/31/2023 | 08/31/230415 WIRE TO PIER ONE YACHT SALES ESCROW ACCT 147 INTER-MARINE | $575,000.00 | | $234,548.40 |
| 08/31/2023 | INTEREST | | $510.65 | $235,059.05 |
| 08/31/2023 | Ending Balance | | | $235,059.05 |

Member
**FDIC**

**Park** NATIONAL BANK

# PREMIUM MONEY MARKET-XXXXXXXXXXX7227 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08/21/2023 | $1,109,623.40 | 08/25/2023 | $809,563.40 | 08/31/2023 | $235,059.05 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|--|-----------------------|--------------------|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Park
NATIONAL BANK

*Statement Ending 08/31/2023*

*Jonathan M Larmore*                                                                    *Page 3 of 4*
*Account Number: XXXXXXXXXXX7227*

## CheckLine Finance Charges

The amount of the finance charge incurred during this billing cycle, as disclosed within the CheckLine Account Summary, if applicable, was computed by calculating the sum of the product of actual daily balance during the billing cycle multiplied by the Daily Periodic Rate. The sum of all actual daily balances for each day of the current billing cycle (excluding any previously billed but unpaid finance charge) divided by the number of days in the current billing cycle is disclosed within the CheckLine Account Summary section as the "Average Daily Balance."

## Notice of Negative Furnishing

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## In Case of Errors or Questions about your Electronic Transfers (Consumer/Personal Accounts Only)

Telephone us at 888-474-7275 or Write us at the address on the face of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Park**
NATIONAL BANK

THIS PAGE LEFT INTENTIONALLY BLANK

SDNY_01_00002044

**Park** NATIONAL BANK

Post Office Box 3500
Newark, OH 43058-9983

*Statement Ending 09/29/2023*

*Jonathan M Larmore*　　　　　　　　　*Page 1 of 4*
*Account Number: XXXXXXXXXXX7227*

RETURN SERVICE REQUESTED

JONATHAN M LARMORE
CORINTHIA HOTEL WHITEHALL PLACE
LONDON SW1A 2BD

## Managing Your Accounts

 **Address**　　　40 S. Limestone Street
Springfield, OH 45502

 **Customer Care**　888-474-PARK (7275)

💻 **Visit us online**　parknationalbank.com

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREMIUM MONEY MARKET | XXXXXXXXXXX7227 | $46,695.21 |

## PREMIUM MONEY MARKET-XXXXXXXXXXX7227

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/01/2023 | Beginning Balance | $235,059.05 |
| | 3 Credit(s) This Period | $161.67 |
| | 9 Debit(s) This Period | $188,525.51 |
| 09/29/2023 | Ending Balance | $46,695.21 |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 09/01/2023 Through 09/29/2023 | |
| Annual Percentage Yield Earned | 1.72% |
| Interest Days | 29 |
| Interest Earned | $161.16 |
| Interest Paid This Period | $161.16 |
| Interest Paid Year-to-Date | $687.77 |
| Average Ledger Balance | $118,958.36 |
| Average Available Balance | $118,958.36 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **09/01/2023** | **Beginning Balance** | | | **$235,059.05** |
| 09/07/2023 | 09/07/230220 OUTGOING WIRE FEE | $30.00 | | $235,029.05 |
| 09/07/2023 | 09/07/230220 WIRE TO PARATUS JETS LLC CHARTER FLIGHTS | $50,000.00 | | $185,029.05 |
| 09/08/2023 | CASHNET SMARTPAY MINES 10903627 | $18,435.00 | | $166,594.05 |
| 09/12/2023 | TD AMERITRADE ACCTVERIFY aZ9PTQCGLK | | $0.21 | $166,594.26 |
| 09/12/2023 | TD AMERITRADE ACCTVERIFY aZ9PTQCGLK | | $0.30 | $166,594.56 |
| 09/12/2023 | 09/12/230011 OUTGOING WIRE FEE | $30.00 | | $166,564.56 |
| 09/12/2023 | 09/12/230011 WIRE TO TD AMERITRADE CLEARING INC 256915347 JONATHAN LARMORE 120 | $95,000.00 | | $71,564.56 |
| 09/12/2023 | TD AMERITRADE ACCTVERIFY aZ9PTQCGLK | $0.21 | | $71,564.35 |
| 09/12/2023 | TD AMERITRADE ACCTVERIFY aZ9PTQCGLK | $0.30 | | $71,564.05 |
| 09/26/2023 | 09/26/230065 OUTGOING WIRE FEE | $30.00 | | $71,534.05 |
| 09/26/2023 | 09/26/230065 WIRE TO TD AMERITRADE CLEARING INC 256915347 JONATHAN LAMORE 1200 | $25,000.00 | | $46,534.05 |
| 09/29/2023 | INTEREST | | $161.16 | $46,695.21 |
| **09/29/2023** | **Ending Balance** | | | **$46,695.21** |

Member
FDIC

**Park** NATIONAL BANK

*Statement Ending 09/29/2023*

*Jonathan M Larmore*  *Page 2 of 4*
*Account Number: XXXXXXXXXXX7227*

## PREMIUM MONEY MARKET-XXXXXXXXXXX7227 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09/07/2023 | $185,029.05 | 09/12/2023 | $71,564.05 | 09/29/2023 | $46,695.21 |
| 09/08/2023 | $166,594.05 | 09/26/2023 | $46,534.05 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|------|------|------|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Park** NATIONAL BANK

*Statement Ending 09/29/2023*

*Jonathan M Larmore*                                   *Page 3 of 4*
**Account Number: XXXXXXXXXXX7227**

## CheckLine Finance Charges

The amount of the finance charge incurred during this billing cycle, as disclosed within the CheckLine Account Summary, if applicable, was computed by calculating the sum of the product of actual daily balance during the billing cycle multiplied by the Daily Periodic Rate. The sum of all actual daily balances for each day of the current billing cycle (excluding any previously billed but unpaid finance charge) divided by the number of days in the current billing cycle is disclosed within the CheckLine Account Summary section as the "Average Daily Balance."

## Notice of Negative Furnishing

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## In Case of Errors or Questions about your Electronic Transfers (Consumer/Personal Accounts Only)

Telephone us at 888-474-7275 or Write us at the address on the face of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Park** NATIONAL BANK

THIS PAGE LEFT INTENTIONALLY BLANK

SDNY_01_00002037



**Park**
NATIONAL BANK

Post Office Box 3500
Newark, OH 43058-9983

*Statement Ending 10/31/2023*

*Jonathan M Larmore*                    *Page 1 of 4*
**Account Number: XXXXXXXXXX7227**

**RETURN SERVICE REQUESTED**

JONATHAN M LARMORE
CORINTHIA HOTEL WHITEHALL PLACE
LONDON SW1A 2BD

## Managing Your Accounts

 Address          40 S. Limestone Street
                                       Springfield, OH 45502

 Customer Care    888-474-PARK (7275)

🖥 Visit us online   parknationalbank.com

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREMIUM MONEY MARKET | XXXXXXXXXX7227 | $5,710.89 |

## PREMIUM MONEY MARKET-XXXXXXXXXX7227

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/30/2023 | Beginning Balance | $46,695.21 |
| | 4 Credit(s) This Period | $514,285.68 |
| | 18 Debit(s) This Period | $555,270.00 |
| 10/31/2023 | Ending Balance | $5,710.89 |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 09/30/2023 Through 10/31/2023 | |
| Annual Percentage Yield Earned | 1.77% |
| Interest Days | 32 |
| Interest Earned | $428.16 |
| Interest Paid This Period | $428.16 |
| Interest Paid Year-to-Date | $1,115.93 |
| Average Ledger Balance | $278,050.84 |
| Average Available Balance | $277,852.17 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/30/2023 | **Beginning Balance** | | | **$46,695.21** |
| 10/10/2023 | DEPOSIT | | $6,357.52 | $53,052.73 |
| 10/13/2023 | 10/13/230319 WIRE FROM PIER ONE YACHT SALES, LLC REFUND OF DEPOSIT ON INTERMARIN | | $500,000.00 | $553,052.73 |
| 10/13/2023 | 10/13/230319 INCOMING WIRE FEE | $15.00 | | $553,037.73 |
| 10/16/2023 | 10/16/230350 WIRE FROM DANIEL L DECARLO BILL. | | $7,500.00 | $560,537.73 |
| 10/16/2023 | 10/16/230350 INCOMING WIRE FEE | $15.00 | | $560,522.73 |
| 10/27/2023 | 10/27/230300 OUTGOING WIRE FEE | $30.00 | | $560,492.73 |
| 10/27/2023 | 10/27/230303 OUTGOING WIRE FEE | $30.00 | | $560,462.73 |
| 10/27/2023 | 10/27/230305 OUTGOING WIRE FEE | $30.00 | | $560,432.73 |
| 10/27/2023 | 10/27/230307 OUTGOING WIRE FEE | $30.00 | | $560,402.73 |
| 10/27/2023 | 10/27/230309 OUTGOING WIRE FEE | $30.00 | | $560,372.73 |
| 10/27/2023 | 10/27/230312 OUTGOING WIRE FEE | $30.00 | | $560,342.73 |
| 10/27/2023 | 10/27/230300 WIRE TO INTERACTIVE BROKERS LLC FFC U13197546/Jon Larmore INVESTMEN | $75,000.00 | | $485,342.73 |
| 10/27/2023 | 10/27/230303 WIRE TO JPMS FFC Client's A/C # 75868123 and Jonathan M Larmore inv | $75,000.00 | | $410,342.73 |
| 10/27/2023 | 10/27/230305 WIRE TO APEX CLEARING CORP FFC | $75,000.00 | | $335,342.73 |

Member

FDIC

**Park** NATIONAL BANK

## PREMIUM MONEY MARKET-XXXXXXXXXXX7227 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | Jonathan Larmore, 4XU17728 INVESTMEN | | | |
| 10/27/2023 | 10/27/230307 WIRE TO WEBULL FINANCIAL LLC CUS9ATD9 FFC Jonathan Larmore, CUS9ATD | $75,000.00 | | $260,342.73 |
| 10/27/2023 | 10/27/230309 WIRE TO TRADESTATION SECURITIES FFC Jonathan Larmore, 11713248 INVE | $75,000.00 | | $185,342.73 |
| 10/27/2023 | 10/27/230312 WIRE TO NATIONAL FINANCIAL SERVICES LLC FBO Jonathan Larmore, FFC t | $75,000.00 | | $110,342.73 |
| 10/31/2023 | 10/31/230111 OUTGOING WIRE FEE | $30.00 | | $110,312.73 |
| 10/31/2023 | 10/31/230114 OUTGOING WIRE FEE | $30.00 | | $110,282.73 |
| 10/31/2023 | 10/31/230114 WIRE TO JONATHAN M LARMORE TRANSFER | $50,000.00 | | $60,282.73 |
| 10/31/2023 | 10/31/230111 WIRE TO NORTHROP & JOHNSON YACHTS SANLORENZO 76 | $55,000.00 | | $5,282.73 |
| 10/31/2023 | INTEREST | | $428.16 | $5,710.89 |
| **10/31/2023** | **Ending Balance** | | | **$5,710.89** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/10/2023 | $53,052.73 | 10/16/2023 | $560,522.73 | 10/31/2023 | $5,710.89 |
| 10/13/2023 | $553,037.73 | 10/27/2023 | $110,342.73 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Park**
NATIONAL BANK

*Statement Ending 10/31/2023*

*Jonathan M Larmore*                    *Page 3 of 4*
**Account Number: XXXXXXXXXXX7227**

## CheckLine Finance Charges

The amount of the finance charge incurred during this billing cycle, as disclosed within the CheckLine Account Summary, if applicable, was computed by calculating the sum of the product of actual daily balance during the billing cycle multiplied by the Daily Periodic Rate. The sum of all actual daily balances for each day of the current billing cycle (excluding any previously billed but unpaid finance charge) divided by the number of days in the current billing cycle is disclosed within the CheckLine Account Summary section as the "Average Daily Balance."

## Notice of Negative Furnishing

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## In Case of Errors or Questions about your Electronic Transfers (Consumer/Personal Accounts Only)

Telephone us at 888-474-7275 or Write us at the address on the face of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Park** NATIONAL BANK

THIS PAGE LEFT INTENTIONALLY BLANK

SDNY_01_00002099

# Park
### NATIONAL BANK

Post Office Box 3500
Newark, OH 43058-9983

*Statement Ending 11/30/2023*

*Jonathan M Larmore*                    *Page 1 of 4*
**Account Number: XXXXXXXXXX7227**

**RETURN SERVICE REQUESTED**

JONATHAN M LARMORE
CORINTHIA HOTEL WHITEHALL PLACE
LONDON SW1A 2BD

## Managing Your Accounts

 **Address**         40 S. Limestone Street
                                Springfield, OH 45502

 **Customer Care**   888-474-PARK (7275)

**Visit us online**   parknationalbank.com

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREMIUM MONEY MARKET | XXXXXXXXXX7227 | $4,650.89 |

## PREMIUM MONEY MARKET-XXXXXXXXXX7227

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 11/01/2023 | Beginning Balance | $5,710.89 |
|  | 1 Credit(s) This Period | $75,000.00 |
|  | 4 Debit(s) This Period | $76,060.00 |
| 11/30/2023 | Ending Balance | $4,650.89 |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 11/01/2023 Through 11/30/2023 | |
| Annual Percentage Yield Earned | 0.00% |
| Interest Days | 30 |
| Interest Earned | $0.00 |
| Interest Paid This Period | $0.00 |
| Interest Paid Year-to-Date | $1,115.93 |
| Average Ledger Balance | $5,062.89 |
| Average Available Balance | $5,062.89 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/01/2023 | Beginning Balance | | | $5,710.89 |
| 11/01/2023 | 11/01/230046 WIRE FROM DDA/633736902 | | $75,000.00 | $80,710.89 |
| 11/01/2023 | 11/01/230138 OUTGOING WIRE FEE | $30.00 | | $80,680.89 |
| 11/01/2023 | 11/01/230138 WIRE TO TD AMERITRADE CLEARING INC FBO AMERITRADE ACCOUNT # 2569153 | $75,000.00 | | $5,680.89 |
| 11/13/2023 | 11/13/230117 OUTGOING WIRE FEE | $30.00 | | $5,650.89 |
| 11/13/2023 | 11/13/230117 WIRE TO JPMS 75868123 JONATHAN M LARMORE | $1,000.00 | | $4,650.89 |
| 11/30/2023 | Ending Balance | | | $4,650.89 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 11/01/2023 | $5,680.89 | 11/13/2023 | $4,650.89 |





# PREMIUM MONEY MARKET-XXXXXXXXXXX7227 (continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Park** NATIONAL BANK

*Statement Ending 11/30/2023*

*Jonathan M Larmore*                                  *Page 3 of 4*
**Account Number: XXXXXXXXXXX7227**

## CheckLine Finance Charges

The amount of the finance charge incurred during this billing cycle, as disclosed within the CheckLine Account Summary, if applicable, was computed by calculating the sum of the product of actual daily balance during the billing cycle multiplied by the Daily Periodic Rate. The sum of all actual daily balances for each day of the current billing cycle (excluding any previously billed but unpaid finance charge) divided by the number of days in the current billing cycle is disclosed within the CheckLine Account Summary section as the "Average Daily Balance."

## Notice of Negative Furnishing

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## In Case of Errors or Questions about your Electronic Transfers (Consumer/Personal Accounts Only)

Telephone us at 888-474-7275 or Write us at the address on the face of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

SDNY_01_00002094

THIS PAGE LEFT INTENTIONALLY BLANK

SDNY_01_00002095

# Park
## NATIONAL BANK

Post Office Box 3500
Newark, OH 43058-9983

*Statement Ending 12/29/2023*

*Jonathan M Larmore*                                    *Page 1 of 2*
**Account Number: XXXXXXXXXXX7227**

**RETURN SERVICE REQUESTED**

JONATHAN M LARMORE
CORINTHIA HOTEL WHITEHALL PLACE
LONDON SW1A 2BD

### Managing Your Accounts

| | | |
|---|---|---|
|  Address | | 40 S. Limestone Street<br>Springfield, OH 45502 |
|  Customer Care | | 888-474-PARK (7275) |
| Visit us online | | parknationalbank.com |

---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREMIUM MONEY MARKET | XXXXXXXXXXX7227 | $4,650.89 |

## PREMIUM MONEY MARKET-XXXXXXXXXXX7227

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/01/2023 | Beginning Balance | $4,650.89 |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 12/29/2023 | Ending Balance | $4,650.89 |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 12/01/2023 Through 12/29/2023 | |
| Annual Percentage Yield Earned | 0.00% |
| Interest Days | 29 |
| Interest Earned | $0.00 |
| Interest Paid This Period | $0.00 |
| Interest Paid Year-to-Date | $1,115.93 |
| Average Ledger Balance | $4,650.89 |
| Average Available Balance | $4,650.89 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/01/2023 | Beginning Balance | | | $4,650.89 |
| | No activity this statement period | | | |
| 12/29/2023 | Ending Balance | | | $4,650.89 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Member
**FDIC**

SDNY_01_00002046

## CheckLine Finance Charges

The amount of the finance charge incurred during this billing cycle, as disclosed within the CheckLine Account Summary, if applicable, was computed by calculating the sum of the product of actual daily balance during the billing cycle multiplied by the Daily Periodic Rate. The sum of all actual daily balances for each day of the current billing cycle (excluding any previously billed but unpaid finance charge) divided by the number of days in the current billing cycle is disclosed within the CheckLine Account Summary section as the "Average Daily Balance."

## Notice of Negative Furnishing

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## In Case of Errors or Questions about your Electronic Transfers (Consumer/Personal Accounts Only)

Telephone us at 888-474-7275 or Write us at the address on the face of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

# NOTICE OF CHANGE TO THE TERMS AND CONDITIONS OF YOUR ACCOUNT

**Important changes to the terms and conditions of your account -** This is a notice of changes to the Terms and Conditions of your account(s) with us. Your account(s) will be governed by the following terms and conditions.

These changes become effective January 12, 2024.

Continuing to maintain your account after the effective date is reaffirmation of your agreement to these Terms and Conditions.

**Summary of changes –** Below is a list of sections with changes. Each section heading is followed by a summary of the changes to that section. In general, to make finding the full section easier, the sections are in the order presented in the attached terms and conditions. If you have any questions about these changes, contact Park National Bank Customer Care Center at (888) 474-7275.

- AGREEMENT – Technical wording changes were made to this section. For example, "this document" was changed to "this agreement" throughout the section.
- WITHDRAWALS – The "Generally" subsection was renamed to "Important terms for accounts where more than one person can withdraw." Referenced a "separately provided" penalty notice in the "Notice of withdrawals" subsection.
- UNDERSTANDING AND AVOIDING OVERDRAFT AND NONSUFFICIENT FUNDS (NSF) FEES
  - "Determining your available balance" subsection – Made clarifying edits relating to the types of authorized transactions that get added to or subtracted from the account balance.
  - "Overdrafts" – Clarified that "one-time" is sometimes referred to as "everyday."
  - "Important information regarding decoupled cards" subsection – This section is new.
  - "Funds availability" subsection – We included a cross-reference to the funds availability disclosure which is titled, "Your Ability to Withdraw Funds."
  - "Payment order of items" subsection – We changed the phrase "check, item, or transaction" to the plural usage. We also added "which may result in one or more overdraft or NSF fees" to the end of the same sentence.
  - "A Temporary Debit Authorization Hold Affects Your Account Balance" subsection – Made changes similar to those made in the "Payment order of items" subsection.
- OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION section – Updated to include a sentence that says, "We reserve the right to refuse some forms of ownership and beneficiary designation on any or all of our accounts unless otherwise prohibited by law." In Kentucky, Also, in the "Revocable Trust or Pay-On-Death Account" subsection, the reference to the release of funds procedures was deleted.
- STOP PAYMENTS section – Changed "by computers" to "by using an automated process."
- AMENDMENTS AND TERMINATION section – The section has undergone an extensive revision. The following are some of the changes that have been made. We have clarified that the types of changes we can make include modifying or deleting existing terms as well as adding new terms. Text was added to document our right to suspend, modify, convert, or terminate a service. We added information on how any of these types of changes can be communicated to you. We added information about the process of closing an account.
- CORRECTION OF CLERICAL ERRORS section – Under this new provision, you agree to allow us to correct a clerical error, unless otherwise prohibited by law.
- NOTICES section – A sentence was added on communicating via email (for parties who may have agreed to that method of communication).
- STATEMENTS section
  - "Your duty to report unauthorized signatures, alterations and forgeries" subsection – Revised subsection title to "Your duty to report unauthorized signatures (including forgeries and counterfeit checks) and alterations on checks and other items." Made corresponding changes to the text of the subsection.
  - "Duty to notify if statement not received" subsection – Added the following sentence, "Absent a lack of ordinary care by us, a failure to receive your statement in a timely manner does not extend the time you have to conduct your review under this subsection."
- DIRECT DEPOSITS section – The title of this section has been changed to REIMBURSEMENT OF FEDERAL BENEFIT PAYMENTS. Also, the word "available" was added to the last sentence.
- In Ohio, AUTHORIZED SIGNER section - The section was modified to, in certain circumstances, permit an authorized signer on an account with multiple owners.
- In South Carolina, DESIGNATION OF AGENT FOR ACCOUNT – The section was modified to, in certain circumstances, permit an agent on an account with multiple owners.
- CHECK CASHING section – Removed the word "such" from the second sentence.
- LEGAL ACTIONS AFFECTING YOUR ACCOUNT section – Added several references to applying "applicable law" throughout. Also, added a sentence stating that this agreement does not waive any depositor rights to challenge a legal action. Added the words "or transfers" after "we may … not allow any payments or transfers." Clarified that in addition to the option of freezing an account, we may take other actions as may be appropriate under the circumstances.
- ACCOUNT SECURITY section
  - "Your duty to protect account information and methods of access" – Added the word "Your" to the beginning of this subsection's title. Added the following language, "You should also safeguard your username, password, and other access and identifying information when accessing your account through a computer or other electronic, audio, or mobile device or technology. If you give anyone authority to access the account on your behalf, you should exercise caution and ensure the trustworthiness of that agent." Also, language was added to describe identity verification methods that may be used to protect account security.
- TELEPHONIC INSTRUCTIONS section – The section title was changed to INSTRUCTIONS FROM YOU and revised to include email instructions.
- MONITORING AND RECORDING TELEPHONE CALLS AND CONSENT TO RECEIVE COMMUNICATIONS section – Change the nature of the section from a consent provision to a disclosure. Changed the section title to MONITORING AND RECORDING TELEPHONE CALLS AND ACCOUNT COMMUNICATIONS.
- CLAIM OF LOSS section - Added "/one-time" after the word "everyday." Also, the word "generally" was added to the second sentence.
- EARLY WITHDRAWALS PENALTIES section – Changed "See your notice of penalty for early withdrawals …" to "See your separately provided notice of penalty …"
- ADDRESS OR NAME CHANGES section – Changed the section title to CHANGES IN NAME AND CONTACT INFORMATION. Expanded the section to include more than just address changes.
- TRUNCATION, SUBSTITUTE CHECKS, AND OTHER CHECK IMAGES section – Changed "our internal policy" to "our policy."
- INTERNATIONAL ACH TRANSACTIONS section – This section is new.

**Important information about your consent -** As a reminder, if you consented (opted-in) to our authorizing and paying overdrafts on your ATM and one-time debit card transactions, you have the right to revoke such consent at any time by contacting us through any reasonable means.

# TERMS AND CONDITIONS OF YOUR ACCOUNT

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT -** To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth (for individuals), and other information that will allow us to identify you. We may also ask to see your driver's license (for individuals) or other identifying documents.

**AGREEMENT -** This document, along with any other documents we give you pertaining to your account(s), is a contract (also referred to as "this agreement") that establishes rules which control your account(s) with us. Please read this carefully and retain it for future reference. If you open the account (whether in-person, electronically, or by any other method permitted by us) or continue to use the account after receiving a notice of change or amendment, you agree to these rules. You will receive rate information specific to your account, if applicable, qualifying balances, and fees if they are not included in this agreement. One such document is entitled "Special Handling Fee" and sets forth fees and charges that may apply to your account(s). You may also be given documentation specific to the account type that you selected. If you have any questions, please ask us.

This agreement is subject to applicable federal laws, the laws of the state where your account is located and other applicable rules such as the operating letters of the Federal Reserve Banks and payment processing system rules (except to the extent that this agreement can and does vary such rules or laws). Your account is located in the branch where you opened your account; provided, however, that we may change the location of your account at any time for business, operational, or other reasons. If you do not open your account in a branch, you agree that your account is deemed to be located in the State of Ohio for purposes of this agreement. For any provision of this agreement that explicitly references a state (with language such as "in Kentucky"), the laws of the specifically referenced state apply with regard to that specific provision to the extent your account is located in that state. The body of state and federal law that governs our relationship with you, however, is too large and complex to be reproduced here. The purpose of this agreement is to:

(1) summarize some laws that apply to common transactions;
(2) establish rules to cover transactions or events which the law does not regulate;
(3) establish rules for certain transactions or events which the law regulates but permits variation by agreement; and
(4) give you disclosures of some of our policies to which you may be entitled or in which you may be interested.

If any provision of this agreement is found to be unenforceable according to its terms, all remaining provisions will continue in full force and effect. We may permit some variations from our standard agreement, but we must agree to any variation in writing either on the signature card for your account or in some other document. Nothing in this agreement is intended to vary our duty to act in good faith and with ordinary care when required by law.

As used in this agreement the words "we," "our," and "us" mean the financial institution and the words "you" and "your" mean the account holder(s) and anyone else with the authority to deposit, withdraw, or exercise control over the funds in the account. However, this agreement does not intend, and the terms "you" and "your" should not be interpreted, to expand an individual's responsibility for an organization's liability. If this account is owned by a corporation, partnership or other organization, individual liability is determined by the laws generally applicable to that type of organization. The headings in this agreement are for convenience or reference only and will not govern the interpretation of the provisions. Unless it would be inconsistent to do so, words and phrases used in this agreement should be construed so the singular includes the plural and the plural includes the singular.

**LIABILITY -** You agree, for yourself (and the person or entity you represent if you sign as a representative of another) to the terms of this account and the schedule of charges. You authorize us to deduct these charges, without notice to you, directly from the account balance as accrued. You will pay any additional reasonable charges for services you request which are not covered by this agreement.

Each of you also agrees to be jointly and severally (individually) liable for any account shortage resulting from charges or overdrafts, whether caused by you or another with access to this account. This liability is due immediately, and we can deduct any amounts deposited into the account and apply those amounts to the shortage. You have no right to defer payment of this liability, and you are liable regardless of whether you signed the item or benefited from the charge or overdraft.

You will be liable for our costs as well as for our reasonable attorneys' fees, to the extent permitted by law, whether incurred as a result of collection or in any other dispute involving your account. This includes, but is not limited to, disputes between you and another joint owner; you and an authorized signer or similar party; or a third party claiming an interest in your account. This also includes any action that you or a third party takes regarding the account that causes us, in good faith, to seek the advice of an attorney, whether or not we become involved in the dispute. All costs and attorneys' fees can be deducted from your account when they are incurred, without notice to you.

**DEPOSITS -** We will give only provisional credit until collection is final for any items, other than cash, we accept for deposit (including items drawn "on us"). Before settlement of any item becomes final, we act only as your agent, regardless of the form of indorsement or lack of indorsement on the item and even though we provide you provisional credit for the item. We may reverse any provisional credit for items that are lost, stolen, or returned. Unless prohibited by law, we also reserve the right to charge back to your account the amount of any item deposited to your account or cashed for you which was initially paid by the payor bank and which is later returned to us due to an allegedly forged, unauthorized or missing indorsement, claim of alteration, encoding error, counterfeit cashier's check or other problem which in our judgment justifies reversal of credit. You authorize us to attempt to collect previously returned items without giving you notice, and in attempting to collect we may permit the payor bank to hold an item beyond the midnight deadline. Actual credit for deposits of, or payable in, foreign currency will be at the exchange rate in effect on final collection in U.S. dollars. We are not responsible for transactions by mail or outside depository until we actually record them. If you deliver a deposit to us and you will not be present when the deposit is counted, you must provide us an itemized list of the deposit (deposit slip). To process the deposit, we will verify and record the deposit, and credit the deposit to the account. If there are any discrepancies between the amounts shown on the itemized list of the deposit and the amount we determine to be the actual deposit, we will notify you of the discrepancy. You will be entitled to credit only for the actual deposit as determined by us, regardless of what is stated on the itemized deposit slip. We will treat and record all transactions received after our "daily cutoff time" on a business day we are open, or received on a day we are not open for business, as if initiated on the next business day that we are open. At our option, we may take an item for collection rather than for deposit. If we accept a third-party check or draft for deposit, we may require any third-party indorsers to verify or guarantee their indorsements, or indorse in our presence.

**WITHDRAWALS -**

**Important terms for accounts where more than one person can withdraw -** Unless clearly indicated otherwise on the account records, any of you, acting alone, who signs to open the account or has authority to make withdrawals may withdraw or transfer all or any part of the account balance at any time. Each of you (until we receive written notice to the contrary) authorizes each other person who signs or has authority to make withdrawals to indorse any item payable to you or your order for deposit to this account or any other transaction with us.

**Postdated checks -** A postdated check is one which bears a date later than the date on which the check is written. We may properly pay and charge your account for a postdated check even though payment was made before the date of the check, unless we have received written notice of the postdating in time to have a reasonable opportunity to act. Because we process checks mechanically, your notice will not be effective and we will have no liability for failing to honor your notice unless it precisely identifies the number, date, amount and payee of the item.

**Checks and withdrawal rules -** If you do not purchase your check blanks from us, you must be certain that we approve the check blanks you purchase. We may refuse any withdrawal or transfer request which you attempt on forms not approved by us or by any method we do not specifically permit. We may refuse any withdrawal or transfer request which is greater in number than the frequency permitted by our policy, or which is for an amount greater or less than any withdrawal limitations. We will use the date the transaction is completed by us (as opposed to the date you initiate it) to apply any frequency limitations. In addition, we may place limitations on the account until your identity is verified.

Even if we honor a nonconforming request, we are not required to do so later. If you violate the stated transaction limitations (if any), in our discretion we may close your account or reclassify your account as another type of account. If we reclassify your account, your account will be subject to the fees and earnings rules of the new account classification.

If we are presented with an item drawn against your account that would be a "substitute check," as defined by law, but for an error or defect in the item introduced in the substitute check creation process, you agree that we may pay such item.

**Cash withdrawals -** We recommend you take care when making large cash withdrawals because carrying large amounts of cash may pose a danger to your personal safety. As an alternative to making a large cash withdrawal, you may want to consider a cashier's check or similar instrument. You assume full responsibility of any loss in the event the cash you withdraw is lost, stolen, or destroyed. Your agree to hold us harmless from any loss you incur as a result of your decision to withdraw funds in the form of cash.

**Multiple signatures, electronic check conversion, and similar transactions -** An electronic check conversion transaction is a transaction where a check or similar item is converted into an electronic fund transfer as defined in the Electronic Fund Transfers regulation. In these types of transactions the check or similar item is either removed from circulation (truncated) or given back to you. As a result, we have no opportunity to review the signatures or otherwise examine the original check or item. You agree that, as to these or any items as to which we have no opportunity to examine the signatures, you waive any requirement of multiple signatures.

**In Kentucky, Release-of-funds procedure -** We reserve the right to prevent withdrawal from this account upon the death of any owner until all required release-of-funds procedures are completed. **Notice of withdrawal -** We reserve the right to require not less than 7 days' notice in writing before each withdrawal from an interest-bearing account, other than a time deposit or demand deposit, or from any other savings deposit as defined by Regulation D. (The law requires us to reserve this right, but it is not our general policy to use it.) Withdrawals from a time account prior to maturity or prior to

any notice period may be restricted and may be subject to penalty. See your separately provided notice of penalty for early withdrawal.

**UNDERSTANDING AND AVOIDING OVERDRAFT AND NONSUFFICIENT FUNDS (NSF) FEES -**

**Generally -** The information in this section is being provided to help you understand what happens if your account is overdrawn. Understanding the concepts of overdrafts and nonsufficient funds (NSF) is important and can help you avoid being assessed fees or charges. This section also provides contractual terms relating to overdrafts and NSF transactions.

An overdrawn account will typically result in you being charged an overdraft fee or an NSF fee. Generally, an overdraft occurs when there is not enough money in your account to pay for a transaction, but we pay (or cover) the transaction anyway. An NSF transaction is slightly different. In an NSF transaction, we do not cover the transaction. Instead, the transaction is rejected and the item or requested payment is returned. In either situation, we can charge you a fee.

If you use our Courtesy Overdraft Program and we cover a transaction for which there is not enough money in your account to pay, we will consider that an overdraft. We treat all other transactions for which there is not enough money in your account as an NSF transaction, regardless of whether we cover the transaction or the transaction is rejected.

**Determining your available balance -** We use the "available balance" method to determine whether your account is overdrawn, that is, whether there is enough money in your account to pay for a transaction. Importantly, your "available" balance may not be the same as your account's "actual" balance. This means an overdraft or an NSF transaction could occur regardless of your account's actual balance.

Your account's actual balance (sometimes called the ledger balance) only includes transactions that have settled up to that point in time, that is, transactions (deposits and payments) that have posted to your account. The actual balance does not include outstanding transactions (such as checks that have not yet cleared and electronic transactions that have been authorized but which are still pending). The balance on your periodic statement is the ledger balance for your account as of the statement date.

As the name implies, your available balance is calculated based on the money "available" in your account to make payments. In other words, the available balance takes ACH credit transactions and debit card transactions that have been authorized, but not yet settled, and adds or subtracts them from the actual balance. In addition, when calculating your available balance, any "holds" placed on deposits that have not yet cleared are also subtracted from the actual balance. For more information on how holds placed on funds in your account can impact your available balance, read the subsection titled "A temporary debit authorization hold affects your account balance."

**Overdrafts -** You understand that we may, at our discretion, honor withdrawal requests that overdraw your account. However, the fact that we may honor withdrawal requests that overdraw the account balance does not obligate us to do so later. So you can NOT rely on us to pay overdrafts on your account regardless of how frequently or under what circumstances we have paid overdrafts on your account in the past. We can change our practice of paying, or not paying, discretionary overdrafts on your account without notice to you. You can ask us if we have other account services that might be available to you where we commit to paying overdrafts under certain circumstances, such as an overdraft protection line-of-credit or a plan to sweep funds from another account you have with us. You agree that we may charge fees for overdrafts. For consumer accounts, we will not charge fees for overdrafts caused by ATM withdrawals or one-time (sometimes referred to as "everyday") debit card transactions if you have not opted-in to that service. We may use subsequent deposits, including direct deposits of social security or other government benefits, to cover such overdrafts and overdraft fees.

**Payment types -** Some, but not necessarily all, of the ways you can access the funds in your account include debit card transactions, automated clearing house (ACH) transactions, and check transactions. All these payment types can use different processing systems and some may take more or less time to post. This information is important for a number of reasons. For example, keeping track of the checks you write and the timing of the preauthorized payments you set up will help you to know what other transactions might still post against your account. For information about how and when we process these different payment types, see the "Payment order of items" subsection below.

**Important information regarding "decoupled" cards -** Decoupled debit cards are debit cards offered or issued by an institution or merchant other than us. As part of the issuing process, you provide the decoupled debit card issuer with the information it needs to link the decoupled debit card to your account with us. Once this is done, you can typically use the decoupled debit card as you would any other debit card. Importantly, however, while transactions initiated with these decoupled debit cards may originate as debit card transactions paid by the card issuer, we receive and process them as ACH transactions. Additionally, you need to refer to your agreement with the decoupled debit card issuer to understand the terms of use for that card. Thus, when our documentation refers to "debit cards," "everyday debit card transactions," or "one-time debit card transactions," we are referring to debit cards issued by us, not decoupled debit cards issued by other institutions or merchants. Different payment types can use different processing systems and some may take more or less time to post. Knowing which card you are using and how the transaction is processed can help you manage your finances, including helping you to avoid overdraft or NSF fees.

**Balance information -** Keeping track of your balance is important. You can review your balance in a number of ways including reviewing your periodic statement, reviewing your balance online, accessing your account information by phone, or coming into one of our branches.

**Funds availability -** Knowing when funds you deposit will be made available for withdrawal is another important concept that can help you avoid being assessed fees or charges. Please see our funds availability disclosure (generally titled, "Your Ability to Withdraw Funds") for information on when different types of deposits will be made available for withdrawal. For an account to which our funds availability policy disclosure does not apply, you can ask us when you make a deposit when those funds will be available for withdrawal. An item may be returned after the funds from the deposit of that item are made available for withdrawal. In that case, we will reverse the credit of the item. We may determine the amount of available funds in your account for the purpose of deciding whether to return an item for insufficient funds at any time between the times we receive the item and when we return the item or send a notice in lieu of return. We need only make one determination, but if we choose to make a subsequent determination, the account balance at the subsequent time will determine whether there are insufficient available funds.

**A temporary debit authorization hold affects your account balance -** On debit card purchases, merchants may request a temporary hold on your account for a specified sum of money when you purchase does not know the exact amount of the purchase at the time the card is authorized. The amount of the temporary hold may be more than the actual amount of your purchase. Some common transactions where this occurs involve purchases of gasoline, hotel rooms, or meals at restaurants. When this happens, our processing system cannot determine that the amount of the hold exceeds the actual amount of your purchase. This temporary hold, and the amount charged to your account, will eventually be adjusted to the actual amount of your purchase, but it could be three calendar days, or even longer in some cases, before the adjustment is made. Until the adjustment is made, the amount of funds in your account available for other transactions will be reduced by the amount of the temporary hold. If one or more transactions are presented for payment in an amount greater than the funds left after the deduction of the temporary hold amount, you may be charged an NSF or overdraft fee according to our NSF or overdraft fee policy, which may result in one or more overdraft or NSF fees.

**Payment order of items -** The order in which items are paid is important if there is not enough money in your account to pay all of the items that are presented. The payment order can affect the number of items overdrawn or returned unpaid and the amount of the fees you may have to pay. To assist you in managing your account, we are providing you with the following information regarding how we process these items.

Note that items may not be processed in the order they are received.

Our policy is to process Park account to Park account loan or deposit transfers first, by dollar amount, smallest to largest on the day they are processed. We process Debit Card PIN transactions second, by dollar amount, smallest to largest on the day they are processed. We process Debit Card signature transactions third, by dollar amount, smallest to largest on the day they are processed. We process ATM transactions and ATM fees fourth, by dollar amount, smallest to largest on the day they are processed. We process Miscellaneous Debits such as in person withdrawals and wire transfers fifth, by dollar amount, smallest to largest on the day they are processed. We process ACH transactions sixth, by dollar amount, smallest to largest on the day they are processed. We process Checks seventh, in numerical order (by check number) on the day they are processed. We process Other Service Charges eighth, by dollar amount, smallest to largest on the day they are processed.

If one or more checks, items, or transactions are presented without sufficient funds in your account to pay it, you will be charged an NSF or overdraft fee according to our NSF or overdraft fee policy, which may result in one or more overdraft or NSF fees. We will not charge you a fee for paying an overdraft of an ATM or one-time (sometimes referred to as "everyday") debit card transaction if this is a consumer account and you have not opted-in to that service. The amounts of the overdraft and NSF fees are disclosed elsewhere, as are your rights to opt in to

SDNY_01_00002049

overdraft services for ATM and one-time  debit card transactions, if applicable. We encourage you to make careful records and practice good account management. This will help you to avoid creating items without sufficient funds and potentially  incurring the resulting fees.

**In Ohio, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on  the account records. We reserve the right to refuse some forms of ownership and beneficiary designations on any or all of our accounts unless otherwise prohibited by law. We make no representations  as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account -** is an account in the name of one person.

**Joint Account - With Survivorship (And Not As Tenants In Common) -** is an account in the name of two or more persons. Each of you intend that when you die the balance in the account (subject to any previous pledge to which we have agreed) will belong to the survivor(s). If two or more of you survive, you will own the balance in the account as joint tenants with survivorship and not as tenants in  common.

**Revocable Trust or Pay-On-Death Account -** If two or more of you create this type of account, you own the account jointly with survivorship. Beneficiaries cannot withdraw unless: (1) all persons creating  the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, beneficiaries will own this account in equal shares,  without right of survivorship. The person(s) creating either of these account types may: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**In Kentucky, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified  on the account records. We reserve the right to refuse some forms of ownership and beneficiary designations on any or all of our accounts unless otherwise prohibited by law. We make no  representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account -** is an account in the name of one person.

**Joint Account - With Survivorship (And Not As Tenants In Common) -** is an account in the name of two or more persons. Each of you intend that when you die the balance in the account (subject to any  previous pledge to which we have agreed) will belong to the survivor(s). If two or more of you survive, you will own the balance in the account as joint tenants with survivorship and not as tenants in  common.

**Joint Account - No Survivorship (As Tenants In Common) -** This is owned by two or more persons, but none of you intend (merely by opening this account) to create any right of survivorship in any  other person. We encourage you to agree and tell us in writing of the percentage of the deposit contributed by each of you. This information will not, however, affect the number of signatures  necessary  for withdrawal.

**Revocable Trust or Pay-On-Death Account -** If two or more of you create this type of account, you own the account with survivorship. Beneficiaries cannot withdraw unless: (1) all persons  creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, beneficiaries will own this account  in equal  shares, without right of survivorship. The person(s) creating either of these account types may: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any  time.

**In North Carolina, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any,  specified on the account records. We reserve the right to refuse some forms of ownership and beneficiary designations on any or all of our accounts unless otherwise prohibited by law. We make no  representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account -** is an account in the name of one person.

**Joint Account - With Survivorship -** You intend and agree that regardless of whose funds are deposited in the account, that upon your death the balance in the account will belong to the survivor(s). If  two or more of you survive, you will own the balance in the account as joint tenants with right of survivorship. This agreement is governed by North Carolina General Statutes § 53C-6-6.

**Personal Agency Accounts -** Such an account allows you to name an agent who will have authority to make withdrawals from the account by check or otherwise and indorse checks payable to you for  deposit only into the account and otherwise make deposits. In addition, you may elect to extend the authority of your agent so your agent may act notwithstanding your subsequent incapacity or mental  incompetence. Your agent's authority would then end at such time as the agent receives notification from a qualified guardian or duly appointed attorney-in-fact. If you do not extend the authority of your  agent, then your subsequent incapacity or mental incompetence will terminate the authority of your agent. This agreement is governed by North Carolina General Statutes § 53C-6-8.

**Joint Account - No Survivorship -** is owned by two or more persons, but none of you intend (merely by opening this account) to create any right of survivorship in any other person.

**Payable on Death (POD) Account -** A beneficiary cannot withdraw unless: (1) the person creating the account dies, and (2) the beneficiary is then living. The person creating this account type reserves  the right to: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time. This agreement is governed by North Carolina General Statutes § 53C-6-7.  **In South Carolina, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any,

specified on the account records. We reserve the right to refuse some forms of ownership and beneficiary designations on any or all of our accounts unless otherwise prohibited by law. We make no  representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Single-Party Account -** Such an account is owned by one party.

**Multiple-Party Account -** Parties own account in proportion to net contributions unless there is clear and convincing evidence of a different intent.

**Rights at Death - Single-Party Account -** At the death of a party, ownership passes as part of the party's estate.

**Multiple-Party Account With Right of Survivorship -** At death of party, ownership passes to surviving parties. If two or more parties survive and one is the surviving spouse of the deceased party, the  amount to which the deceased party, immediately before death, was beneficially entitled by law belongs to the surviving spouse. If two or more parties survive and none is the spouse of the decedent,  the amount to which the deceased party, immediately before death, was beneficially entitled by law belongs to the surviving parties in equal shares, and augments the proportion to which each surviving  party, immediately before the deceased party's death, was beneficially entitled under law, and the right of survivorship continues between the surviving parties. The last surviving party owns the entire  account.

**Multiple-Party Account Without Right of Survivorship -** At death of party, deceased party's ownership passes as part of deceased party's estate.

**Single-Party Account With Pay-on-Death Designation -** At death of the party, ownership passes to the designated pay-on-death beneficiaries and is not part of the party's estate.

**Multiple-Party Account With Right of Survivorship and Pay-on-Death Designation -** At death of last surviving party, ownership passes to the designated pay-on-death beneficiaries and is not part of  the last surviving party's estate.

**BUSINESS, ORGANIZATION AND ASSOCIATION ACCOUNTS -** Earnings in the form of interest, dividends, or credits will be paid only on collected funds, unless otherwise provided by law or our  policy. You represent that you have the authority to open and conduct business on this account on behalf of the entity. We may require the governing body of the entity opening the account to give us a  separate authorization telling us who is authorized to act on its behalf. We will honor the authorization until we actually receive written notice of a change from the governing body of the entity.

**In North Carolina and Ohio, STOP PAYMENTS -** The rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds,  such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law and we must receive it in time to give us a reasonable  opportunity to act on it before our stop-payment cutoff time. Because the most effective way for us to execute a stop-payment order is by using an automated process, to be effective, your stop-payment  order must precisely identify the number, date, and amount of the item, and the payee. You may stop payment on any item drawn on your account whether you sign the item or not. Generally, if your  stop-payment order is given to us in writing it is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. If the original  stop-payment order was oral your stop-payment order will lapse after 14 calendar days if you do not confirm your order in writing within that time period. We are not obligated to notify you when a stop-  payment order expires.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to  us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the  item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are  provided by law (e.g., we paid the item in cash or certified the item).

**In Kentucky and South Carolina, STOP PAYMENTS -** The rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of  funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law and we must receive it in time to give us a reasonable  opportunity to act on it before our stop-payment cutoff time. Because the most effective way for us to execute a stop-payment order is by using an automated process, to be effective, your stop-payment  order must precisely identify the number, date, and amount of the item, and the payee. You may stop payment on any item drawn on your account whether you sign the item or not. Your stop-payment  order is effective for six months if it is given to us in writing or by another type of record. (Generally, a "record" is information that is stored in such a way that it can be retrieved and can be heard or read  and understood – you can ask us what type of stop-payment records you can give us.) Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period.  If the original stop-payment order was oral your stop-payment order will lapse after 14 calendar days if it is not confirmed in writing or by another type of record within that time period. We are not  obligated to notify you when a stop-payment order expires.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to  us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the  item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are  provided by law (e.g., we paid the item in cash or we certified the item).

**TELEPHONE TRANSFERS -** A telephone transfer of funds from this account to another account with us, if otherwise arranged for or permitted, may be made by the same persons and under the same  conditions generally applicable to withdrawals made in writing. Limitations on the number of telephonic transfers from a savings account, if any, are described elsewhere.

**AMENDMENTS AND TERMINATION -** We may amend or delete any term of this agreement. We may also add new terms to this agreement. In addition, we may suspend, modify, convert, or terminate  a service, convert this account to another account type, or close this account for any reason. For any of these types of changes, we will give you reasonable notice in writing by any reasonable method  including by mail, by any electronic communication method to which you have agreed, on or with a periodic statement, or through any other method permitted by law. If we close the account, we will tender  the account balance to you or your agent personally, by mail, or by another agreed upon method.

Reasonable notice depends on the circumstances, and in some cases, such as when we cannot verify your identity or we suspect fraud, it might be reasonable for us to give you notice after the change  becomes effective. For instance, if we suspect fraudulent activity with respect to your account, and if we deem it appropriate under the circumstances and necessary to prevent further fraud, we might  immediately freeze or close your account and then give you notice.

Unless otherwise indicated in the notice of change, if we have notified you of a change to your account, and you continue to have your account after the effective date of the change, you have accepted  and agreed to the new or modified terms. You should review any change in terms notice carefully as the notice will provide important information of which you may need to be aware.

We reserve the right to waive any term of this agreement. However, such waiver shall not affect our right to enforce the term at a later date.

SDNY_01_00002050

If you request that we close your account, you are responsible for leaving enough money in the account to cover any outstanding items or transactions to be paid from the account. Once any outstanding items or transactions are paid, we will close the account and tender the account balance, if any, to you or your agent personally, by mail, or by another agreed upon method.

Any items and transactions presented for payment after the account is closed may be dishonored. Any deposits we receive after the account is closed may be returned. We will not be liable for any damages for not honoring any such debits or deposits received after the account is closed.

Note: Rules governing changes in interest rates are provided separately in the Truth-in-Savings disclosure or in another document. In addition, for changes governed by a specific law or regulation, we will follow the specific timing and format notice requirements of those laws or regulations.

**CORRECTION OF CLERICAL ERRORS** – Unless otherwise prohibited by law, you agree, if determined necessary in our reasonable discretion, to allow us to correct clerical errors, such as obtaining your missing signature, on any account documents or disclosures that are part of our agreement with you. For errors on your periodic statement, please refer to the STATEMENTS section.

**NOTICES** – Any written notice you give us is effective when we actually receive it, and it must be given to us according to the specific delivery instructions provided elsewhere, if any. We must receive any notice in time to have a reasonable opportunity to act on it. If a notice is regarding a check or other item, you must give us sufficient information to be able to identify the check or item, including the precise check or item number, amount, date and payee. Notice we give you via the United States Mail is effective when it is deposited in the United States Mail with proper postage and addressed to your mailing address we currently have on file. Notice we give you through your email of record, or other electronic method to which you agreed, will be treated as delivered to you when sent. Notice to any of you is notice to all of you.

**STATEMENTS** – Statements are a valuable tool to, among other things, help prevent fraudulent or mistaken transfers. Your statement will show the transactions that occurred in connection with your account during the statement period.

**Your duty to report unauthorized signatures (including forgeries and counterfeit checks) and alterations on checks and other items** – Your statement will provide sufficient information for you to reasonably identify the items paid (item number, amount, and date of payment). You should keep a record of each transaction as it is made so that when we give you the information in the statement, you will have a complete understanding of each transaction listed.

You have some responsibilities in connection with your statement. You must examine your statement with "reasonable promptness." Also, if you discover (or reasonably should have discovered) any unauthorized signatures (including forgeries and counterfeit checks) or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you must bear the loss entirely yourself or share the loss with us (we may have to share some of the loss if we failed to use ordinary care and if it was substantially contributed to the loss). The loss you might bear, in whole or part, could be not only with respect to items listed on the statement, but also other items with unauthorized signatures or alterations by the same wrongdoer. Of course, an attempt can be made to recover the loss from the thief, but this is often unsuccessful.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but you will not, in any circumstance, have a total of more than 30 days from when we first send or make the statement available to you.

You further agree that if you fail to report any unauthorized signatures or alterations in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we exercised ordinary care. The limitation in this paragraph is in addition to those contained in the second paragraph of this section.

If this is a business account, you agree that you will have at least two people review your statements, notices, and returned checks, or in the alternative, the person who reviews these will be someone who does not have authority to transact business on the account.

**Your duty to report other errors or problems** – In addition to the Commercial Code and other state law, you agree there is a common law duty to promptly review your statement for errors in addition to unauthorized signatures or alterations. Promptly reviewing your statement is valuable to both you and us because it can help identify, correct and prevent future mistakes.

In addition to your duty to review your statements for unauthorized signatures and alterations, you agree to examine your statement with reasonable promptness for any other error or problem – such as an encoding error or an unexpected deposit amount. Also, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing indorsements or any other problems. You agree that the time you have to examine your statement and items and report to us will depend on the circumstances. However, this time period shall not exceed 60 days. Failure to examine your statement and items and report any errors to us within 60 days of when we first send or make the statement available precludes you from asserting a claim against us for any errors on items identified in that statement and as between you and us the loss will be entirely yours. If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the 60 day time period to report other errors.

**Errors relating to electronic fund transfers or substitute checks** – For information on errors relating to electronic fund transfers (e.g., online, mobile, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**Duty to notify if statement not received** – You agree to immediately notify us if you do not receive your statement by the date you normally expect to receive it. Not receiving your statement in a timely manner is a sign that there may be an issue with your account, such as possible fraud or identity theft. Absent a lack of ordinary care by us, a failure to receive your statement in a timely manner does not extend the time you have to conduct your review under this agreement.

**ACCOUNT TRANSFER** – This account may not be transferred or assigned without our prior written consent.

**REIMBURSEMENT OF FEDERAL BENEFIT PAYMENTS** – If we are required for any reason to reimburse the federal government for all or any portion of a benefit payment that was directly deposited into your account, you authorize us to deduct the amount of our liability to the federal government from the account or from any other account you have with us, without prior notice and at any time, except as prohibited by law. We may also use any other available legal remedy to recover the amount of our liability.

**TEMPORARY ACCOUNT AGREEMENT** – If the account documentation indicates that this is a temporary account agreement, it means that all account owners have not yet signed the signature card, or that some other account opening requirement has not been completed. We may give you a duplicate signature card so that you can obtain all of the necessary signatures and return it to us. Each person who signs to open the account or has authority to make withdrawals (except as indicated to the contrary) may transact business on this account. However, we may at some time in the future restrict or prohibit further use of this account if you fail to comply with the requirements we have imposed within a reasonable time.

**SETOFF** – We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

**In Ohio, AUTHORIZED SIGNER** – The authorized signer is merely designated to conduct transactions on behalf of the owner or owners. Owners do not give up any rights to act on the account, and the authorized signer may not in any manner affect the rights of owners or beneficiaries, if any, other than by withdrawing funds from the account. Owners are responsible for any transactions of the authorized signer. We undertake no obligation to monitor transactions to determine that they are on behalf of the owners.

We may continue to honor the transactions of the authorized signer until: (a) we have received written notice or have actual knowledge of the termination of authority, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an authorized signer.

For accounts owned by a single individual, the owner may terminate the authority at any time, and the authority is automatically terminated by the death of the owner.

If our policy allows for the designation of an authorized signer on an account with multiple owners (and without any multiple signatures requirement), then the following rules apply: Each owner individually authorizes the authorized signer to act on his/her behalf. Any one owner may revoke or terminate the authorization, and the authorized signer's authority to access the account will continue only as long as no owner has revoked authorization. If no other event terminates the authority of the authorized signer, the authority is terminated upon the death of the last surviving owner.

**In Kentucky, AUTHORIZED SIGNER (Individual Accounts only)** – A single individual is the owner. The authorized signer is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the authorized signer may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the authorized signer. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the authorization at any time, and the authorization is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the authorized signer until: (a) we have received written notice or have actual knowledge of the termination of authority, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an authorized signer.

**In South Carolina, DESIGNATION OF AGENT FOR ACCOUNT** – An agent is authorized to make all transactions on the account that an owner can make, including, but not limited to, closing the account, but may not in any other manner affect the rights of the owners or beneficiaries. Owners do not give up any rights to act on the account. Owners are responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on behalf of the owners.

We may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of the agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an agent.

For accounts owned by a single individual, the owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner.

If our policy allows for the designation of an agent on an account with multiple owners (and without any multiple signatures requirement), then the following rules apply: Each owner individually authorizes the agent to act on his/her behalf. Any one owner may revoke or terminate the authority, and the agent's authority to access the account will continue only as long as no owner has revoked authorization. If no other event terminates the agency, the agency is terminated upon the death of the last surviving owner.

**RESTRICTIVE LEGENDS OR INDORSEMENTS** – The automated processing of the large volume of checks we receive prevents us from inspecting or looking for restrictive legends, restrictive indorsements or other special instructions on every check. For this reason, we are not required to honor any restrictive legend or indorsement or other special instruction placed on checks you write unless we have agreed in writing to the restriction or instruction. Unless we have agreed in writing, we are not responsible for any losses, claims, damages, or expenses that result from your placement of these restrictions or instructions on your checks. Examples of restrictive legends placed on checks are "must be presented within 90 days" or "not valid for more than $1,000.00." The payee's signature accompanied by the words "for deposit only" is an example of a restrictive indorsement.

**FACSIMILE SIGNATURES** – Unless you make advance arrangements with us, we have no obligation to honor facsimile signatures on your checks or other orders. If we do agree to honor items containing facsimile signatures, you authorize us, at any time, to charge you for all checks, drafts, or other orders, for the payment of money, that are drawn on us. You give us this authority regardless of by whom or by what means the facsimile signature(s) may have been affixed so long as they resemble the facsimile signature specimen filed with us, and contain the required number of signatures for this purpose. You must notify us at once if you suspect that your facsimile signature is being or has been misused.

**CHECK PROCESSING** – We process items mechanically by relying almost exclusively on the information encoded in magnetic ink along the bottom of the items. This means that we do not individually examine all of your items to determine if the item is properly completed, signed and indorsed or to determine if it contains any information other than what is encoded in magnetic ink. You agree that we have exercised ordinary care if our automated processing is consistent with general banking practice, even though we do not inspect each item. Because we do not inspect each item, if you write a check to multiple payees, we can properly pay the check regardless of the number of indorsements unless you notify us in writing that the check requires multiple indorsements. We must receive the notice in time for us to have a reasonable opportunity to act on it, and you must tell us the precise date of the check, amount, check number and payee. We are not responsible for any unauthorized signature or alteration that would not be identified by a reasonable inspection of the item. Using an automated process helps us keep costs down for you and all account holders.

**CHECK CASHING** – We may charge a fee for anyone that does not have an account with us who is cashing a check, draft or other instrument written on your account. We may also require reasonable identification to cash a check, draft or other instrument. We can decide what identification is reasonable under the circumstances and such identification may be documentary or

physical and may include  collecting a thumbprint or fingerprint.

**INDORSEMENTS -** We may accept for deposit any item payable to you or your order, even if they are not indorsed by you. We may give cash back to any one of you. We may supply any missing  indorsement(s) for any item we accept for deposit or collection, and you warrant that all indorsements are genuine.

To ensure that your check or share draft is processed without delay, you must indorse it (sign it on the back) in a specific area. Your entire indorsement (whether a signature or a stamp) along with any  other indorsement information (e.g. additional indorsements, ID information, driver's license number, etc.) must fall within 1¹/₂″ of the "trailing edge" of a check. Indorsements must be made in blue or  black ink, so that they are readable by automated check processing equipment.

As you look at the front of a check, the "trailing edge" is the left edge. When you flip the check over, be sure to keep all indorsement information within 1¹/₂″ of that edge.



It is important that you confine the indorsement information to this area since the remaining blank space will be used by others in the processing of the check to place additional needed indorsements  and information. You agree that you will indemnify, defend, and hold us harmless for any loss, liability, damage or expense that occurs because your indorsement, another indorsement or information  you have printed on the back of the check obscures our indorsement.

These indorsement guidelines apply to both personal and business checks.

**DEATH OR INCOMPETENCE -** You agree to notify us promptly if any person with a right to withdraw funds from your account(s) dies or is adjudicated (determined by the appropriate official)  incompetent. We may continue to honor your checks, items, and instructions until: (a) we know of your death or adjudication of incompetence, and (b) we have had a reasonable opportunity to act on  that knowledge. You agree that we may pay or certify checks drawn on or before the date of death or adjudication of incompetence for up to ten (10) days after your death or adjudication of  incompetence unless ordered to stop payment by someone claiming an interest in the account.

**FIDUCIARY ACCOUNTS -** Accounts may be opened by a person acting in a fiduciary capacity. A fiduciary is someone who is appointed to act on behalf of and for the benefit of another. We are not  responsible for the actions of a fiduciary, including the misuse of funds. This account may be opened and maintained by a person or persons named as a trustee under a written trust agreement, or as  executors, administrators, or conservators under court orders. You understand that by merely opening such an account, we are not acting in the capacity of a trustee in connection with the trust nor do  we undertake any obligation to monitor or enforce the terms of the trust or letters.

**CREDIT VERIFICATION -** You agree that we may verify credit and employment history by any necessary means, including preparation of a credit report by a credit reporting agency.

**LEGAL ACTIONS AFFECTING YOUR ACCOUNT -** If we are served with a subpoena, restraining order, writ of attachment or execution, levy, garnishment, search warrant, or similar order relating to  your account (termed "legal action" in this section), we will comply with that legal action as required by applicable law. However, nothing in this agreement shall be construed as a waiver of any rights  you may have under applicable law with regards to such legal action. Subject to applicable law, we may, in our sole discretion, choose to freeze the assets in the account and not allow any payments or  transfers out of the account, or take other action as may be appropriate under the circumstances, until there is a final court determination regarding the legal action. We may do these things even if the  legal action involves less than all of you. In these cases, we will not have any liability to you if there are insufficient funds to pay your items because we have withdrawn funds from your account or in  any  way restricted access to your funds in accordance with the legal action and applicable law. Any fees or expenses we incur in responding to any legal action (including, without limitation, attorneys'  fees, and our internal expenses) may be charged against your account, unless otherwise prohibited by applicable law. The list of fees applicable to your account(s) - provided elsewhere - may specify  additional fees that we may charge for responding to certain legal actions.

**ACCOUNT SECURITY -**

**Your duty to protect account information and methods of access -** Our policy may require methods of verifying your identity before providing you with a service or allowing you access to your account.  We can decide what identification is reasonable under the circumstances. For example, process and identification requirements may vary depending on whether they are online or in person.  Identification  may be documentary or physical and may include collecting a fingerprint, voiceprint, or other biometric information.

It is your responsibility to protect the account numbers and electronic access devices (e.g., an ATM card, point-of-sale card and/or PIN) we provide you for your accounts. You should also safeguard  your username, password, and other access and identifying information when accessing your account through a computer or other electronic, audio, or mobile device or technology. If you give anyone  authority to access the account on your behalf, you should exercise caution and ensure the trustworthiness of that agent. Do not discuss, compare, or share information about your account numbers with  anyone unless you are willing to give them full use of your money. Checks and electronic withdrawals are processed by automated methods, and anyone who obtains your account number or access  device could use it to withdraw money from your account, with or without your permission.

**Positive pay and other fraud prevention services -** Except for consumer electronic fund transfers subject to Regulation E, you agree that if we offer you services appropriate for your account to help  identify and limit fraud or other unauthorized transactions against your account, and you reject those services, you will be responsible for any fraudulent or unauthorized transactions which could have  been prevented by the services we offered. You will not be responsible for such transactions if we acted in bad faith or to the extent our negligence contributed to the loss. Such services include positive pay  or commercially reasonable security procedures. The positive pay service can help detect and prevent check fraud and is appropriate for account holders that issue a high volume of checks, a lot of  checks to the general public, or checks for large dollar amounts.

**Account numbers -** Thieves can encode your account number on a check which looks and functions like an authorized check and can be used to withdraw money from your account. Your account  number can also be used to issue a "remotely created check." Like a typical check, a remotely created check (sometimes called a telecheck, preauthorized draft or demand draft) is a draft or check that  can be used to withdraw money from your account. Unlike a typical check or draft, however, a remotely created check is not issued by the paying bank and does not contain the signature of the account  owner (or a signature purported to be the signature of the account owner). If you have truly authorized the remotely created check (to purchase a service or merchandise, for example), it is properly  payable. But it can be risky to authorize a remotely created check. A swindler could issue a remotely created check in an amount greater than you authorized, or issue additional remotely created checks  that you have not authorized. We will not know if the withdrawal is unauthorized or in an amount greater than the amount you have authorized. Payment can be made from your account even though  you  did not contact us directly and order the payment.

**Access devices -** If you furnish your access device and grant actual authority to make transactions against your account to someone who then exceeds that authority, you will be liable for the transactions  unless we have been  notified that transfers by that person are no longer authorized. Please review the additional information you have received in regard to electronic fund transfers for limitations on access  to your account by access devices.

**Blank checks -** You must also take precaution in safeguarding your blank checks. Notify us at once if you think your blank checks have been lost or stolen. As between you and us, if you are negligent  in safeguarding your checks, you must bear the loss entirely yourself, or share the loss with us if we failed to use ordinary care which substantially contributes to the loss.

**INSTRUCTIONS FROM YOU -** Unless required by law or we have agreed otherwise in writing, we are not required to act upon instructions you give us via facsimile transmission, email, voicemail, or  phone call to a facsimile number, email address, or phone number not designated by us for a particular purpose or for a purpose that is unrelated to the request or instruction.

**MONITORING AND RECORDING TELEPHONE CALLS AND ACCOUNT COMMUNICATIONS -** Subject to federal and state law, we may monitor or record phone calls for security reasons, to  maintain a record, and to ensure that you receive courteous and efficient service. You consent in advance to any such recording.

To provide you with the best possible service in our ongoing business relationship for your account, we may need to contact you about your account from time to time by telephone, text messaging, or  email. In contacting you about your account, we may use any telephone numbers or email addresses that you have previously provided to us by virtue of an existing business relationship or that you may  subsequently provide to us.

You acknowledge that the number we use to contact you may be assigned to a landline, a paging service, a cellular wireless service, a specialized mobile radio service, other radio common carrier  service, or any other service for which you may be charged for the call. You acknowledge that we may contact you by voice, voicemail, or text messaging. You further acknowledge that we may use pre-  recorded voice messages, artificial voice messages, or automatic telephone dialing systems.

If necessary, you may change or remove any of the telephone numbers, email addresses, or other methods of contacting you at any time using any reasonable means to notify us.

**CLAIM OF LOSS -** The following rules do not apply to a transaction or claim related to a consumer electronic fund transfer governed by Regulation E (e.g., an everyday/one-time consumer debit card or  ATM transaction). The error resolution procedures for consumer electronic fund transfers can be found in our initial Regulation E disclosure generally titled, "Electronic Fund Transfers." For other  transactions or claims, if you claim a credit or refund because of a forgery, alteration, or any other unauthorized withdrawal, you agree to cooperate with us in the investigation of the loss, including giving  us an affidavit containing whatever reasonable information we require concerning your account, the transaction, and the circumstances surrounding the loss. You will notify law enforcement authorities of  any criminal act related to the claim of lost, missing, or stolen checks or unauthorized withdrawals. We will have a reasonable period of time to investigate the facts and circumstances surrounding your  claim of loss. Unless we have acted in bad faith, we will not be liable for special or consequential damages, including loss of profits or opportunity, or for attorneys' fees incurred by you.

You agree that you will not waive any rights you have to recover your loss against anyone who is obligated to repay, insure, or otherwise reimburse you for your loss. You will pursue your rights or, at our  option, assign them to us so that we may pursue them. Our liability will be reduced by the amount you recover or are entitled to recover from these other sources.

**EARLY WITHDRAWAL PENALTIES (and involuntary withdrawals) -** We may impose early withdrawal penalties on a withdrawal from a time account even if you don't initiate the withdrawal. For  instance, the early withdrawal penalty may be imposed if the withdrawal is caused by our setoff against funds in the account or as a result of an attachment or other legal process. We may close your  account and impose the early withdrawal penalty on the entire account balance in the event of a partial early withdrawal. See your separately provided notice of penalty for early withdrawal for additional  information.

**CHANGES IN NAME AND CONTACT INFORMATION -** You are responsible for notifying us of any change in your name, address, or other information we use to communicate with you. Unless we agree  otherwise, notice of such a change must be made in writing. Informing us of your address or name change on a check reorder form is not sufficient. We will attempt to communicate with you only  by use of the most recent information you have provided to us. If provided elsewhere, we may impose a fee if we attempt to locate you.

**RESOLVING ACCOUNT DISPUTES -** We may place an administrative hold on the funds in your account (refuse payment or withdrawal of the funds) if it becomes subject to a claim adverse to (1)  your own interest; (2) others claiming an interest as survivors or beneficiaries of your account; or (3) a claim arising by operation of law. The hold may be placed for such period of time as we believe  reasonably necessary to allow a legal proceeding to determine the merits of the claim or until we receive evidence satisfactory to us that the dispute has been resolved. We will not be liable for any items  that are dishonored as a consequence of placing a hold on funds in your account for these reasons.

**WAIVER OF NOTICES -** To the extent permitted by law, you waive any notice of non-payment, dishonor or protest regarding any items credited to or charged against your account. For example, if  you  deposit an item and it is returned unpaid or we receive a notice of nonpayment, we do not have to notify you unless required by federal Regulation CC or other law.

**ACH AND WIRE TRANSFERS -** This agreement is subject to Article 4A of the Uniform Commercial Code - Fund Transfers as adopted in the state in which you have your account with us. If you originate a fund transfer and you identify by name and number a beneficiary financial institution, an intermediary financial institution or a beneficiary, we and every receiving or beneficiary financial institution may rely on the identifying number to make payment. We may rely on the number even if it identifies a financial institution, person or account other than the one named. You agree to be bound by automated clearing house association rules. These rules provide, among other things, that payments made by you, or originated by you, are provisional until final settlement is made through a Federal Reserve Bank or payment is otherwise made as provided in Article 4A-403(a) of the Uniform Commercial Code. If we do not receive such payment, we are entitled to a refund from you in the amount credited to your account and the party originating such payment will not be considered to have paid the amount so credited. Credit entries may be made by ACH. If we receive a payment order to credit an account you have with us by wire or ACH, we are not required to give you any notice of the payment order or credit.

**INTERNATIONAL ACH TRANSACTIONS -** Financial institutions are required by law to scrutinize or verify any international ACH transaction (IAT) that they receive against the Specially Designated Nationals (SDN) list of the Office of Foreign Assets Control (OFAC). This action may, from time to time, cause us to temporarily suspend processing of an IAT and potentially affect the settlement and/or availability of such payments.

**PLEDGES -** Each owner of this account may pledge all or any part of the funds in it for any purpose to which we agree. Any pledge of this account must first be satisfied before the rights of any surviving account owner or account beneficiary become effective.

**POWER OF ATTORNEY -** You may wish to appoint an agent to conduct transactions on your behalf. (We, however, have no duty or agreement whatsoever to monitor or insure that the acts of the agent are for your benefit.) This may be done by allowing your agent to sign in that capacity on the signature card or by separate form, such as a power of attorney. A power of attorney continues until your death or the death of the person given the power. If the power of attorney is not "durable," it is revoked when you become incompetent. We may continue to honor the transactions of the agent until:

(a) we have received written notice or have actual knowledge of the termination of the authority or the death of an owner, and (b) we have had a reasonable opportunity to act on that notice or knowledge. You agree not to hold us responsible for any loss or damage you may incur as a result of our following instructions given by an agent acting under a valid power of attorney.

**STALE-DATED CHECKS -** We are not obligated to, but may at our option, pay a check, other than a certified check, presented for payment more than six months after its date. If you do not want us to pay a stale-dated check, you must place a stop-payment order on the check in the manner we have described elsewhere.

**FDIC INSURANCE -** Funds in your account(s) with us are insured by the Federal Deposit Insurance Corporation (FDIC) and backed by the full faith and credit of the United States. The amount of insurance coverage you have depends on the number of accounts you have with us that are of different "ownership." An individual account is one unique form of "ownership", a joint account, a pay-on- death account, and a self directed qualified retirement account (e.g., an IRA) are examples of some of the others. Deposit insurance for a person's self directed qualified retirement account is up to

$250,000. (An IRA is a self directed qualified retirement account as is any account where the owner decides where and how to invest the balance.) Funds are insured to $250,000 per depositor for the total of funds combined in all of your other insured accounts with us. If you want a more detailed explanation or additional information, you may ask us or contact the FDIC. You can also visit the FDIC website at www.fdic.gov and click on the Deposit Insurance link. The link includes detailed contact information as well as a deposit insurance estimator.

**UNCLAIMED PROPERTY -** The law establishes procedures under which unclaimed property must be surrendered to the state. (We may have our own rules regarding dormant accounts, and if we charge a fee for dormant accounts it will be disclosed to you elsewhere.) Generally, the funds in your account are considered unclaimed if you have not had any activity or communication with us regarding your account over a period of years. Ask us if you want further information about the period of time or type of activity that will prevent your account from being unclaimed. If your funds are surrendered to the state, you may be able to reclaim them, but your claim must be presented to the state. Once your funds are surrendered, we no longer have any liability or responsibility with respect to the funds.

**UTMA ACCOUNTS -** Under the Uniform Transfers to Minors Act, the funds in the account are owned by the child who has unconditional use of the account when he or she reaches the age of majority. Before that time, the account may be accessed only by the custodian (or successor custodian), and the funds must be used for the benefit of the child. We, however, have no duty or agreement whatsoever to monitor or insure that the acts of the custodian (or successor custodian) are for the child's benefit. We are not responsible to monitor age or eligibility for an UTMA account, even though our records may indicate the minor's date of birth. It is the custodian's responsibility to properly distribute the funds in the account upon the minor's death or attainment of the age of majority. For this type of account, the child's SSN/TIN is used for the Backup Withholding Certification.

**CASH TRANSACTION REPORTING -** To help law enforcement agencies detect illegal activities, the law requires all financial institutions to gather and report information on some types of cash transactions. If the information we need to complete the report is not provided, we are required to refuse to handle the transaction. If you have any questions regarding these rules, the U.S. Treasury Financial Crimes Enforcement Network (FinCEN) maintains a frequently asked questions (FAQ) document online. The FAQ also includes additional information for contacting FinCEN.

**BACKUP WITHHOLDING/TIN CERTIFICATION -** Federal tax law requires us to report interest payments we make to you of $10 or more in a year, and to include your taxpayer identification number (TIN) on the report. Interest includes dividends, interest and bonus payments for purposes of this rule. Therefore, we require you to provide us with your TIN and to certify that it is correct. The TIN is either a social security number (SSN) or an employer identification number (EIN). For most organization or business accounts other than sole proprietorships, the appropriate TIN is the EIN of the organization or business entity. For sole proprietorships, either the SSN or the EIN is appropriate. However, we must supply the IRS with the individual owner's name and the business name of the sole proprietorship. The appropriate TINs for various other types of accounts are:

Account type - TIN

Individual - SSN of the individual.

Joint Account - SSN of the owner named first on the account. Uniform Transfer to Minor - SSN of the minor.

Informal (Revocable) Trust - SSN of the owner.

In some circumstances, federal law requires us to withhold and pay to the IRS a percentage of the interest that is earned on funds in your accounts. This is known as backup withholding. We will not have to withhold interest payments when you open your account if you certify your TIN and certify that you are not subject to backup withholding due to underreporting of interest. We may subsequently be required to begin backup withholding if the IRS informs us that you supplied an incorrect TIN or that you underreported your interest income. If you do not have a TIN, we may defer backup withholding if you certify that you do not have a TIN but have applied for one. However, we must begin backup withholding if you do not supply us with a certified TIN within 60 days. If you do not have a TIN because you are a foreign person (either an individual who is a nonresident alien or a foreign organization) you must certify your foreign status. If you are an exempt payee (receiver of interest payments), you do not need to certify your TIN, but you will have to certify your exempt status and supply us with your TIN. The most common exempt payees are corporations, organizations exempt from tax under Section 501(a), and an individual retirement plan or a custodial account under Section 403(b)(7). If you do not supply us with the appropriate TIN, we may refuse to open your account.

**CHANGING ACCOUNT PRODUCTS -** We may change your account to another product offered by us at any time by giving you notice that your account will be changed to another product on a specified date. If your account is a time account, the change will not occur before the next maturity date of your account. If you do not close your account before the date specified in the notice, we may change your account to that other product on the date specified in the notice.

**TRANSACTIONS BY MAIL -** You may deposit checks or drafts by mail. You should indorse the item being sent through the mail with the words "For Deposit Only" and should include your correct account number underneath to ensure the item is credited to the correct account. You should use the pre-encoded deposit slips found in your checkbook. If you do not use your deposit slip or provide us with instructions indicating how or where the item should be credited, we may apply it to any account or any loan balance you have with us or we may return the item to you. Receipts for such transactions will be mailed to you only if a self-addressed stamped envelope is provided. Following your deposit, examine your statement carefully or call us to ensure that we received the item. Do not send cash through the mail for deposit.

**CHECK STORAGE AND COPIES -** You agree that you will not receive your canceled checks. We will store your canceled checks or copies of them for a reasonable retention period. You may request copies from us in the manner we require.

**TRUNCATION, SUBSTITUTE CHECKS, AND OTHER CHECK IMAGES -** If you truncate an original check and create a substitute check, or other paper or electronic image of the original check, you warrant that no one will be asked to make payment on the original check, a substitute check or any other electronic or paper image, if the payment obligation relating to the original check has already been paid. You also warrant that any substitute check you create conforms to the legal requirements and generally accepted specifications for substitute checks. You agree to retain the original check in conformance with our policy for retaining original checks. You agree to indemnify us for any loss we may incur as a result of any truncated check transaction you initiate. We can refuse to accept substitute checks that have not previously been warranted by a bank or other financial institution in conformance with the Check 21 Act. Unless specifically stated in a separate agreement between you and us, we do not have to accept any other electronic or paper image of an original check.

**REMOTELY CREATED CHECKS -** Like any standard check or draft, a remotely created check (sometimes called a telecheck, preauthorized draft or demand draft) is a check or draft that can be used to withdraw money from an account. Unlike a typical check or draft, however, a remotely created check is not issued by the paying bank and does not contain the signature of the account owner (or a signature purported to be the signature of the account owner). In place of a signature, the check usually has a statement that the owner authorized the check or has the owner's name typed or printed on the signature line.

You warrant and agree to the following for every remotely created check we receive from you for deposit or collection: (1) you have received express and verifiable authorization to create the check in the amount and to the payee that appears on the check; (2) you will maintain proof of the authorization for at least 2 years from the date of the authorization, and supply us the proof if we ask; and (3) if a check is returned you owe us the amount of the check, regardless of when the check is returned. We may take funds from your account to pay the amount you owe us, and if there are insufficient funds in your account, you still owe us the remaining balance.

**UNLAWFUL INTERNET GAMBLING NOTICE -** Restricted transactions as defined in Federal Reserve Regulation GG are prohibited from being processed through this account or relationship. Restricted transactions generally include, but are not limited to, those in which credit, electronic fund transfers, checks, or drafts are knowingly accepted by gambling businesses in connection with the participation by others in unlawful Internet gambling.

**HEALTH SAVINGS ACCOUNTS (HSA) -** For your convenience, we permit you to take distributions from your HSA by check. This feature can raise a variety of tax concerns – for example getting additional cash back on an HSA checking transaction. As a result, if you have more than one account with us, it is a good practice to make sure you are using the appropriate checkbook for the transaction. Also, it is your responsibility to ensure your distributions and other actions related to the HSA comply with the law, including federal tax law. As always, we recommend consulting a legal or tax professional if you have any questions about managing your HSA. The terms of this agreement are intended to work in conjunction with the HSA Agreement provided to you earlier. In the event of a conflict, the terms of the HSA Agreement control. You understand that your HSA is intended to be used for payment of qualified medical expenses. It is your responsibility to satisfy any tax liability resulting from use of your HSA for any purpose other than payment or reimbursement of qualified medical expenses. We do not monitor the purpose of any transaction to or from your HSA. Nor are we responsible for ensuring your eligibility for making contributions or ensuring withdrawals are used for payment or reimbursement of qualified medical expenses. Refer to your HSA Agreement for more information relating to the use of your HSA.

**FUNDS TRANSFERS -** The terms used in this section have the meaning given to them in Article 4A of the Uniform Commercial Code - Fund Transfers (UCC 4A). This section will generally not apply to you if you are a consumer. However, even if you are a consumer, this section will apply to that part of any funds transfer that is conducted by Fedwire. This section is subject to UCC 4A as adopted in the state in which you have your account with us. This agreement is also subject to all clearing house association rules, rules of the Board of Governors of the Federal Reserve System and their operating circulars. If any part of this agreement is determined to be unenforceable, the rest of the agreement remains effective. This agreement controls funds transfers unless supplemented or amended in a separate written agreement signed by us. This agreement does not apply to a funds transfer if any part of the transfer is governed by the Electronic Fund Transfer Act of 1978 (EFTA), except this agreement does apply to a funds transfer that is a remittance transfer as defined in EFTA unless the remittance transfer is an electronic fund transfer as defined in EFTA.

**Funds transfer -** A funds transfer is the transaction or series of transactions that begin with the originator's payment order, made for the purpose of making payment to the beneficiary of the order. A funds transfer is completed by the acceptance by the beneficiary's bank of a payment order for the benefit of the beneficiary of the originator's order. You may give us a payment order orally, electronically, or in writing, but your order cannot state any condition to payment to the beneficiary other than the time of payment. Credit entries may be made by ACH.

SDNY_01_00002053

**Authorized account -** An authorized account is a deposit account you have with us that you have designated as a source of payment of payment orders you issue to us. If you have not designated an authorized account, any account you have with us is an authorized account to the extent that payment of the payment order is not inconsistent with the use of the account.

**Acceptance of your payment order -** We are not obligated to accept any payment order that you give us, although we normally will accept your payment order if you have a withdrawable credit in an authorized account sufficient to cover the order. If we do not execute your payment order, but give you notice of our rejection of your payment order after the execution date or give you no notice, we are not liable to pay you as restitution any interest on a withdrawable credit in a non-interest-bearing account.

**Cutoff time -** If we do not receive your payment order or communication canceling or amending a payment order before our cutoff time on a funds transfer day for that type of order or communication, the order or communication will be deemed to be received at the opening of our next funds transfer business day.

**Payment of your order -** If we accept a payment order you give us, we may receive payment by automatically deducting from any authorized account the amount of the payment order plus the amount of any expenses and charges for our services in execution of your payment order. We are entitled to payment on the payment on execution date. Unless your payment order specifies otherwise, the payment or execution date is the funds transfer date we receive the payment order. The funds transfer is completed upon acceptance by the beneficiary's bank. Your obligation to pay your payment order is excused if the funds transfer is not completed, but you are still responsible to pay us any expenses and charges for our services. However, if you told us to route the funds transfer through an intermediate bank, and we are unable to obtain a refund because the intermediate bank that you designated has suspended payments, then you are still obligated to pay us for the payment order. You will not be entitled to interest on any refund you receive because the beneficiary's bank does not accept the payment order.

**Security procedure -** As described more fully in a separate writing, the authenticity of a payment order or communication canceling or amending a payment order issued in your name as sender may be verified by a security procedure. You affirm that you have no circumstances which are relevant to the determination of a commercially reasonable security procedure unless those circumstances are expressly contained in a separate writing signed by us. You may choose from one or more security procedures that we have developed, or you may develop your own security procedure if it is acceptable to us. If you refuse a commercially reasonable security procedure that we have offered you, you agree that you will be bound by any payment order issued in your name, whether or not authorized, that we accept in good faith and in compliance with the security procedure you have chosen.

**Duty to report unauthorized or erroneous payment -** You must exercise ordinary care to determine that all payment orders or amendments to payment orders that we accept that are issued in your name are authorized, enforceable, in the correct amount, to the correct beneficiary, and not otherwise erroneous. If you discover (or with reasonable care should have discovered) an unauthorized, unenforceable, or erroneously executed payment order or amendment, you must exercise ordinary care to notify us of the relevant facts. The time you have to notify us will depend on the circumstances, but that time will not in any circumstance exceed 14 days from when you are notified of our acceptance or execution of the payment order or amendment or that your account was debited with respect to the order or amendment. If you do not provide us with timely notice you will not be entitled to interest on any refundable amount. If we can prove that you failed to perform either of these duties with respect to an erroneous payment and that we incurred a loss as a result of the failure, you are liable to us for the amount of the loss not exceeding the amount of your order.

**Identifying number -** If your payment order identifies an intermediate bank, beneficiary bank, or beneficiary by name and number, we and every receiving or beneficiary bank may rely upon the identifying number rather than the name to make payment, even if the number identifies an intermediate bank or person different than the bank or beneficiary identified by name. Neither we nor any receiving or beneficiary bank have any responsibility to determine whether the name and identifying number refer to the same financial institution or person.

**Record of oral or telephone orders -** You agree that we may, if we choose, record any oral or telephone payment order or communication of amendment or cancelation.

**Notice of credit -** If we receive a payment order to credit an account you have with us, we are not required to provide you with any notice of the payment order or the credit.

**Provisional credit -** You agree to be bound by the automated clearing house association operating rules that provide that payments made to you or originated by you by funds transfer through the automated clearing house system are provisional until final settlement is made through a Federal Reserve Bank or otherwise payment is made as provided in Article 4A-403(a) of the Uniform Commercial Code.

**Refund of credit -** You agree that if we do not receive payment of an amount credited to your account, we are entitled to a refund from you in the amount credited and the party originating such payment will not be considered to have paid the amount so credited.

**Amendment of funds transfer agreement -** From time to time we may amend any term of this agreement by giving you reasonable notice in writing. We may give notice to anyone who is authorized to send payment orders to us in your name, or to anyone who is authorized to accept service.

**Cancelation or amendment of payment order -** You may cancel or amend a payment order you give us only if we receive the communication of cancelation or amendment before our cutoff time and in time to have a reasonable opportunity to act on it before we accept the payment order. The communication of cancelation or amendment must be presented in conformity with the same security procedure that has been agreed to for payment orders.

**Intermediaries -** We are not liable for the actions of any intermediary, regardless of whether or not we selected the intermediary. We are not responsible for acts of God, outside agencies, or nonsalaried agents.

**Limit on liability -** You waive any claim you may have against us for consequential or special damages, including loss of profit arising out of a payment order or funds transfer, unless this waiver is prohibited by law. We are not responsible for attorney fees you might incur due to erroneous execution of payment order.

**Erroneous execution -** If we receive an order to pay you, and we erroneously pay you more than the amount of the payment order, we are entitled to recover from you the amount in excess of the amount of the payment order, regardless of whether you may have some claim to the excess amount against the originator of the order.

**Objection to payment -** If we give you a notice that reasonably identifies a payment order issued in your name as sender that we have accepted and received payment for, you cannot claim that we are not entitled to retain the payment unless you notify us of your objection to the payment within one year of our notice to you.



Post Office Box 3500
Newark, OH 43058-9983
888-474-PARK
parknationalbank.com

SDNY_01_00002054

THIS PAGE LEFT INTENTIONALLY BLANK

SDNY_01_00002055

# Park
## NATIONAL BANK

Post Office Box 3500
Newark, OH 43058-9983

**RETURN SERVICE REQUESTED**

JONATHAN M LARMORE
CORINTHIA HOTEL WHITEHALL PLACE
LONDON SW1A 2BD

*Statement Ending 01/31/2024*

*Jonathan M Larmore*                                    *Page 1 of 2*
*Account Number: XXXXXXXXXX7227*

## Managing Your Accounts

 Address          40 S. Limestone Street
                              Springfield, OH 45502

 Customer Care    888-474-PARK (7275)

💻 Visit us online   parknationalbank.com

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREMIUM MONEY MARKET | XXXXXXXXXX7227 | $4,650.89 |

## PREMIUM MONEY MARKET-XXXXXXXXXX7227

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/30/2023 | Beginning Balance | $4,650.89 |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 01/31/2024 | Ending Balance | $4,650.89 |

### Interest Summary

| Description | Amount |
|---|---|
| Interest Earned From 12/30/2023 Through 01/31/2024 | |
| Annual Percentage Yield Earned | 0.00% |
| Interest Days | 33 |
| Interest Earned | $0.00 |
| Interest Paid This Period | $0.00 |
| Interest Paid Year-to-Date | $0.00 |
| Average Ledger Balance | $4,650.89 |
| Average Available Balance | $4,650.89 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/30/2023 | Beginning Balance | | | $4,650.89 |
| | No activity this statement period | | | |
| 01/31/2024 | Ending Balance | | | $4,650.89 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $0.00 |

Member
**FDIC**

**Park** NATIONAL BANK

**Statement Ending 01/31/2024**

*Jonathan M Larmore*                                                  *Page 2 of 2*
**Account Number: XXXXXXXXXXX7227**

## CheckLine Finance Charges

The amount of the finance charge incurred during this billing cycle, as disclosed within the CheckLine Account Summary, if applicable, was computed by calculating the sum of the product of actual daily balance during the billing cycle multiplied by the Daily Periodic Rate. The sum of all actual daily balances for each day of the current billing cycle (excluding any previously billed but unpaid finance charge) divided by the number of days in the current billing cycle is disclosed within the CheckLine Account Summary section as the "Average Daily Balance."

## Notice of Negative Furnishing

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## In Case of Errors or Questions about your Electronic Transfers (Consumer/Personal Accounts Only)

Telephone us at 888-474-7275 or Write us at the address on the face of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

0441-0130-5   Park National Bank

Processing Date     2/05/2024

**Park**
NATIONAL BANK.

## Wire Transfer Request

### TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| Wire Type : | Domestic Wire  (CTR 1000) | Origin Date : | 3:34PM  7/24/2023  Proc Date : 7/24/2023 |
| Wire Amount : | $52,554.56   Bank Cust :  Yes | WITS Ref Nbr : | 276   Orig Branch : 0 |
| Wire Fee : | $15.00   Waive :  No | Init By : | AutoImport WITS Direct In |
| Advice Fee : | $0.00   Waive :  No | Entered By : | KAYLAHARRI01 |
| Tran Acct : | DDA   1101021447227 | Authorized By : | |
| Fee Acct : | DDA   1101021447227 | Concurred By : | |
| Payment Method : | | | |
| Entry Batch : | | Avail Bal | $0.00 |
| Template Name : | Default Outgoing | Orig Method : | Not Known |
| Online Inquiry : | 3:35PM   7/24/2023 | Posting : | 3:35PM  7/24/2023 |

### ORIGINATOR NAME / ADDRESS

| | | |
|---|---|---|
| ID Type : | 1   Bank Account | Voice : |
| Identifier : | 74610791 | Fax : |
| Name: | GRANT M BIBLER | |
| Address: | 5232 STETHS FIELD ST | |
| City: | ST CLOUD FL 34771 | |

### SENDING INSTITUTION NAME / ADDRESS

| | |
|---|---|
| ID Type : | 2   ABA Number |
| Identifier : | 071212128   1ST SOURCE |
| Name: | 1ST SOURCE BANK |
| City: | SOUTH BEND, IN |

### BENEFICIARY NAME / ADDRESS

| | | |
|---|---|---|
| ID Type : | 1   Bank Account | Voice : |
| Identifier : | 1101021447227 | Fax : |
| Name: | JON LAMORE | |
| Address: | 1200 W RETTE ESPLANADE 57 A | |
| City: | PUNTA GORDA, FL 33950 | |

### WIRE INFORMATION

| | | | |
|---|---|---|---|
| Bus Func/Type : | CTR 1000 | Local Instr Code : | |
| Initial Ref Nbr : | | Sender Ref Nbr : | 0712121280143438 |
| IMAD Key : | 20230724GMQFMP01023148 | OMAD Key : | 20230724MMQFMPGT00013007241534FT03 |

### BENEFICIARY INFORMATION

| | | |
|---|---|---|
| Payment : | Account Deposited | Orig Ben Pmt Inf : |
| Special Inst : | 7/24/2023:ofac Remarks: JON LAMORE <~Possible Match~> JOHN LAM no match | |

| | | | |
|---|---|---|---|
| **Customer Signature** | _____ | **Date** | _____ |
| **Taken By** | _____ | **Date** | _____ |
| **Verified By:** | KAYLAHARRI01 - Harris, Kayla M. | **Date** | 7/24/2023   3:35PM |
| **Callback To** | _____  **Fax To** _____ | | |
| **Password / PIN #** | _____ | **Date** | _____ |
| **Supervisor Approved** | _____ | **Date** | _____ |

SDNY_01_00002058

0441-0130-5   Park National Bank                                    Processing Date    2/05/2024

## ℙ Park
### NATIONAL BANK.

## Wire Transfer Request

**TRANSACTION INFORMATION**

| | | | | |
|---|---|---|---|---|
| Wire Type : | Domestic Wire  (CTR 1000) | Origin Date : | 11:06AM  8/21/2023  Proc Date : | 8/21/2023 |
| Wire Amount : | $1,237,112.88    Bank Cust :  Yes | WITS Ref Nbr : | 160   Orig Branch : | 0 |
| Wire Fee : | $15.00    Waive :   No | Init By : | AutoImport WITS Direct In | |
| Advice Fee : | $0.00    Waive :   No | Entered By : | WITSOTTO | |
| Tran Acct : | DDA   1101021447227 | Authorized By : | | |
| Fee Acct : | DDA   1101021447227 | Concurred By: | | |
| Payment Method : | | | | |
| Entry Batch : | | Avail Bal | $52,555.52 | |
| Template Name : | Default Outgoing | Orig Method : | Not Known | |
| Online Inquiry : | 11:06AM    8/21/2023 | Posting : | 11:07AM  8/21/2023 | |

**ORIGINATOR NAME / ADDRESS**

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 1079034 | Fax : | |
| Name: | JMMAL INVESTMENTS LLC | | |
| Address: | 2701 E CAMELBACK RD STE 150 | | |
| City: | PHOENIX AZ 85016 | | |

**SENDING INSTITUTION NAME / ADDRESS**

| | |
|---|---|
| ID Type : | 2   ABA Number |
| Identifier : | 101101536   KS STATEBANK |

**BENEFICIARY NAME / ADDRESS**

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 1101021447227 | Fax : | |
| Name: | JONATHAN LARMORE | | |
| Address: | 5324 E MARIPOSA ST | | |
| City: | PHX AZ  85018 | | |

**WIRE INFORMATION**

| | | | |
|---|---|---|---|
| Bus Func/Type : | CTR 1000 | Local Instr Code : | |
| IMAD Key : | 20230821MMQFMPTA000002 | OMAD Key : | 20230821MMQFMPGT00006608211106FT03 |

**BENEFICIARY INFORMATION**

| | | |
|---|---|---|
| Payment : | Account Deposited | Orig Ben Pmt Inf : |

| | | | |
|---|---|---|---|
| **Customer Signature** | _____ | Date | _____ |
| **Taken By** | _____ | Date | _____ |
| **Verified By:** | FRAUDAML - Fraud AML Operator | Date | 8/21/2023   11:07AM |
| **Callback To** | _____  Fax To | _____ | |
| **Password / PIN #** | _____ | Date | _____ |
| **Supervisor Approved** | _____ | Date | _____ |

SDNY_01_00002059

0441-0130-5   Park National Bank

Processing Date    2/05/2024

Park
NATIONAL BANK.

## Wire Transfer Request

**TRANSACTION INFORMATION**

| | | | |
|---|---|---|---|
| Wire Type : | Domestic Wire  (CTR 1000) | Origin Date : | 12:22PM   8/21/2023  Proc Date :    8/21/2023 |
| Wire Amount : | $180,000.00    Bank Cust :  Yes | WITS Ref Nbr : | 195   Orig Branch :    0 |
| Wire Fee : | $30.00   Waive :  No | Init By : | Nikki lee/SECIZOTI1067 |
| Advice Fee : | $0.00   Waive :  No | Entered By : | MARGARETKI01 |
| Tran Acct : | DDA   1101021447227 | Authorized By : | KELLYPATTE01 |
| Fee Acct : | DDA   1101021447227 | Concurred By : | |
| Payment Method : | | | |
| Entry Batch : | | Avail Bal | $1,289,653.40 |
| Template Name : | Default Outgoing | Orig Method : | Voice |
| Online Inquiry : | 12:22PM    8/21/2023 | Posting : | 12:29PM   8/21/2023 |

**ORIGINATOR NAME / ADDRESS**

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 1101021447227 | Fax : | |
| Name: | Jonathan M Larmore | | Personal |
| Address: | 1200 W Retta Ste 57A | | |
| City: | Punta Gorda, FL  33950-0000 | | |

**RECEIVING INSTITUTION NAME / ADDRESS**

| | |
|---|---|
| ID Type : | 2   ABA Number |
| Identifier : | 041000124   PNC BANK, OHIO |
| Name: | PNC BANK, NATIONAL ASSOCIATION |
| City: | CLEVELAND, OH |

**BENEFICIARY NAME / ADDRESS**

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 4209977371 | Fax : | |
| Name: | KEVIN P COCHRAN | | Commercial |
| Address: | 62 DERBY CT | | |
| City: | SPRINGFIELD OH | | |

**WIRE INFORMATION**

| | | | |
|---|---|---|---|
| Bus Func/Type : | CTR 1000 | Local Instr Code : | |
| Initial Ref Nbr : | | Sender Ref Nbr : | 20230821000195 |
| IMAD Key : | 20230821MMQFMPGT000081 | OMAD Key : | 20230821MMQFMPNG00132208211245FT03 |

**CALLBACK**

| | |
|---|---|
| Callback Date/Time : | Date 08/21/2023  Time 12:29:44  Operator MARGARETKI01 |
| Callback Notes : | 8/21/2023:JONATHAN LARMORE BD SS @12:28 MAK |
| Special Inst : | 250K 8/21/2023:IS DRIVING CAR NOW |

| | | | |
|---|---|---|---|
| **Customer Signature** | _____ | **Date** | _____ |
| **Taken By** | _____ | **Date** | _____ |
| **Verified By:** | KELLYPATTE01 - Patterson, Kelly L. | **Date** | 8/21/2023    12:45PM |
| **Callback To** | _____ **Fax To** | _____ | |
| **Password / PIN #** | _____ | **Date** | _____ |
| **Supervisor Approved** | _____ | **Date** | _____ |

SDNY_01_00002060

0441-0130-5   Park National Bank                                       Processing Date    2/05/2024

### Park
### NATIONAL BANK

## Wire Transfer Request

**TRANSACTION INFORMATION**

| | | | |
|---|---|---|---|
| Wire Type : | Domestic Wire  (CTR 1000) | Origin Date :   4:07PM  8/25/2023  Proc Date : | 8/25/2023 |
| Wire Amount : | $100,000.00   Bank Cust :  Yes | WITS Ref Nbr : | 413   Orig Branch : | 2001 |

Wire Fee :                      $30.00   Waive :  No          Init By :          NIKKI LEE
Advice Fee :                    $0.00   Waive :  No          Entered By :       AMANDARADE01
Tran Acct :         DDA   1101021447227                      Authorized By :    CHERYLOVER01
Fee Acct :          DDA   1101021447227                      Concurred By :
Payment Method :
Entry Batch :                                               Avail Bal          $1,109,623.40
Template Name :     Default Outgoing                        Orig Method :      Voice
Online Inquiry :    4:07PM      8/25/2023                   Posting :          4:28PM  8/25/2023

**ORIGINATOR NAME / ADDRESS**

ID Type :       1   Bank Account                            Voice :
Identifier :    1101021447227                               Fax :
Name:           Jonathan M Larmore                                             Personal
Address:        1200 W Retta Ste 57A
City:           Punta Gorda, FL  33950-0000

**RECEIVING INSTITUTION NAME / ADDRESS**

ID Type :       2   ABA Number
Identifier :    271070801   CITIBANK FSB CHGO
Name:           CITIBANK, N.A.
City:           O FALLON, MO

**BENEFICIARY NAME / ADDRESS**

ID Type :       1   Bank Account                            Voice :
Identifier :    000800861977                                Fax :
N/A 1:          B LANE HALSER

**WIRE INFORMATION**

Bus Func/Type :     CTR 1000                    Local Instr Code :
Initial Ref Nbr :                               Sender Ref Nbr :        20230825000413
IMAD Key :          20230825MMQFMPGT000179      OMAD Key :              20230825B1Q8021R04542108251630FT03

**CALLBACK**

Callback Date/Time :    Date 08/25/2023  Time 16:28:24  Operator AMANDARADE01
Callback Notes :        8/25/2023:JONATHAN LARMORE DOB. WIRE AMTS & BENF 4:26PM AJR NIKKI LEE/$250K/SECIZOTL1067 @
                        4:12PM AJR

Special Inst :          LEGAL DEPOSIT; NIKKI LEE/$250K/SECIZOTL1067 @ 4:12PM AJR

**Customer Signature**    _____   **Date**   _____

**Taken By**              _____   **Date**   _____

**Verified By:**          CHERYLOVER01 - Overbey, Cheryl D.                    **Date**   8/25/2023      4:30PM

**Callback To**           _____   **Fax To**   _____

**Password / PIN #**      _____   **Date**   _____

**Supervisor Approved**   _____   **Date**   _____

SDNY_01_00002061

0441-0130-5    Park National Bank                                            Processing Date    2/05/2024

Park
NATIONAL BANK

## Wire Transfer Request

**TRANSACTION INFORMATION**

| | | | |
|---|---|---|---|
| Wire Type : | Domestic Wire  (CTR 1000) | Origin Date :    4:20PM  8/25/2023  Proc Date : | 8/25/2023 |
| Wire Amount : | $200,000.00    Bank Cust :  Yes | WITS Ref Nbr : | 425    Orig Branch :    2001 |
| Wire Fee : | $30.00    Waive :  No | Init By : | NIKKI LEE |
| Advice Fee : | $0.00    Waive :  No | Entered By : | AMANDARADE01 |
| Tran Acct : | DDA   1101021447227 | Authorized By : | KELLYPATTE01 |
| Fee Acct : | DDA   1101021447227 | Concurred By : | |
| Payment Method : | | | |
| Entry Batch : | | Avail Bal | $1,109,623.40 |
| Template Name : | Default Outgoing | Orig Method : | Voice |
| Online Inquiry : | 4:21PM    8/25/2023 | Posting : | 4:27PM  8/25/2023 |

**ORIGINATOR NAME / ADDRESS**

| | | | |
|---|---|---|---|
| ID Type : | 1    Bank Account | Voice : | |
| Identifier : | 1101021447227 | Fax : | |
| Name: | Jonathan M Larmore | | Personal |
| Address: | 1200 W Retta Ste 57A | | |
| City: | Punta Gorda, FL  33950-0000 | | |

**RECEIVING INSTITUTION NAME / ADDRESS**

| | |
|---|---|
| ID Type : | 2    ABA Number |
| Identifier : | 044101305   Park National |
| Name: | Park National Bank |
| City: | 50 North Third Street |
| City: | PO Box 3500 |
| City: | Newark, OH  43058-3500 |

**BENEFICIARY NAME / ADDRESS**

| | | | |
|---|---|---|---|
| ID Type : | 1    Bank Account | Voice : | |
| Identifier : | 1101021457196 | Fax : | |
| Name: | ARCITERRA COMPANIES LLC | | |

**WIRE INFORMATION**

| | | | |
|---|---|---|---|
| Bus Func/Type : | CTR 1000 | Local Instr Code : | |
| Initial Ref Nbr : | | Sender Ref Nbr : | 20230825000425 |
| IMAD Key : | 20230825MMQFMPGT000180 | OMAD Key : | 20230825MMQFMPGT00021308251630FT03 |

**CALLBACK**

| | |
|---|---|
| Callback Date/Time : | Date 08/25/2023  Time 16:27:47  Operator AMANDARADE01 |
| Callback Notes : | 8/25/2023:JONATHAN LARMORE DOB. WIRE AMTS & BENF 4:26PM AJR NIKKI LEE/$250K/SECIZOTL1067  @ 4:24PM AJR |
| Special Inst : | OPENING DEPOSIT ACCT NIKKI LEE/$250K/SECIZOTL1067  @ 4:24PM AJR |

| | | | |
|---|---|---|---|
| **Customer Signature** | _____ | Date | _____ |
| **Taken By** | _____ | Date | _____ |
| **Verified By:** | KELLYPATTE01 - Patterson, Kelly L. | Date | 8/25/2023    4:30PM |
| **Callback To** | _____ | Fax To | _____ |
| **Password / PIN #** | _____ | Date | _____ |
| **Supervisor Approved** | _____ | Date | _____ |

SDNY_01_00002062

0441-0130-5   Park National Bank                                              Processing Date    2/05/2024

## ℙ Park
NATIONAL BANK.

## **Wire Transfer Request**

### TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| Wire Type : | Domestic Wire  (CTR 1000) | Origin Date :  4:00PM  8/31/2023  Proc Date : | 8/31/2023 |
| Wire Amount : | $575,000.00   Bank Cust :  Yes | WITS Ref Nbr : | 415   Orig Branch :   501 |
| Wire Fee : | $15.00   Waive :  No | Init By :   NIKKI LEE | |
| Advice Fee : | $0.00   Waive :  No | Entered By :   HEATHERBEC01 | |
| Tran Acct : | DDA   1101021447227 | Authorized By :   KELLYPATTE01 | |
| Fee Acct : | DDA   1101021447227 | Concurred By : | |
| Payment Method : | | | |
| Entry Batch : | | Avail Bal   $809,563.40 | |
| Template Name : | Default Outgoing | Orig Method :   Voice | |
| Online Inquiry : | 4:00PM    8/31/2023 | Posting :   4:20PM  8/31/2023 | |

### ORIGINATOR NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 1101021447227 | Fax : | |
| Name: | Jonathan M Larmore | | Personal |
| Address: | 1200 W Retta Ste 57A | | |
| City: | Punta Gorda, FL  33950-0000 | | |

### RECEIVING INSTITUTION NAME / ADDRESS

| | | |
|---|---|---|
| ID Type : | 2   ABA Number | |
| Identifier : | 082902757  CENTENNIAL BANK | |
| Name: | CENTENNIAL BANK | |
| City: | CONWAY, AR | |

### BENEFICIARY NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 504908416 | Fax : | |
| Name: | PIER ONE YACHT SALES ESCROW ACCT | | Commercial |
| Address: | 1200 W RETTA ESPLANADE 349 | | |
| City: | PUNTA GORDA FL 33950 | | |

### WIRE INFORMATION

| | | | |
|---|---|---|---|
| Bus Func/Type : | CTR 1000 | Local Instr Code : | |
| Initial Ref Nbr : | | Sender Ref Nbr :   20230831000415 | |
| IMAD Key : | 20230831MMQFMPGT000177 | OMAD Key :   20230831MMQFMPH300075808311638FT03 | |
| Originator to Ben : | 147 INTER-MARINE | | |

### CALLBACK

Callback Date/Time :    Date 08/31/2023  Time 16:20:40  Operator MARGARETKI01

Callback Notes :      JOHN LARMORE BD SS @4:20 MAK/8/31/2023:JOHN BROWN/$2M/SEC13855831/MKT@4:19PM

Special Inst :       BOAT PURCHASE   8/31/2023:JOHN BROWN/$2M/SEC13855831/MKT@4:19PM

| | | | | |
|---|---|---|---|---|
| **Customer Signature** | _____ | | Date | _____ |
| **Taken By** | _____ | | Date | _____ |
| **Verified By:** | KELLYPATTE01 - Patterson, Kelly L. | | Date | 8/31/2023   4:38PM |
| **Callback To** | _____ | Fax To | _____ | |
| **Password / PIN #** | _____ | | Date | _____ |
| **Supervisor Approved** | _____ | | Date | _____ |

SDNY_01_00002063

0441-0130-5   Park National Bank                                    Processing Date    2/05/2024

Park
NATIONAL BANK

## Wire Transfer Request

**TRANSACTION INFORMATION**

| | | | |
|---|---|---|---|
| Wire Type : | Domestic Wire  (CTR 1000) | Origin Date : 12:21PM  9/07/2023  Proc Date : | 9/07/2023 |
| Wire Amount : | $50,000.00   Bank Cust : Yes | WITS Ref Nbr : | 220   Orig Branch : | 0 |
| Wire Fee : | $30.00   Waive :  No | Init By : | NICKI LEE/SECIZOTI1067 |
| Advice Fee : | $0.00   Waive :  No | Entered By : | MARGARETKI01 |
| Tran Acct : | DDA   1101021447227 | Authorized By : | CHERYLOVER01 |
| Fee Acct : | DDA   1101021447227 | Concurred By : | |
| Payment Method : | | | |
| Entry Batch : | | Avail Bal | $235,059.05 |
| Template Name : | Default Outgoing | Orig Method : | Voice |
| Online Inquiry : | 12:21PM     9/07/2023 | Posting : | 12:26PM  9/07/2023 |

**ORIGINATOR NAME / ADDRESS**

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 1101021447227 | Fax : | |
| Name: | Jonathan M Larmore | | Personal |
| Address: | 1200 W Retta Ste 57A | | |
| City: | Punta Gorda, FL  33950-0000 | | |

**RECEIVING INSTITUTION NAME / ADDRESS**

| | |
|---|---|
| ID Type : | 2   ABA Number |
| Identifier : | 074906800   COMM ST BK AVILLA |
| Name: | COMMUNITY STATE BANK AVILLA |
| City: | AVILLA, IN |

**BENEFICIARY NAME / ADDRESS**

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 8195564 | Fax : | |
| Name: | PARATUS JETS LLC | | Commercial |
| Address: | 2636 CTY RD 60 | | |
| City: | AUBURN IN | | |

**WIRE INFORMATION**

| | | | |
|---|---|---|---|
| Bus Func/Type : | CTR 1000 | Local Instr Code : | |
| Initial Ref Nbr : | | Sender Ref Nbr : | 20230907000220 |
| IMAD Key : | 20230907MMQFMPGT000077 | OMAD Key : | 20230907GMQFMP0101888509071230FT03 |
| Originator to Ben : | CHARTER FLIGHTS | | |

**CALLBACK**

| | |
|---|---|
| Callback Date/Time : | Date 09/07/2023  Time 12:26:29  Operator MARGARETKI01 |
| Callback Notes : | JONATHAN LARMORE KNOWN |
| Special Inst : | 250K |

| | | | |
|---|---|---|---|
| **Customer Signature** | _____ | Date | _____ |
| **Taken By** | _____ | Date | _____ |
| **Verified By:** | CHERYLOVER01 - Overbey, Cheryl D. | Date | 9/07/2023   12:30PM |
| **Callback To** | _____ | Fax To | _____ |
| **Password / PIN #** | _____ | Date | _____ |
| **Supervisor Approved** | _____ | Date | _____ |

SDNY_01_00002064

0441-0130-5   Park National Bank                                    Processing Date    2/05/2024

P Park
NATIONAL BANK.

## Wire Transfer Request

### TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| Wire Type : | Domestic Wire  (CTR 1000) | Origin Date : | 4:14PM  9/11/2023  Proc Date :  9/12/2023 |
| Wire Amount : | $95,000.00  Bank Cust :  Yes | WITS Ref Nbr : | 11   Orig Branch :  0 |
| Wire Fee : | $30.00  Waive :  No | Init By : | NIKKI LEE SECIZOTI1067 |
| Advice Fee : | $0.00  Waive :  No | Entered By : | MARGARETKI01 |
| Tran Acct : | DDA  1101021447227 | Authorized By : | CHERYLOVER01 |
| Fee Acct : | DDA  1101021447227 | Concurred By : | |
| Payment Method : | | | |
| Entry Batch : | | Avail Bal | $166,594.05 |
| Template Name : | Default Outgoing | Orig Method : | Voice |
| Online Inquiry : | 4:14PM    9/11/2023 | Posting : | 4:19PM  9/11/2023 |

### ORIGINATOR NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 1101021447227 | Fax : | |
| Name: | Jonathan M Larmore | | Personal |
| Address: | 1200 W Retta Ste 57A | | |
| City: | Punta Gorda, FL  33950-0000 | | |

### RECEIVING INSTITUTION NAME / ADDRESS

| | |
|---|---|
| ID Type : | 2   ABA Number |
| Identifier : | 121000248   WELLS FARGO NA |
| Name: | WELLS FARGO BANK, NA |
| City: | SAN FRANCISCO, CA |

### BENEFICIARY NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 4123214561 | Fax : | |
| Name: | TD AMERITRADE CLEARING INC | | Commercial |
| Address: | 200 S 108TH AVE | | |
| City: | OMAHA NE | | |

### WIRE INFORMATION

| | | | |
|---|---|---|---|
| Bus Func/Type : | CTR 1000 | Local Instr Code : | |
| Initial Ref Nbr : | | Sender Ref Nbr : | 20230912000011 |
| IMAD Key : | 20230912MMQFMPGT000005 | OMAD Key : | 20230912I1B7033R00353709120829FT03 |
| Value Date : | | Original Sender Ref : | 20230911000349 |
| Originator to Ben : | 256915347  JONATHAN LARMORE  1200 PUNTA GORDA FL 33950 | | |

### CALLBACK

| | |
|---|---|
| Callback Date/Time : | Date 09/11/2023  Time 16:19:09  Operator MARGARETKI01 |
| Callback Notes : | JONATHAN LARMORE KNOWN |
| Special Inst : | 250K |

| | | | | |
|---|---|---|---|---|
| **Customer Signature** | _____ | **Date** | _____ |
| **Taken By** | _____ | **Date** | _____ |
| **Verified By:** | CHERYLOVER01 - Overbey, Cheryl D. | **Date** | 9/12/2023    8:29AM |
| **Callback To** | _____ | **Fax To** | _____ |
| **Password / PIN #** | _____ | **Date** | _____ |
| **Supervisor Approved** | _____ | **Date** | _____ |

SDNY_01_00002065

0441-0130-5   Park National Bank                                    Processing Date    2/05/2024

## Park
### NATIONAL BANK

# Wire Transfer Request

## TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| Wire Type : | Domestic Wire  (CTR 1000) | Origin Date : | 9:34AM  9/26/2023  Proc Date : |
| Wire Amount : | $25,000.00  Bank Cust : Yes | WITS Ref Nbr : | 65  Orig Branch : |
| Wire Fee : | $30.00  Waive : No | Init By : | nikki lee/SECIZOTI1067 |
| Advice Fee : | $0.00  Waive : No | Entered By : | MARGARETKI01 |
| Tran Acct : | DDA  1101021447227 | Authorized By : | AMANDARADE01 |
| Fee Acct : | DDA  1101021447227 | Concurred By : | |
| Payment Method : | | | |
| Entry Batch : | | Avail Bal | $71,564.05 |
| Template Name : | Default Outgoing | Orig Method : | Voice |
| Online Inquiry : | 9:34AM    9/26/2023 | Posting : | 9:36AM  9/26/2023 |

Wire Type: Domestic Wire (CTR 1000), Origin Date 9:34AM 9/26/2023, Proc Date 9/26/2023, Wire Amount $25,000.00, Bank Cust Yes, WITS Ref Nbr 65, Orig Branch 0.

## ORIGINATOR NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 1  Bank Account | Voice : | (239) 220-1238 |
| Identifier : | 1101021447227 | Fax : | |
| Name: | Jonathan M Larmore | | Personal |
| Address: | 1200 W Retta Ste 57A | | |
| City: | Punta Gorda, FL  33950-0000 | | |

## RECEIVING INSTITUTION NAME / ADDRESS

| | | |
|---|---|---|
| ID Type : | 2  ABA Number | |
| Identifier : | 121000248   WELLS FARGO NA | |
| Name: | WELLS FARGO BANK, NA | |
| City: | SAN FRANCISCO, CA | |

## BENEFICIARY NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 1  Bank Account | Voice : | |
| Identifier : | 4123214561 | Fax : | |
| Name: | TD AMERITRADE CLEARING INC | | Commercial |
| Address: | 200 S 108TH AVE | | |
| City: | OMAHA NE | | |

## WIRE INFORMATION

| | | | |
|---|---|---|---|
| Bus Func/Type : | CTR 1000 | Local Instr Code : | |
| Initial Ref Nbr : | | Sender Ref Nbr : | 20230926000065 |
| IMAD Key : | 20230926MMQFMPGT000026 | OMAD Key : | 20230926I1B7031R00517409260944FT03 |
| Originator to Ben : | 256915347 JONATHAN LAMORE   1200 PUNTA GORDA FL 33950 | | |

**Customer Signature** _____  **Date** _____

**Taken By**  _____  **Date** _____

**Verified By:**  AMANDARADE01 - Rader, Amanda J.  **Date**  9/26/2023    9:44AM

**Callback To**  _____  **Fax To** _____

**Password / PIN #**  _____  **Date** _____

**Supervisor Approved**  _____  **Date** _____

SDNY_01_00002066

0441-0130-5   Park National Bank

Processing Date   2/05/2024

IP Park
NATIONAL BANK.

## Wire Transfer Request

**TRANSACTION INFORMATION**

| | | | |
|---|---|---|---|
| Wire Type : | Domestic Wire  (CTR 1000) | Origin Date : | 2:22PM 10/13/2023  Proc Date : 10/13/2023 |
| Wire Amount : | $500,000.00     Bank Cust : Yes | WITS Ref Nbr : | 319   Orig Branch : 0 |
| Wire Fee : | $15.00     Waive : No | Init By : | AutoImport WITS Direct In |
| Advice Fee : | $0.00     Waive : No | Entered By : | HEATHERBEC01 |
| Tran Acct : | DDA   1101021447227 | Authorized By : | |
| Fee Acct : | DDA   1101021447227 | Concurred By : | |
| Payment Method : | | | |
| Entry Batch : | | Avail Bal | $53,052.73 |
| Template Name : | Default Outgoing | Orig Method : | Not Known |
| Online Inquiry : | 2:41PM   10/13/2023 | Posting : | 2:41PM 10/13/2023 |

**ORIGINATOR NAME / ADDRESS**

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 504908416 | Fax : | |
| Name: | PIER ONE YACHT SALES, LLC | | |
| Address: | 1200 W RETTA ESPLANADE 49 | | |
| City: | PUNTA GORDA FL 33950 | | |

**SENDING INSTITUTION NAME / ADDRESS**

| | | |
|---|---|---|
| ID Type : | 2   ABA Number | |
| Identifier : | 082902757   CENTENNIAL BANK | |
| Name: | CENTENNIAL BANK | |
| City: | CONWAY, AR | |

**BENEFICIARY NAME / ADDRESS**

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 1101021447227 | Fax : | |
| Name: | JON LARMORE | | |
| Address: | 1200 W. RETTA ESPLANADE | | |
| City: | PUNTA GORDA, FL  33950 | | |

**WIRE INFORMATION**

| | | | |
|---|---|---|---|
| Bus Func/Type : | CTR 1000 | Local Instr Code : | |
| Initial Ref Nbr : | | Sender Ref Nbr : | 20231013CM000207 |
| IMAD Key : | 20231013MMQFMPH3000367 | OMAD Key : | 20231013MMQFMPGT00014110131422FT03 |
| Originator to Ben : | REFUND OF DEPOSIT ON INTERMARINE BO AT | | |

**BENEFICIARY INFORMATION**

| | | |
|---|---|---|
| Payment : | Account Deposited | Orig Ben Pmt Inf : |
| Special Inst : | 10/13/2023:Remarks: JON LARMORE <~Possible Match~> JON ARAMBURU Remarks: Line 1 Type: NAME OFAC NO MATCH HCB | |

| | | | | |
|---|---|---|---|---|
| **Customer Signature** | _____ | | **Date** | _____ |
| **Taken By** | _____ | | **Date** | _____ |
| **Verified By:** | HEATHERBEC01 - Bechtel, Heather C. | | **Date** | 10/13/2023    2:41PM |
| **Callback To** | _____ | **Fax To** | _____ | |
| **Password / PIN #** | _____ | | **Date** | _____ |
| **Supervisor Approved** | _____ | | **Date** | _____ |

SDNY_01_00002067

0441-0130-5   Park National Bank

Processing Date   2/05/2024

IP **Park**
NATIONAL BANK.

## Wire Transfer Request

### TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| Wire Type : | Domestic Wire (CTP 1000) | Origin Date : 4:04PM 10/16/2023  Proc Date : | 10/16/2023 |
| Wire Amount : | $7,500.00  Bank Cust : Yes | WITS Ref Nbr : 350  Orig Branch : | 0 |
| Wire Fee : | $15.00  Waive : No | Init By : AutoImport WITS Direct In | |
| Advice Fee : | $0.00  Waive : No | Entered By : DARCYBROSE01 | |
| Tran Acct : | DDA  1101021447227 | Authorized By : | |
| Fee Acct : | DDA  1101021447227 | Concurred By : | |
| Payment Method : | | | |
| Entry Batch : | | Avail Bal $553,037.73 | |
| Template Name : | Default Outgoing | Orig Method : Not Known | |
| Online Inquiry : | 4:07PM  10/16/2023 | Posting : 4:07PM 10/16/2023 | |

### ORIGINATOR NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 1  Bank Account | Voice : | |
| Identifier : | 02440549527 | Fax : | |
| Name: | DANIEL L DECARLO | | |
| Address: | 1311 KINGSGATE RD | | |
| City: | SPRINGFIELD OH 45503-6676 | | |

### SENDING INSTITUTION NAME / ADDRESS

| | | |
|---|---|---|
| ID Type : | 2  ABA Number | |
| Identifier : | 044000024  HUNT COL | |
| Name: | THE HUNTINGTON NATIONAL BANK | |
| City: | COLUMBUS, OH | |

### BENEFICIARY NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 1  Bank Account | Voice : | |
| Identifier : | 1101021447227 | Fax : | |
| Name: | JONATHON LARMORE | | |

### WIRE INFORMATION

| | | | |
|---|---|---|---|
| Bus Func/Type : | CTP 1000 | Local Instr Code : | |
| Initial Ref Nbr : | | Sender Ref Nbr : | 2023101600006557 |
| IMAD Key : | 20231016D4B74G1C002705 | OMAD Key : | 20231016MMQFMPGT00016710161604FT03 |
| Originator to Ben : | BILL. | | |

### BENEFICIARY INFORMATION

| | | | |
|---|---|---|---|
| Payment : | Account Deposited | Orig Ben Pmt Inf : | |
| Special Inst : | 10/16/2023:OFAC JONATHAN/DANIEL NO MATCH DLB | | |

| | | | | |
|---|---|---|---|---|
| **Customer Signature** | _____ | **Date** | _____ | |
| **Taken By** | _____ | **Date** | _____ | |
| **Verified By:** | DARCYBROSE01 - Broseus, Darcy L. | **Date** | 10/16/2023 | 4:07PM |
| **Callback To** | _____ | **Fax To** | _____ | |
| **Password / PIN #** | _____ | **Date** | _____ | |
| **Supervisor Approved** | _____ | **Date** | _____ | |

SDNY_01_00002068

0441-0130-5  Park National Bank                                    Processing Date    2/05/2024

Ρ Park
NATIONAL BANK

## Wire Transfer Request

### TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| Wire Type : | Domestic Wire  (CTR 1000) | Origin Date : | 2:32PM 10/27/2023  Proc Date :    10/27/2023 |
| Wire Amount : | $75,000.00  Bank Cust : Yes | WITS Ref Nbr : | 300  Orig Branch :     2063 |
| Wire Fee : | $30.00  Waive : No | Init By : | NIKKI LEE/SECIZOTL1067 |
| Advice Fee : | $0.00  Waive : No | Entered By : | DARCYBROSE01 |
| Tran Acct : | DDA  1101021447227 | Authorized By : | KELLYPATTE01 |
| Fee Acct : | DDA  1101021447227 | Concurred By : | |
| Payment Method : | | | |
| Entry Batch : | | Avail Bal | $560,522.73 |
| Template Name : | Default Outgoing | Orig Method : | EMail |
| Online Inquiry : | 2:29PM    10/27/2023 | Posting : | 2:58PM 10/27/2023 |

### ORIGINATOR NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 1101021447227 | Fax : | |
| Name : | Jonathan M Larmore | | Personal |
| Name : | CORINTHIA HOTEL WHITEHALL PLACE | | |
| Address : | LONDON SW1A 2BD | | |
| City-Cntry: | LONDON SW1A 2BD, United States | | |

### RECEIVING INSTITUTION NAME / ADDRESS

| | |
|---|---|
| ID Type : | 2   ABA Number |
| Identifier : | 021000021  JPMCHASE |
| Name : | JPMORGAN CHASE BANK, NA |
| City : | NEW YORK, NY |

### BENEFICIARY NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 633736902 | Fax : | |
| Name : | INTERACTIVE BROKERS LLC | | |
| Address : | ONE PICKWICK PLAZA | | |
| City : | GREENWICH, CT  06830 | | |

### SIGNER CALLBACK INFORMATION

Callback Signer :     JONATHAN M LARMORE

### WIRE INFORMATION

| | | | |
|---|---|---|---|
| Bus Func/Type : | CTR 1000 | Local Instr Code : | |
| Initial Ref Nbr : | | Sender Ref Nbr : | 20231027000300 |
| IMAD Key : | 20231027MMQFMPGT000136 | OMAD Key : | 20231027MMQFMP2H07998310271507FT03 |
| Originator to Ben : | FFC U13197546/Jon Larmore INVESTMENT | | |

### CALLBACK

| | |
|---|---|
| Callback Date/Time : | Date 10/27/2023 Time 14:58:52 Operator DARCYBROSE01 |
| Callback Notes : | JONATHAN M LARMORE KNOWN 2:55 DLB |
| Special Inst : | DLB 250K NEEDS CUST CB |

| | | | |
|---|---|---|---|
| **Customer Signature** | _____ | Date | _____ |
| **Taken By** | _____ | Date | _____ |
| **Verified By:** | KELLYPATTE01 - Patterson, Kelly L. | Date | 10/27/2023    3:07PM |
| **Callback To** | _____  Fax To | _____ | |
| **Password / PIN #** | _____ | Date | _____ |
| **Supervisor Approved** | _____ | Date | _____ |

SDNY_01_00002069

0441-0130-5   Park National Bank                                     Processing Date    2/05/2024

ℙ Park
NATIONAL BANK

## Wire Transfer Request

### TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| Wire Type : | Domestic Wire  (CTR 1000) | Origin Date :   2:35PM  10/27/2023   Proc Date :    10/27/2023 | |
| Wire Amount : | $75,000.00    Bank Cust :  Yes | WITS Ref Nbr :              303   Orig Branch :        2063 | |
| Wire Fee : | $30.00    Waive :  No | Init By :    NIKKI LEE/SECIZOTL1067 | |
| Advice Fee : | $0.00    Waive :  No | Entered By :    DARCYBROSE01 | |
| Tran Acct : | DDA   1101021447227 | Authorized By :    KELLYPATTE01 | |
| Fee Acct : | DDA   1101021447227 | Concurred By : | |
| Payment Method : | | | |
| Entry Batch : | | Avail Bal         $560,522.73 | |
| Template Name : | Default Outgoing | Orig Method :    EMail | |
| Online Inquiry : | 2:33PM    10/27/2023 | Posting :    2:59PM  10/27/2023 | |

### ORIGINATOR NAME / ADDRESS

ID Type :    1   Bank Account                                    Voice :
Identifier :   1101021447227                                     Fax :
Name :        Jonathan M Larmore                                                    Personal
Name :        CORINTHIA HOTEL WHITEHALL PLACE
Address :     LONDON SW1A 2BD
City-Cntry:   LONDON SW1A 2BD, United States

### RECEIVING INSTITUTION NAME / ADDRESS

ID Type :    2   ABA Number
Identifier :   021000021   JPMCHASE
Name :        JPMORGAN CHASE BANK, NA
City :         NEW YORK, NY

### BENEFICIARY NAME / ADDRESS

ID Type :    1   Bank Account                                    Voice :
Identifier :   066-001633                                        Fax :
Name :        JPMS
Address :     4 CHASE METROTECH CENTER
City :         BROOKLYN, NY  11245

### SIGNER CALLBACK INFORMATION

Callback Signer :     JONATHAN M LARMORE

### WIRE INFORMATION

| | | | |
|---|---|---|---|
| Bus Func/Type : | CTR 1000 | Local Instr Code : | |
| Initial Ref Nbr : | | Sender Ref Nbr :    20231027000303 | |
| IMAD Key : | 20231027MMQFMPGT000137 | OMAD Key :    20231027MMQFMP2H08008610271507FT03 | |
| Originator to Ben : | FFC Client's A/C # 75868123 and Jonathan M Larmore investment | | |

### CALLBACK

Callback Date/Time :    Date 10/27/2023  Time 14:59:46  Operator DARCYBROSE01

Callback Notes :    JONATHAN M LARMORE KNOWN 2:55 DLB

Special Inst :    DLB 250K NEEDS CUST CB

| | | | |
|---|---|---|---|
| **Customer Signature** | _____ | Date | _____ |
| **Taken By** | _____ | Date | _____ |
| **Verified By:** | KELLYPATTE01 - Patterson, Kelly L. | Date | 10/27/2023    3:07PM |
| **Callback To** | _____  Fax To | _____ | |
| **Password / PIN #** | _____ | Date | _____ |
| **Supervisor Approved** | _____ | Date | _____ |

SDNY_01_00002070

0441-0130-5   Park National Bank                                    Processing Date    2/05/2024

IP Park
NATIONAL BANK.

## Wire Transfer Request

**TRANSACTION INFORMATION**

| | | | | |
|---|---|---|---|---|
| Wire Type : | Domestic Wire  (CTR 1000) | | Origin Date : | 2:37PM 10/27/2023  Proc Date : | 10/27/2023 |
| Wire Amount : | $75,000.00 | Bank Cust : Yes | WITS Ref Nbr : | 305  Orig Branch : | 2063 |
| Wire Fee : | $30.00 | Waive :  No | Init By : | NIKKI LEE/SECIZOTL1067 |
| Advice Fee : | $0.00 | Waive :  No | Entered By : | DARCYBROSE01 |
| Tran Acct : | DDA   1101021447227 | | Authorized By : | KELLYPATTE01 |
| Fee Acct : | DDA   1101021447227 | | Concurred By : | |
| Payment Method : | | | | |
| Entry Batch : | | | Avail Bal | $560,522.73 |
| Template Name : | Default Outgoing | | Orig Method : | EMail |
| Online Inquiry : | 2:36PM    10/27/2023 | | Posting : | 3:00PM 10/27/2023 |

**ORIGINATOR NAME / ADDRESS**

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 1101021447227 | Fax : | |
| Name: | Jonathan M Larmore | | Personal |
| Name: | CORINTHIA HOTEL WHITEHALL PLACE | | |
| Address: | LONDON SW1A 2BD | | |
| City-Cntry: | LONDON SW1A 2BD, United States | | |

**RECEIVING INSTITUTION NAME / ADDRESS**

| | |
|---|---|
| ID Type : | 2   ABA Number |
| Identifier : | 071000288   BMO BANK NA |
| Name: | BMO BANK NA |
| City: | CHICAGO, IL |

**BENEFICIARY NAME / ADDRESS**

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 3713286 | Fax : | |
| Name: | APEX CLEARING CORP | | |
| Address: | 111 WEST MONROE STREET 9TH FL | | |
| City: | CHICAGO, IL  60603 | | |

**SIGNER CALLBACK INFORMATION**

Callback Signer :    JONATHAN M LARMORE

**WIRE INFORMATION**

| | | | |
|---|---|---|---|
| Bus Func/Type : | CTR 1000 | Local Instr Code : | |
| Initial Ref Nbr : | | Sender Ref Nbr : | 20231027000305 |
| IMAD Key : | 20231027MMQFMPGT000139 | OMAD Key : | 20231027G1QG750C01066410271508FT03 |
| Originator to Ben : | FFC Jonathan Larmore, 4XU17728 INVESTMENT | | |

**CALLBACK**

| | |
|---|---|
| Callback Date/Time : | Date 10/27/2023  Time 15:00:16  Operator DARCYBROSE01 |
| Callback Notes : | JONATHAN M LARMORE KNOWN 2:55 DLB |
| Special Inst : | DLB 250K NEEDS CUST CB |

| | | | | |
|---|---|---|---|---|
| **Customer Signature** | _____ | | Date | _____ |
| **Taken By** | _____ | | Date | _____ |
| **Verified By:** | KELLYPATTE01 - Patterson, Kelly L. | | Date | 10/27/2023    3:08PM |
| **Callback To** | _____ | Fax To | _____ | |
| **Password / PIN #** | _____ | | Date | _____ |
| **Supervisor Approved** | _____ | | Date | _____ |

SDNY_01_00002071

0441-0130-5    Park National Bank                                    Processing Date    2/05/2024

IP **Park**
NATIONAL BANK.

## Wire Transfer Request

### TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| Wire Type : | Domestic Wire  (CTR 1000) | Origin Date : | 2:40PM 10/27/2023  Proc Date :    10/27/2023 |
| Wire Amount : | $75,000.00    Bank Cust :  Yes | WITS Ref Nbr : | 307  Orig Branch :    2063 |
| Wire Fee : | $30.00    Waive :  No | Init By : | NIKKI LEE/SECIZOTL1067 |
| Advice Fee : | $0.00    Waive :  No | Entered By : | DARCYBROSE01 |
| Tran Acct : | DDA  1101021447227 | Authorized By : | KELLYPATTE01 |
| Fee Acct : | DDA  1101021447227 | Concurred By : | |
| Payment Method : | | | |
| Entry Batch : | | Avail Bal | $560,522.73 |
| Template Name : | Default Outgoing | Orig Method : | EMail |
| Online Inquiry : | 2:38PM    10/27/2023 | Posting : | 3:01PM 10/27/2023 |

### ORIGINATOR NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 1101021447227 | Fax : | |
| Name: | Jonathan M Larmore | | Personal |
| Name: | CORINTHIA HOTEL WHITEHALL PLACE | | |
| Address: | LONDON SW1A 2BD | | |
| City-Cntry: | LONDON SW1A 2BD, United States | | |

### RECEIVING INSTITUTION NAME / ADDRESS

| | |
|---|---|
| ID Type : | 2   ABA Number |
| Identifier : | 021000021   JPMCHASE |
| Name: | JPMORGAN CHASE BANK, NA |
| City: | NEW YORK, NY |

### BENEFICIARY NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 837233805 | Fax : | |
| Name: | WEBULL FINANCIAL LLC CUS9ATD9 | | |
| Address: | 44 WALL STREET 2ND FL | | |
| City: | NEW YORK, NY  10005 | | |

### SIGNER CALLBACK INFORMATION

| | |
|---|---|
| Callback Signer : | JONATHAN M LARMORE |

### WIRE INFORMATION

| | | | |
|---|---|---|---|
| Bus Func/Type : | CTR 1000 | Local Instr Code : | |
| Initial Ref Nbr : | | Sender Ref Nbr : | 20231027000307 |
| IMAD Key : | 20231027MMQFMPGT000140 | OMAD Key : | 20231027MMQFMP2H08032510271509FT03 |
| Originator to Ben : | FFC Jonathan Larmore, CUS9ATD9 INVESTMENT | | |

### CALLBACK

| | |
|---|---|
| Callback Date/Time : | Date 10/27/2023  Time 15:00:54  Operator DARCYBROSE01 |
| Callback Notes : | JONATHAN M LARMORE KNOWN 2:55 DLB |
| Special Inst : | DLB 250K NEED CUST CB |

| | | | |
|---|---|---|---|
| **Customer Signature** | _____ | Date | _____ |
| **Taken By** | _____ | Date | _____ |
| **Verified By:** | KELLYPATTE01 - Patterson, Kelly L. | Date | 10/27/2023    3:09PM |
| **Callback To** | _____    Fax To | _____ | |
| **Password / PIN #** | _____ | Date | _____ |
| **Supervisor Approved** | _____ | Date | _____ |

SDNY_01_00002072

0441-0130-5  Park National Bank                                    Processing Date    2/05/2024

P Park
NATIONAL BANK.

## Wire Transfer Request

**TRANSACTION INFORMATION**

| | | | |
|---|---|---|---|
| Wire Type : | Domestic Wire  (CTR 1000) | Origin Date : | 2:42PM 10/27/2023  Proc Date : | 10/27/2023 |
| Wire Amount : | $75,000.00 | Bank Cust : Yes | WITS Ref Nbr : | 309  Orig Branch : | 2063 |
| Wire Fee : | $30.00 | Waive : No | Init By : | NIKKI LEE/SECIZOTL1067 |
| Advice Fee : | $0.00 | Waive : No | Entered By : | DARCYBROSE01 |
| Tran Acct : | DDA  1101021447227 | | Authorized By : | CHERYLOVER01 |
| Fee Acct : | DDA  1101021447227 | | Concurred By : | |
| Payment Method : | | | | |
| Entry Batch : | | | Avail Bal | $560,522.73 |
| Template Name : | Default Outgoing | | Orig Method : | EMail |
| Online Inquiry : | 2:41PM  10/27/2023 | | Posting : | 3:02PM 10/27/2023 |

**ORIGINATOR NAME / ADDRESS**

| | | | |
|---|---|---|---|
| ID Type : | 1  Bank Account | Voice : | |
| Identifier : | 1101021447227 | Fax : | |
| Name: | Jonathan M Larmore | | Personal |
| Name: | CORINTHIA HOTEL WHITEHALL PLACE | | |
| Address: | LONDON SW1A 2BD | | |
| City-Cntry: | LONDON SW1A 2BD, United States | | |

**RECEIVING INSTITUTION NAME / ADDRESS**

| | |
|---|---|
| ID Type : | 2  ABA Number |
| Identifier : | 021000021  JPMCHASE |
| Name: | JPMORGAN CHASE BANK, NA |
| City: | NEW YORK, NY |

**BENEFICIARY NAME / ADDRESS**

| | | | |
|---|---|---|---|
| ID Type : | 1  Bank Account | Voice : | |
| Identifier : | 066628636 | Fax : | |
| Name: | TRADESTATION SECURITIES | | |
| Address: | 8050 SW 10TH STREET STE 2000 | | |
| City: | PLANTATION, FL  33324 | | |

**SIGNER CALLBACK INFORMATION**

| | |
|---|---|
| Callback Signer : | JONATHAN M LARMORE |

**WIRE INFORMATION**

| | | | |
|---|---|---|---|
| Bus Func/Type : | CTR 1000 | Local Instr Code : | |
| Initial Ref Nbr : | | Sender Ref Nbr : | 20231027000309 |
| IMAD Key : | 20231027MMQFMPGT000141 | OMAD Key : | 20231027MMQFMP2H08034110271509FT03 |
| Originator to Ben : | FFC Jonathan Larmore, 11713248 INVESTMENT | | |

**CALLBACK**

| | |
|---|---|
| Callback Date/Time : | Date 10/27/2023  Time 15:01:53  Operator DARCYBROSE01 |
| Callback Notes : | JONATHAN M LARMORE KNOWN 2:55 DLB |
| Special Inst : | DLB 250K NEEDS CUST CB |

| | | | | |
|---|---|---|---|---|
| **Customer Signature** | _____ | Date | _____ |
| **Taken By** | _____ | Date | _____ |
| **Verified By:** | CHERYLOVER01 - Overbey, Cheryl D. | Date | 10/27/2023   3:09PM |
| **Callback To** | _____ | Fax To | _____ |
| **Password / PIN #** | _____ | Date | _____ |
| **Supervisor Approved** | _____ | Date | _____ |

SDNY_01_00002073

0441-0130-5   Park National Bank                                    Processing Date    2/05/2024

P Park
NATIONAL BANK.

## Wire Transfer Request

### TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| Wire Type : | Domestic Wire  (CTR 1000) | Origin Date : | 2:44PM 10/27/2023   Proc Date :   10/27/2023 |
| Wire Amount : | $75,000.00   Bank Cust :  Yes | WITS Ref Nbr : | 312   Orig Branch :   2063 |
| Wire Fee : | $30.00   Waive :  No | Init By : | NIKKI LEE/SECIZOTL1067 |
| Advice Fee : | $0.00   Waive :  No | Entered By : | DARCYBROSE01 |
| Tran Acct : | DDA   1101021447227 | Authorized By : | KELLYPATTE01 |
| Fee Acct : | DDA   1101021447227 | Concurred By : | |
| Payment Method : | | | |
| Entry Batch : | | Avail Bal | $560,522.73 |
| Template Name : | Default Outgoing | Orig Method : | EMail |
| Online Inquiry : | 2:43PM   10/27/2023 | Posting : | 3:02PM 10/27/2023 |

### ORIGINATOR NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 1101021447227 | Fax : | |
| Name : | Jonathan M Larmore | | Personal |
| Name : | CORINTHIA HOTEL WHITEHALL PLACE | | |
| Address : | LONDON SW1A 2BD | | |
| City-Cntry: | LONDON SW1A 2BD, United States | | |

### RECEIVING INSTITUTION NAME / ADDRESS

| | |
|---|---|
| ID Type : | 2   ABA Number |
| Identifier : | 021000021   JPMCHASE |
| Name : | JPMORGAN CHASE BANK, NA |
| City : | NEW YORK, NY |

### BENEFICIARY NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 066196-221 | Fax : | |
| Name : | NATIONAL FINANCIAL SERVICES LLC | | |
| Address : | 383 MADISON AVE | | |
| City : | NEW YORK, NY  10017 | | |

### SIGNER CALLBACK INFORMATION

| | |
|---|---|
| Callback Signer : | JONATHAN M LARMORE |

### WIRE INFORMATION

| | | | |
|---|---|---|---|
| Bus Func/Type : | CTR 1000 | Local Instr Code : | |
| Initial Ref Nbr : | | Sender Ref Nbr : | 20231027000312 |
| IMAD Key : | 20231027MMQFMPGT000135 | OMAD Key : | 20231027MMQFMP2H07983510271506FT03 |
| Originator to Ben : | FBO Jonathan Larmore, FFC to Z29304869 INVESTMENT | | |

### CALLBACK

| | |
|---|---|
| Callback Date/Time : | Date 10/27/2023  Time 15:02:26  Operator DARCYBROSE01 |
| Callback Notes : | JONATHAN M LARMORE KNOWN 2:55 DLB |
| Special Inst : | DLB 250K NEEDS CUST CB |

| | | | |
|---|---|---|---|
| **Customer Signature** | _____ | Date | _____ |
| **Taken By** | _____ | Date | _____ |
| **Verified By:** | KELLYPATTE01 - Patterson, Kelly L. | Date | 10/27/2023   3:06PM |
| **Callback To** | _____ | Fax To | _____ |
| **Password / PIN #** | _____ | Date | _____ |
| **Supervisor Approved** | _____ | Date | _____ |

SDNY_01_00002074

0441-0130-5   Park National Bank                                      Processing Date   2/05/2024

## ₧ Park
NATIONAL BANK.

## Wire Transfer Request

### TRANSACTION INFORMATION

| | | | | |
|---|---|---|---|---|
| Wire Type : | Domestic Wire (CTR 1000) | | Origin Date : | 9:58AM 10/31/2023  Proc Date :   10/31/2023 |
| Wire Amount : | $55,000.00 | Bank Cust : Yes | WITS Ref Nbr : | 111  Orig Branch :   0 |
| Wire Fee : | $30.00 | Waive : No | Init By : | JON LARMORE |
| Advice Fee : | $0.00 | Waive : No | Entered By : | DARCYBROSE01 |
| Tran Acct : | DDA   1101021447227 | | Authorized By : | CHERYLOVER01 |
| Fee Acct : | DDA   1101021447227 | | Concurred By : | |
| Payment Method : | | | | |
| Entry Batch : | | | Avail Bal | $110,342.73 |
| Template Name : | Default Outgoing | | Orig Method : | EMail |
| Online Inquiry : | 9:54AM   10/31/2023 | | Posting : | 10:24AM 10/31/2023 |

### ORIGINATOR NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 1101021447227 | Fax : | |
| Name: | Jonathan M Larmore | | Personal |
| Name: | CORINTHIA HOTEL WHITEHALL PLACE | | |
| Address: | LONDON SW1A 2BD | | |
| City-Cntry: | LONDON SW1A 2BD, United States | | |

### RECEIVING INSTITUTION NAME / ADDRESS

| | |
|---|---|
| ID Type : | 2   ABA Number |
| Identifier : | 121000248   WELLS FARGO NA |
| Name: | WELLS FARGO BANK, NA |
| City: | SAN FRANCISCO, CA |

### BENEFICIARY NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 493575-2170 | Fax : | |
| Name: | NORTHROP & JOHNSON YACHTS | | |
| Name: | SHIPS LLC | | |
| Address: | 2015 SW 20TH ST STE 200 | | |
| City: | FORT LAUDERDALE, FL  33315 | | |

### SIGNER CALLBACK INFORMATION

Callback Signer :     JONATHAN M LARMORE

### WIRE INFORMATION

| | | | |
|---|---|---|---|
| Bus Func/Type : | CTR 1000 | Local Instr Code : | |
| Initial Ref Nbr : | | Sender Ref Nbr : | 20231031000111 |
| IMAD Key : | 20231031MMQFMPGT000043 | OMAD Key : | 20231031I1B7031R01356010311050FT03 |
| Originator to Ben : | SANLORENZO 76 | | |

### CALLBACK

| | |
|---|---|
| Callback Date/Time : | Date 10/31/2023  Time 10:24:21  Operator DARCYBROSE01 |
| Callback Notes : | JON LARMORE KNOWN 10:24 DLB |
| Special Inst : | DLB NEEDS CUST CB BR APP 10/31/2023:TOM KEEHNER/$1M/SECT502K @ 10:39AM AJR JON CONF WITH BENE THE LAST FOUR DIGITS OF THE BF ACCT# DLB 10:20 |

SDNY_01_00002075

0441-0130-5   Park National Bank                                      Processing Date    2/05/2024

## Park
NATIONAL BANK

## Wire Transfer Request

**TRANSACTION INFORMATION**

| | | | | |
|---|---|---|---|---|
| Wire Type : | Domestic Wire  (CTR 1000) | Origin Date : | 9:58AM 10/31/2023 | Proc Date :    10/31/2023 |
| Wire Amount : | $55,000.00    Bank Cust :  Yes | WITS Ref Nbr : | 111 | Orig Branch :    0 |

**Customer Signature** _____ **Date** _____

**Taken By** _____ **Date** _____

**Verified By:** CHERYLOVER01 - Overbey, Cheryl D.            **Date** 10/31/2023   10:50AM

**Callback To** _____ **Fax To** _____

**Password / PIN #** _____ **Date** _____

**Supervisor Approved** _____ **Date** _____

SDNY_01_00002076

0441-0130-5    Park National Bank                                         Processing Date    2/05/2024

ℙ Park
NATIONAL BANK

## Wire Transfer Request

**TRANSACTION INFORMATION**

| | | | |
|---|---|---|---|
| Wire Type : | Domestic Wire  (CTR 1000) | Origin Date : | 10:04AM 10/31/2023  Proc Date : 10/31/2023 |
| Wire Amount : | $50,000.00    Bank Cust :  Yes | WITS Ref Nbr : | 114   Orig Branch : 0 |
| Wire Fee : | $30.00    Waive :  No | Init By : | JON LARMORE |
| Advice Fee : | $0.00    Waive :  No | Entered By : | DARCYBROSE01 |
| Tran Acct : | DDA   1101021447227 | Authorized By : | CHERYLOVER01 |
| Fee Acct : | DDA   1101021447227 | Concurred By : | |
| Payment Method : | | | |
| Entry Batch : | | Avail Bal | $110,342.73 |
| Template Name : | Default Outgoing | Orig Method : | EMail |
| Online Inquiry : | 10:03AM   10/31/2023 | Posting : | 10:24AM 10/31/2023 |

**ORIGINATOR NAME / ADDRESS**

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 1101021447227 | Fax : | |
| Name: | Jonathan M Larmore | | Personal |
| Name: | CORINTHIA HOTEL WHITEHALL PLACE | | |
| Address: | LONDON SW1A 2BD | | |
| City-Cntry: | LONDON SW1A 2BD, United States | | |

**RECEIVING INSTITUTION NAME / ADDRESS**

| | |
|---|---|
| ID Type : | 2   ABA Number |
| Identifier : | 122016066   CY NATL BK LA |
| Name: | CITY NATIONAL BANK |
| City: | LOS ANGELES, CA |

**BENEFICIARY NAME / ADDRESS**

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 750126693 | Fax : | |
| Name: | JONATHAN M LARMORE | | |

**SIGNER CALLBACK INFORMATION**

Callback Signer :    JONATHAN M LARMORE

**WIRE INFORMATION**

| | | | |
|---|---|---|---|
| Bus Func/Type : | CTR 1000 | Local Instr Code : | |
| Initial Ref Nbr : | | Sender Ref Nbr : | 20231031000114 |
| IMAD Key : | 20231031MMQFMPGT000044 | OMAD Key : | 20231031L2LFCK1C00244710311052FT03 |
| Originator to Ben : | TRANSFER | | |

**CALLBACK**

| | |
|---|---|
| Callback Date/Time : | Date 10/31/2023  Time 10:24:49  Operator DARCYBROSE01 |
| Callback Notes : | JON LARMORE KNOWN 10:24 DLB |
| Special Inst : | DLB NEEDS CUST CB BR APP TOM KEEHNER/$1M/SECT502K @ 10:39AM AJR |

| | | | |
|---|---|---|---|
| **Customer Signature** | _____ | Date | _____ |
| **Taken By** | _____ | Date | _____ |
| **Verified By:** | CHERYLOVER01 - Overbey, Cheryl D. | Date | 10/31/2023   10:51AM |
| **Callback To** | _____ Fax To | _____ | |
| **Password / PIN #** | _____ | Date | _____ |
| **Supervisor Approved** | _____ | Date | _____ |

SDNY_01_00002077

0441-0130-5  Park National Bank                                    Processing Date    2/05/2024

## ℙ Park
NATIONAL BANK.

## Wire Transfer Request

### TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| Wire Type : | Domestic Wire  (BTR 1000) | Origin Date :  8:01AM  11/01/2023  Proc Date :  11/01/2023 | |
| Wire Amount : | $75,000.00  Bank Cust :  Yes | WITS Ref Nbr :  46  Orig Branch :  0 | |
| Wire Fee : | $15.00  Waive :  Yes | Init By :  AutoImport WITS Direct In | |
| Advice Fee : | $0.00  Waive :  No | Entered By :  AMANDARADE01 | |
| Tran Acct : | DDA  1101021447227 | Authorized By : | |
| Fee Acct : | DDA  1101021447227 | Concurred By : | |
| Payment Method : | | | |
| Entry Batch : | | Avail Bal  $5,710.89 | |
| Template Name : | Default Outgoing | Orig Method :  Not Known | |
| Online Inquiry : | 8:05AM    11/01/2023 | Posting :  8:07AM  11/01/2023 | |

### ORIGINATOR NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 0  None | Voice : | |
| Identifier : | | Fax : | |
| Name: | DDA/633736902 | | |
| Name: | INTERACTIVE BROKERS LLC-RECEIPTS | | |
| Address: | ONE PICKWICK PLAZA | | |
| City: | GREENWICH 06830- | | |

### SENDING INSTITUTION NAME / ADDRESS

| | |
|---|---|
| ID Type : | 2  ABA Number |
| Identifier : | 021000021  JPMCHASE |
| Name: | JPMORGAN CHASE BANK, NA |
| City: | NEW YORK, NY |

### BENEFICIARY NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 2  ABA Number | Voice : | |
| Identifier : | 044101305  PARK NEWARK | Fax : | |

### WIRE INFORMATION

| | | | |
|---|---|---|---|
| Bus Func/Type : | BTR 1000 | Local Instr Code : | |
| Initial Ref Nbr : | | Sender Ref Nbr :  5933600305HH | |
| IMAD Key : | 20231101MMQFMP2L005395 | OMAD Key :  20231101MMQFMPGT00001511010801FT03 | |
| Bank to Bank : | OUR REFJPM231031-013057 RTN YR FED IMAD1027MMQFMPGT000136 DTD 10 /27/2023 FOR USD75000.00 AS UNABL E TO APPLY | | |

### BENEFICIARY INFORMATION

| | | | |
|---|---|---|---|
| Reference : | 20231027000300 | | |
| Payment : | Account Deposited | Orig Ben Pmt Inf : | |

### CTP PAYMENT NOTIFICATION

| | | |
|---|---|---|
| Pmt Notify Ind : | 5 | Pmt Notify ETEID : |
| Pmt Notify Name : | 90ABFBCA-7F0D-4D21-9936-C44A5BBD67BB | |

| | | | |
|---|---|---|---|
| **Customer Signature** | _____ | **Date** | _____ |
| **Taken By** | _____ | **Date** | _____ |
| **Verified By:** | AMANDARADE01 - Rader, Amanda J. | **Date** | 11/01/2023    8:06AM |
| **Callback To** | _____  **Fax To** | _____ | |
| **Password / PIN #** | _____ | **Date** | _____ |
| **Supervisor Approved** | _____ | **Date** | _____ |

WITS                          Page    21  of  23                    2/05/2024    4:23PM

SDNY_01_00002078

0441-0130-5   Park National Bank                                                        Processing Date    2/05/2024

P Park
NATIONAL BANK.

## Wire Transfer Request

### TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| Wire Type : | Domestic Wire  (CTR 1000) | Origin Date : | 10:11AM 11/01/2023   Proc Date :    11/01/2023 |
| Wire Amount : | $75,000.00   Bank Cust :  Yes | WITS Ref Nbr : | 138   Orig Branch :    2063 |
| Wire Fee : | $30.00   Waive :  No | Init By : | NIKKI LEE |
| Advice Fee : | $0.00   Waive :  No | Entered By : | AMANDARADE01 |
| Tran Acct : | DDA  1101021447227 | Authorized By : | KELLYPATTE01 |
| Fee Acct : | DDA  1101021447227 | Concurred By : | |
| Payment Method : | | | |
| Entry Batch : | | Avail Bal | $80,710.89 |
| Template Name : | Default Outgoing | Orig Method : | EMail |
| Online Inquiry : | 10:12AM    11/01/2023 | Posting : | 10:19AM 11/01/2023 |

### ORIGINATOR NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | (239) 220-1238 |
| Identifier : | 1101021447227 | Fax : | |
| Name: | Jonathan M Larmore | | Personal |
| Name: | CORINTHIA HOTEL WHITEHALL PLACE | | |
| City: | LONDON SW1A 2BD | | |

### RECEIVING INSTITUTION NAME / ADDRESS

| | |
|---|---|
| ID Type : | 2   ABA Number |
| Identifier : | 121000248   WELLS FARGO NA |
| Name: | WELLS FARGO BANK, NA |
| City: | SAN FRANCISCO, CA |

### BENEFICIARY NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 4123214561 | Fax : | |
| Name: | TD AMERITRADE CLEARING INC | | |

### SIGNER CALLBACK INFORMATION

Callback Signer :    JONATHAN M LARMORE

### WIRE INFORMATION

| | | | |
|---|---|---|---|
| Bus Func/Type : | CTR 1000 | Local Instr Code : | |
| Initial Ref Nbr : | | Sender Ref Nbr : | 20231101000138 |
| IMAD Key : | 20231101MMQFMPGT000052 | OMAD Key : | 20231101I1B7032R01024411011029FT03 |
| Originator to Ben : | FBO AMERITRADE ACCOUNT # 256915347, JONATHAN LAMORE 1200 W RETTA ESPLANADE STE 1, PUNTA GORDA FL 33950-5339 UNITED STATES | | |

### CALLBACK

| | |
|---|---|
| Callback Date/Time : | Date 11/01/2023  Time 10:19:23  Operator AMANDARADE01 |
| Callback Notes : | JON LARMORE, KNOWN @ 10:18AM AJR |
| Special Inst : | NIKKI LEE/$250K/SECIZOTL1067 @ 10:16AM AJR |

| | | | |
|---|---|---|---|
| **Customer Signature** | _____ | Date | _____ |
| **Taken By** | _____ | Date | _____ |
| **Verified By:** | KELLYPATTE01 - Patterson, Kelly L. | Date | 11/01/2023   10:29AM |
| **Callback To** | _____  Fax To | | _____ |
| **Password / PIN #** | _____ | Date | _____ |
| **Supervisor Approved** | _____ | Date | _____ |

SDNY_01_00002079

0441-0130-5   Park National Bank

Processing Date   2/05/2024

## ℙ Park
NATIONAL BANK.

## **Wire Transfer Request**

### TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| Wire Type : | Domestic Wire (CTR 1000) | Origin Date : | 10:50AM 11/13/2023  Proc Date : 11/13/2023 |
| Wire Amount : | $1,000.00   Bank Cust : Yes | WITS Ref Nbr : | 117  Orig Branch : 0 |
| Wire Fee : | $30.00   Waive : No | Init By : | NIKKI LEE SECIZOTI1067 |
| Advice Fee : | $0.00   Waive : No | Entered By : | MARGARETKI01 |
| Tran Acct : | DDA  1101021447227 | Authorized By : | CHERYLOVER01 |
| Fee Acct : | DDA  1101021447227 | Concurred By : | |
| Payment Method : | | | |
| Entry Batch : | | Avail Bal | $5,680.89 |
| Template Name : | Default Outgoing | Orig Method : | EMail |
| Online Inquiry : | 10:50AM   11/13/2023 | Posting : | 12:31PM 11/13/2023 |

### ORIGINATOR NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | (239) 220-1238 |
| Identifier : | 1101021447227 | Fax : | |
| Name: | Jonathan M Larmore | | Personal |
| Name: | CORINTHIA HOTEL WHITEHALL PLACE | | |
| City: | LONDON SW1A 2BD | | |

### RECEIVING INSTITUTION NAME / ADDRESS

| | |
|---|---|
| ID Type : | 2   ABA Number |
| Identifier : | 021000021   JPMCHASE |
| Name: | JPMORGAN CHASE BANK, NA |
| City: | NEW YORK, NY |

### BENEFICIARY NAME / ADDRESS

| | | | |
|---|---|---|---|
| ID Type : | 1   Bank Account | Voice : | |
| Identifier : | 066001633 | Fax : | |
| Name: | JPMS | | |

### SIGNER CALLBACK INFORMATION

Callback Signer :   JONATHAN M LARMORE

### WIRE INFORMATION

| | | | |
|---|---|---|---|
| Bus Func/Type : | CTR 1000 | Local Instr Code : | |
| Initial Ref Nbr : | | Sender Ref Nbr : | 20231113000117 |
| IMAD Key : | 20231113MMQFMPGT000076 | OMAD Key : | 20231113MMQFMP2H05185411131245FT03 |
| Originator to Ben : | 75868123  JONATHAN M LARMORE | | |

### CALLBACK

| | |
|---|---|
| Callback Date/Time : | Date 11/13/2023  Time 12:31:33  Operator MARGARETKI01 |
| Callback Notes : | JONATHN LARMORE BD SS @12:31 MAK |
| Special Inst : | 250K |

| | | | |
|---|---|---|---|
| **Customer Signature** | _____ | Date | _____ |
| **Taken By** | _____ | Date | _____ |
| **Verified By:** | CHERYLOVER01 - Overbey, Cheryl D. | Date | 11/13/2023   12:45PM |
| **Callback To** | _____ Fax To | _____ | |
| **Password / PIN #** | _____ | Date | _____ |
| **Supervisor Approved** | _____ | Date | _____ |

SDNY_01_00002080