UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JONATHAN MOYNAHAN LARMORE,

Defendant.

24-CR-140 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

At today's pretrial conference, the Court resolved the parties' motions *in limine*. The Court's rulings and the bases for them are set out in the transcript of the conference. The Clerk of Court is respectfully directed to terminate the motions pending at dockets 43 and 44.

At the conference, the Court also set the following deadlines:

1. On September 23, 2024, the Government is to file a letter setting out its position with respect to the communications between defendant Jonathan Moynahan Larmore and attorneys that the defense seeks to admit at trial, including whether the Government opposes admission of these communications and whether it seeks to offer additional such communications between Mr. Larmore and these attorneys. On September 30, 2024, the defense is to file its response.

2. On September 23, 2024, the Government is to file the parties' joint proposed limiting instructions on the series of subjects that the Court identified at today's hearing. If the parties cannot agree on these instructions, the Government is to file its proposed limiting instructions on that date, and the defense, on September 30, 2024, is to file its response and proposed limiting instructions.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 9, 2024
New York, New York