UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JONATHAN MOYNAHAN LARMORE,

                Defendant.

24 Cr. 140 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On September 25, 2024, the Government filed a letter-motion seeking to exclude two proposed witnesses offered by the defense, John Nicholson and Anthony Basile. Dkt. 73. The defense is hereby ordered to file a response to the letter-motion no later than Wednesday, October 2, 2024. In addition to responding to the Government's request to exclude defense's expert testimony or, in the alternative, conduct a *Daubert* hearing, the letter-motion should provide an explanation as to why defense counsel has not produce the disclosures required by Federal Rules of Evidence 16(b) and 1006.

SO ORDERED.

                                                           *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: October 1, 2024
       New York, New York