UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JONATHAN MOYNAHAN LARMORE,

Defendant.

---

24 Cr. 140 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 2, 2024, successor defense counsel filed a letter response to the Government's proposed voir dire and requests to charge. Dkt. 80. This submission was untimely. The Court had set a deadline of October 1, 2024 for the submissions of proposed voir dire and requests to charge, *see* Dkt. 21, which deadline the Government met, *see* Dkts. 76–77, but the defense did not. The Court has previously expressed concern about successor defense counsel's seeming inattention to its discovery obligations, as recounted by the Government. *See* 9/9/24 Tr. at 84–87. The Court admonishes defense counsel that the deadlines the Court sets are firm and that the Court will disregard future untimely submissions.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 3, 2024
New York, New York

1