

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

October 3, 2024

**VIA ECF AND EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
New York, New York 10007

    Re:    *United States v. Larmore*, 24 Cr. 140 (PAE)

Dear Judge Engelmayer:

    Pursuant to the Court's October 3, 2024, order, the Government and defense counsel have conferred, and the parties jointly request that the Court conduct the *Daubert* hearing on Tuesday October 8, 2024, at 9 a.m., in light of medical appointments that defense counsel has on Wednesday October 9, 2024.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

    by: _____
        Justin V. Rodriguez
        Adam S. Hobson
        Sarah Mortazavi
        Assistant United States Attorneys
        (212) 637-2591

Cc:    Defense Counsel (via ECF)