

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

October 3, 2024

**VIA ECF AND EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
New York, New York 10007

      Re:   *United States v. Larmore*, 24 Cr. 140 (PAE)

Dear Judge Engelmayer:

      Pursuant to the Court's October 3, 2024, order, the Government and defense counsel have conferred, and the parties jointly request that the Court conduct the *Daubert* hearing on Tuesday October 8, 2024, at 9 a.m., in light of medical appointments that defense counsel has on Wednesday October 9, 2024.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by: *[signature]*
      Justin V. Rodriguez
      Adam S. Hobson
      Sarah Mortazavi
      Assistant United States Attorneys
      (212) 637-2591

Cc:   Defense Counsel (via ECF)

---

**GRANTED.** The Daubert hearing will commence on Tuesday, October 8 at 9:00 a.m. If time permits, the Court will hold argument as to Mr. Nicholson's testimony that day, after hearing testimony. If time does not permit, the Court will schedule argument on Wednesday, October 9, 2024, at a time consistent with defense counsel's medical commitments.

      SO ORDERED.      10/3/2024

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge