# Bruce L. Udolf, P.A.

Attorneys at Law
599 SW 2nd Avenue
Fort Lauderdale, Florida 33301
Tel: (954) 415-2260
budolf@bruceudolf.com

October 3, 2024

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
New York, New York. 10007

      Re:  *United States v. Larmore*
            Case No. 24 Cr. 140 (PAE)

Dear Judge Engelmeyer:

      The undersigned writes in response to the Court's Order (DE 84) moving the Daubert hearing previously scheduled for Wednesday, October 9, 2024 to Tuesday, October 8, 2024, having been informed that defense counsel had previously scheduled doctors' appointments on the original date. The Court stated that if time did not permit the conclusion of the hearing on Tuesday, the Court would return the following day at a time consistent with defense counsel's medical commitments. The undersigned is grateful for the Court's accommodation. The undersigned is concerned that the Court might not have appreciated that his appointments were at the Cleveland Clinic in South Florida. Under the circumstances, even if the hearing were scheduled after his doctors' appointments, undersigned would not be able to appear in person on Wednesday.

      The undersigned has conferred with AUSA Justin Rodriguez and the parties are agreed that this matter should likely be concluded within the allotted time on Tuesday, Nevertheless, I thought Your Honor should be alerted to the possible problem.

      Again, thank you for your consideration.

Respectfully,

**BRUCE L. UDOLF, P.A.**

*Bruce Udolf*

Bruce Udolf

The Court appreciates this notification, wishes counsel well, and will, of course, accommodate counsel's medical appointments. The Clerk of Court is respectfully directed to terminate the motion pending at Docket 85.
SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Date: October 4, 2024