

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

October 7, 2024

**VIA ECF and EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
New York, New York 10007

    Re:    *United States v. Larmore*, 24 Cr. 140 (PAE)

Dear Judge Engelmayer:

    As discussed at the final pretrial conference, the Government writes to submit its proposed redactions to the Bloomberg article the Government will seek to admit at trial absent stipulation. Enclosed is a copy of the Bloomberg article with proposed redactions marked in red boxes, but not yet applied. The Government reached out to defense counsel for their counter-proposal, but has not yet received a response.

                         Respectfully submitted,

                         DAMIAN WILLIAMS
                         United States Attorney

              by:    /s/
                    Justin Rodriguez
                    Adam S. Hobson
                    Sarah Mortazavi
                    Assistant United States Attorneys

Cc:    Defense Counsel (via ECF)