```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
                -v-                                         :     24 Cr. 140 (PAE)
                                                            :
JONATHAN MOYNAHAN LARMORE,                                  :
                                                            :     VERDICT FORM
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

**PLEASE CHECK (√) YOUR ANSWERS AND FILL IN THE BLANKS**

*All Answers Must Be Unanimous*

1. How do you find the defendant as to Count One (fraud in connection with a tender offer)?

    Guilty __√__                    Not Guilty _____

2. How do you find the defendant as to Count Two (securities fraud)?

    Guilty __√__                    Not Guilty _____

[*Please sign your names in the space provided on the next page, fill in the date, and inform the officer that you have reached a verdict.*]

After completing the form, each juror must sign below, reflecting his or her agreement with the forgoing verdict.

_____          _____
Foreperson                                Rachel Bell

_____          _____
                                          Nick Donohue

_____          _____
                                          Anthony Kebi

_____          _____
                                          L. Bello

_____          _____

_____          _____

Dated: __10/22/23__