UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JONATHAN MOYNAHAN LARMORE,

Defendant.

---

24-CR-140 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Attached to this Order are the following:

- Exhibit 1: The notes sent by the jury during its deliberations; and
- Exhibit 2: The jury's completed verdict form.

SO ORDERED.

Dated: October 22, 2024
New York, New York

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

**EXHIBIT 1**

**JURY NOTE**

1) Copy of tender offer #1163

2) Copy of Press release #803, 804

~~3) Address of Cole Capital Finance~~

~~4) Address of Cole Capital~~

4) Larmore Phone # 1301 -1303

5) texts Larmore + Siegel #1309

6) #1343

Date: 10/21/23

Time: 4:20

[signature]

Foreperson's signature

JURY NOTE 1

# JURY NOTE

We have reached a verdict

Date: 10/22/23

Time: 10:25

JURY NOTE 2

[signature]

Foreperson's signature

**EXHIBIT 2**

JURY NOTE 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

JONATHAN MOYNAHAN LARMORE,

Defendant.

---------------------------------------------------------------------X

24 Cr. 140 (PAE)

VERDICT FORM

**PLEASE CHECK (√) YOUR ANSWERS AND FILL IN THE BLANKS**

***All Answers Must Be Unanimous***

1. How do you find the defendant as to Count One (fraud in connection with a tender offer)?

Guilty ✓ Not Guilty________

2. How do you find the defendant as to Count Two (securities fraud)?

Guilty ✓ Not Guilty________

[*Please sign your names in the space provided on the next page, fill in the date, and inform the officer that you have reached a verdict.*]

After completing the form, each juror must sign below, reflecting his or her agreement with the forgoing verdict.

| | |
|---|---|
| [signature]<br>Foreperson | [signature] |
| [signature] | [signature] |
| [signature] | [signature] |
| [signature] | [signature] |
| [signature] | [signature] |
| [signature] | [signature] |

Dated: 10/22/23