UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

JONATHAN MOYNAHAN LARMORE,

Defendant.

------------------------------------------------------------------X

24-CR-140 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Attached to this Order are the following Court Exhibits:

- Exhibit 1: The Court's limiting instructions dated October 15, 2024.
- Exhibit 2: The draft jury charge, dated October 18, 2024, used at the charge conference.
- Exhibit 3: The jury charge, read into the record on October 21, 2024.
- Exhibit 4: The verdict form.
- Exhibit 5: The redacted trial indictment.
- Exhibit 6: The witness list.
- Exhibit 7: The Government's exhibit list.
- Exhibit 8: The defendant's exhibit list.

SO ORDERED.

Dated: October 22, 2024
       New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge