UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JONATHAN MOYNAHAN LARMORE,

Defendant.

---

24-CR-140 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons set forth on the record on October 22, 2024, the Court hereby modifies the conditions of the defendant's pretrial release by adding the following restrictions:

1. The defendant is prohibited from boarding any kind of boat or other watercraft in any kind of body of water, including, but not limited to, those that are landlocked.

2. The defendant is prohibited from communicating, including electronically, telephonically, or in-person, with any purveyor of boats or other watercraft, including, but not limited to, anyone affiliated with Pier One Yacht Sales.

3. The defendant is prohibited from traveling on any private, noncommercial aircraft.

4. The defendant is prohibited from traveling on any commercial aircraft without the prior approval of the Government. The defendant must seek such approval at least 96 hours before the departure of any such flight.

5. The defendant is prohibited from making any in-person contact with Patrick Cochran.

6. The defendant is prohibited from traveling to the state of Florida, except for the sole purpose of meeting with his counsel in the Fort Lauderdale area.

1

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: October 22, 2024
       New York, New York

2