UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

          v.                      24 CR 140 (PAE)

JONATHAN MOYNAHAN LARMORE,

                    Defendant.
----------------------------------------------------------X

## DEFENDANT'S NOTICE OF MOTION
## TO DISMISS PURSUANT TO F.R.CRIM.P. RULE 29(a) OR IN THE ALTERNATIVE, A NEW TRIAL PURSUANT TO F.R.CRIM.P. RULE 33

PLEASE TAKE NOTICE, that upon the annexed Memorandum of Law submitted herewith, the undersigned hereby moves this Court for an Order (1) pursuant to Rule 29(a) Fed.R.Crim.P. for a judgment of acquittal; or in the alternative (2) pursuant to Rule 33 Fed.R.Crim.P. for an Order granting a new trial.

Dated:      New York, New York
               November 5, 2024

                                                Respectfully submitted,

                                                Bruce L. Udolf, P.A.
                                                599 SW Second Avenue
                                                Fort Lauderdale, Florida 33031
                                                954- 415-2260
                                                budolf@bruceudolf.com

                                                By:/s/ Bruce L. Udolf_____
                                                      Bruce L. Udolf

                                                Litman, Asche & Gioiella, LLP
                                                350 Central Park West Suite 10F
                                                New York, New York 10025
                                                917-417-6951
                                                richardasche@lagnyc.com

                                                By:/s/ Richard M. Asche_____
                                                      Richard M. Asche

                                                Attorneys for Defendant