UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        -v-

JONATHAN MOYNAHAN LARMORE,

                    Defendant.

24-CR-140 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the memorandum of law of defendant Jonathan Moynahan

Larmore in support of his renewed motion for entry of a judgment of acquittal under Federal

Rule of Criminal Procedure 29, and his motion, made on the same grounds, for a new trial under

Rule 33. *See* Dkt. 111. The Court has also reviewed the Government's opposition. *See* Dkt.

112.

Larmore's memorandum evaluates the Government's evidence in a pointillistic manner,

setting out the inferences that the defense, largely reprising its jury arguments, contends should

be drawn from particular items of testimony or exhibits. As such, Larmore's challenge flouts the

foundational principles that, on a post-conviction sufficiency challenge, the evidence should be

viewed in totality, in the light most favorable to, and with all permissible inferences drawn in

favor of, the Government. *See, e.g., Coleman v. Johnson*, 566 U.S. 650, 654 (2012); *Jackson v.

Virginia*, 443 U.S. 307, 319 (1979); *United States v. Landesman*, 17 F.4th 298, 319 (2d Cir.

2021); *United States v. Cassese*, 428 F.3d 92, 98 (2d Cir. 2005). The Court denies Larmore's

motions for the reasons stated by the Government in its methodical, comprehensive, and

1

convincing opposition, and for the reasons the Court gave in denying the Rule 29 motion that

Larmore made following the close of the Government's case.

The Clerk of Court is respectfully directed to terminate the motion pending at Docket

110.

SO ORDERED.

Paul A. Engelmayer
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 25, 2024
        New York, New York