**Litman, Asche & Gioiella, LLP**
**350 Central park west suite 10F**
**New York, New York 10025**
**Telephone (917) 414-6951**

**Richard m. asche**  **Writer's Cell phone**

**Russell M. Gioiella (1980-2024) (ret.)**  (917) 414-6951

**Jack t. Litman (1976-2010)**  **Writer's email**

richardasche@lagnyc.com

January 7, 2025

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York  10007

   Re: U.S. v. Jonathan Moynahan Larmore
     Case No. 24 CR 140 (PAE)

Dear Judge Engelmeyer:

  We are in receipt of a Pre-Sentence Investigation Report prepared by the U.S. Probation Office and dated December 14, 2024.  By local rule, defendant's response was due within 14 days. However, due to the holiday period, we did not file a timely response. We have consulted with Mr. Rodriguez, who advised us that the Government has no objection to our filing a brief response to the Pre-Sentence Investigation Report on or before January 10, 2025, and we respectfully request that your Honor extend our time to respond to that date.

           Respectfully yours,

           /s/ Richard M. Asche

cc: Justin Rodriguez, Esq.