the seriousness of the crime, but I have worked for the Courts for twenty-five years, and unless the person is a threat to society, or a danger to society, I don't believe that being incarcerated is the most beneficial path. A sentence including rehabilitation, community control, probation, or community service seems to me to be an avenue that would be the most beneficial to Jon. I respectively hope you will consider the most lenient sentence possible, so that Jon, Anna and Joseph can get on with their lives. I know this has been very humbling and humiliating for Jon and coupled with losing all that he has lost, I think this has been punishment enough. I hope that you will take all of this into consideration.

Respectively,

Cathy Blakeley

Cathy Blakeley

Exhibit I

Dr. Kevin Cocran letter

February 7, 2025

Honorable Paul A Engelmayer
United States District Judge
United States Courthouse

Judge Engelmayer,

I have known Jonathan (Jon) Larmore for a number of years. and I've spent a fair amount of time with him witnessing his character. He has always been very kind and a consummate gentleman.

My friendship with Jon changed a couple of years ago when he became romantically involved with my daughter, Annaliese. Throughout the last year they have faced many challenges to their budding relationship. Even with Jon's current circumstances they have been able to, through a strong faith in God, remain a strong couple.

The main concern I have is the welfare of their nine month old baby, Joseph, my first grandchild. My parents divorced when I was young and having a loving father in the home is essential for a young man's development. Jon is much older and I don't understand the age difference but my daughter is completely in love with him and he asked and received my blessing for their pending marriage. Everyone in the family will be devastated if Jon were to be incarcerated. They rely on each other and make a great parenting team.

Please consider Jon as a good man and a good father while deciding his sentencing. As someone who is intimately involved in their lives I plead for leniency.

Thank you for your time and consideration.

Respectfully,

Exhibit J

Cynthia Larmore letter

Cynthia Larmore
1204 W. Overlook Road
Marion, In 46952

February 11, 2025

Hon Paul A. Engelmayer
United States District Judge
United States Courthouse

Dear Judge Engelmayer,

My name is Cynthia Larmore and I live in Marion, Indiana. Currently I am unemployed because the windshield replacement business that I owned for 9 years in Phoenix, Arizona, did not survive the Covid-19 pandemic. I am writing this letter in connection with the sentencing of Jonathan "Jon" Larmore, for securities fraud. Jon Larmore is my younger brother and has been my best friend since he was born.

My brother is a man who is fiercely dedicated and loyal to his family and friends. He is a selfless man, a devout Christian, and a well-respected member of the community. Jon has always been and remains a pillar of strength for me.

My two young, and only, daughters, Victoria and Skylar, were tragically killed in a plane crash 8 years ago. They were only 14 and 12 years old. They were very close to my brother and his family. My niece and nephew, Jonathan and Bridget, who are Jon's oldest children, spent endless hours with Victoria and Skylar. Not only were they cousins, they were the dearest of friends with extremely strong bonds. The loss of my precious daughters has been unbearable for me, and for our entire family. Jon is my rock. He held me together as I planned the funerals. He assisted in all of the details, including writing my daughter's obituaries and reading during their services. He cried with me and he prayed with me. I depend on him in my times of sadness and despair. We still cry and pray together. Jon is a man of deep compassion and empathy.

Jon is a loving and generous father. He attended all of his son's and daughter's activities. There were countless swimming, diving, basketball, gymnastics, fencing, chess tournaments, school plays, concerts, and award ceremonies that he loved to engage in and he took great pride in his children's accomplishments. Jon instilled a great study and work ethic in both of his children. His son, Jonathan, is a junior at College of the Mines in Denver, and his daughter, Bridget, is a freshman at Indiana University in Bloomington.

Jon and his fiancee, Anna, welcomed a son into the world on April 20, 2024. I am thrilled to have a new nephew, and both Jon and Anna are so excited about baby Joseph. I met Joseph when he was 3 days old, and the smile on Jon's face when he introduced me to him

will forever be imprinted in my mind. It has been such an honor to watch Jon have the opportunity to be a father again. I love watching him sit on the floor and engage and play with Joseph as Joseph crawls all over the place. He and Anna are deeply in love with each other and with their new baby.

My brother is also a wonderful son to our parents. When our father's back condition started incapacitating his ability to walk or even stand, Jon installed handicap rails for him in the bathrooms and showers. There were countless times when Jon dropped everything to assist my mother when my dad fell and my mom couldn't get him off the floor. When our father passed away in Jon's arms, almost 3 years ago, Jon drove my mother and me as we followed the ambulance to the hospital. Jon held us all tightly, as we all cried and prayed together. Jon is deeply concerned, as am I, about our mother's health conditions. My mother is handicap due to her severe hearing deficit. She depends on Jon and me to help her with so many things due to her debilitating conditions. She relies on us to be "her ears" when talking on the phone or talking to someone in person. Her hearing aids do not aid her very well. My mother also has A-Fib, so she has a pacemaker. This current legal situation is so destressing resulting in her blood pressure often being uncontrollable. We fear that she will have a stroke when it spikes to extremely dangerous levels, which is daily. Jon and I share the responsibility of being her primary care-taker. We both take her health very seriously. We love our mom!

Jon's generosity toward his family also extends to his community. Year after year, Jon's donations to the "PANDA" fundraiser, which helps fund medical research for children with rare diseases, contributed to epic financial funding for the Steele Children's Research Center at the University of Arizona. Jon also has been very generous with his donations to the schools that the children attended, as well as tithing to His Christ Lutheran Church. As a member of the Scottsdale YPO (Young President's Organization), Jon also worked with other members to facilitate better business leadership, idea exchange, and produce programs for the education of others related to business management and leadership.

Sir, on a sidebar, I know you have read, or will read, Mr. Nicolo DiMaria's presentencing report which outlines Jon's medical conditions. I feel compelled to provide you with my opinion regarding my brother's mental health, and this is because of my own mental health diagnoses. I suffer from severe anxiety and PTSD related to my physical and psychological abuse from my first husband, which has been exacerbated by the death of my children. The NTSB and FAA findings were that my X-husband, the pilot, was negligent in flying my children and his new wife in poor weather conditions without the proper instramental ratings. All four aboard that small plane perished when he crashed into the side of a mountain. My continued therapy since the tragedy continues to help me maneuver forward in life, and, I am told that I remain an inspiration to others. Jon, too, suffers from PTSD due to his own toxic marriage and abuse for nearly 25 years from his wife. And this is compounded by this current legal situation. My recommendation is that my brother will be rehabilitated more effectively through intense therapy to help treat his own mental health disease. I do not believe he will get this type of necessary care if he is incarcerated.

Your Honor, I could go on and on about my brother's fine character and wonderful attributes. Hopefully these few examples help paint a clearer picture of the loyal and generous, and humble man that Jon Larmore is. This situation is extremely awful for him and for me, and for our family. This embarrassment has tarnished our family name and is already punishment and feels like torture to him. I need Jon. My mom needs Jon. Anna needs Jon. Jonathan, Bridget and Joseph need Jon. My desperate plea to you, your honor, is to *give* Jon grace during sentencing, and be as lenient as possible. Thank you for your time and careful consideration of my dear brother's future.



Cynthia Larmore

C

Exhibit K

Tyler Freeland letter

**Tyler Freeland**

202 W Berry St, STE 400

2-7-2025

**The Honorable Paul A. Englemayer**
United States District Judge
United States District Courthouse

Dear Judge Engelmayer

I am writing to share my personal experience with Jon Larmore and the profound impact he has had on my life. Jon has been an unwavering mentor, a guiding force, and an integral part of my journey from childhood to where I stand today—as the president and owner of 83 Pizza Hut locations, a leader in my industry, and a devoted husband and father.

I was raised by my grandparents from the age of five, as my mother battled alcoholism, drug addiction, and mental health challenges. My grandparents lived next door to Jon's parents, and through that proximity, Jon became a constant presence in my life. During my middle and high school years, he spent several days a week with me, offering stability, wisdom, and care that I deeply needed. He welcomed me into his home, even inviting me to his lake house when I was still in lower and middle school, ensuring I had positive experiences and a role model to look up to.

As I grew older, Jon became even more instrumental in shaping my path. He mentored me through high school and college, offering guidance on life, business, and faith. When I began taking on greater responsibility in my family's business, Jon was the mentor I needed to understand valuations, navigate real estate transactions, and make informed decisions about our leased locations. His insights and business acumen were invaluable in my professional development.

Beyond business, Jon also played a significant role in my spiritual journey, helping me grow closer to Jesus and strengthen my relationship with God. His influence contributed to the values and principles I uphold today, both personally and professionally.

Because of the opportunities, wisdom, and mentorship Jon provided, I have been able to build a thriving business with the highest sales and operational metrics in the country. I serve in a leadership role in technology governance at Pizza Hut US and am a proud member of YPO (Young Presidents' Organization). More importantly, I am blessed with a wonderful, supportive wife and two amazing sons.

I share this not just as a testament to my own journey but as an acknowledgment of the role Jon played in it. His generosity, kindness, and willingness to invest in others have shaped my life in immeasurable ways. I humbly ask that you consider the positive impact Jon has had on so many, including myself, as you determine his sentencing.

Thank you for your time and consideration.

Respectfully,

**Tyler Freeland**

Exhibit L

Wesley Koelsch letter

Hon. Paul A. Engelmayer
United States District Judge
United States Courthouse

Dear Judge Engelmayer,

I am writing to you regarding the sentencing of Jon Larmore, a man I have had the privilege of knowing for nearly three years. Initially, Jon was my employer, but over time, he became a close friend and mentor—someone I now consider family.

Jon has had a profound impact on my life in ways I never expected. He not only guided me professionally but also helped reshape my personal values and beliefs. He reintroduced me to Christ, strengthening my faith when I needed it most. Jon has always led by example, showing me what it means to be a man of integrity, a dedicated businessman, a loving family man, and a true friend.

One of the things that stands out most about Jon is his generosity. He has never hesitated to extend kindness and support, not just to me but also to my friends. His thoughtfulness and care always caught me by surprise—he didn't just tolerate the presence of my friends; he welcomed them, encouraged me to bring them around, and treated them as if they were his own. That level of selflessness is rare, and it speaks volumes about his character.

Beyond his generosity, Jon has been a pillar of optimism. I had the opportunity to live with Jon and Anna, for two years, during which I saw firsthand the strength of their relationship. No matter what challenges they faced, their unwavering love and faith in each other never faltered. Their ability to find light in every situation was something I deeply admired and aspired to emulate.

Jon has already suffered greatly through the humiliation and consequences of this situation, and I truly believe that he has learned from it. He is a good man who has made a significant, positive impact on my life and the lives of many others. I respectfully ask you to consider his character, his kindness, and the remorse he feels when determining his sentence.

Thank you for your time and consideration.

Respectfully,
Wesley Koelsch

Exhibit M

Stephen DeLoach letter

# Stephen DeLoach

200 Priest View Dr.
Smyrna, TN 37167
912-320-9653
stdeloach@gmail.com

February 4, 2025

Hon. Paul A. Engelmayer
United States District Judge
United States Courthouse

Dear Judge Engelmayer,

I wanted to send a charter reference for your consideration, on behalf of my friend, Jon Larmore. I have known Jon for four years now and wanted to at least paint a picture for you of the man I know: kind, responsible, funny, humble, generous, hardworking, family oriented, and has one of the biggest hearts of anyone I know.

Jon tends to have a way of making the people around him better. I have seen that first hand. He has personally helped me on my journey with faith and just being someone I could count on over the years. Whether that has been for advice, or an ear to listen. I've had the privilege of watching him take care of his mother, Anna, and Joseph. He capacity to love on the people he comes in contact with is boundless, and sets a good example to how others should be treated.

While I understand his situation is a serious one, I truly believe that this case is not reflective of who I know him to be as a person. What I am sure of is that Jon will both learn and grow from this experience. I'm asking for your consideration and leniency in any sentence you may pass. I am sure that Jon will continue to build and leave a legacy of kindness and love to anyone he touches and impact his community positively.

Thank you for your time, I appreciate it.

Respectfully,

Stephen DeLoach

Exhibit N

Benton Bolles letter

Benton Bolles
7637 O Connor Rd
Boulder, CO 80303
brbolles@yahoo.com

February 9, 2025

Hon. Paul A. Engelmayer
United States District Judge
United States Courthouse

Dear Judge Engelmayer,

My name is Benton Bolles, hailing from Boulder, Colorado, where I work as a Product Management leader in cloud storage technologies. I am writing to you on behalf of my good friend Jon Larmore, who is scheduled to appear before you for sentencing for securities fraud. I have known Jon for nearly 40 years, Jon and I first met as young teens in Indiana. Growing up, I considered Jon to be the brother I never had. He was the best man in my wedding, as I was for him.

Through the years of our friendship, I have witnessed numerous acts of compassion, kindness and generosity from Jon towards others. As a good friend does, Jon was there for me when my father passed away, providing me with emotional support and a place to stay while I tended to my father's affairs in Indiana. Likewise, I witnessed first-hand Jon's compassion, support and kindness towards his sister, Cynthia, when she went through the unfathomable tragedy of losing her two young daughters in a plane crash. Jon has a generous heart and shares his time and resources with those he cares about.

While I understand and acknowledge the seriousness of Jon's situation, I do believe that Jon will learn from the experience and will be a repentant man going forward. I also believe Jon has much to offer to his community and family, notably his new son Joseph and partner Anna, and I believe Jon can best do so by being present and accountable to those he cares for. I ask you to consider the public and private humiliation Jon has already endured as punishment and request your leniency when sentencing Jon.

I appreciate your time and attention to this matter.

Respectfully Yours,

Benton Bolles

Exhibit O

Robert Crook letter

Robert F. Crook CPA, CFF
54 Commercial St. Unit 4
Provincetown, Massachusetts 02657

February 7, 2025

Honorable Judge Paul A. Engelmayer
United States District Judge
United States Courthouse
New York, New York

Dear Judge Engelmayer

I am writing to provide a character reference for Jonathan Moynahan Larmore (Jon).  I worked for Jon at Fishermen's Village (Fishville) and Arciterra Companies from November 2022 until June 2023 and as a Certified Financial Forensic from November 2023 through February 2024.  I have had significant interaction with Jon and would like to take this opportunity to offer insight into his character and professionalism.

During the time that I worked for Jon, I found him to be humble, hardworking, dependable and highly intelligent and skilled in the field of Commercial Property Investments.   I was hired by the General Manager of Fishville to be the Director of Finance and Accounting.  I met Jon on a construction site in Florida. Jon had rolled up his sleeves and was assisting the staff performing construction and repairs to the facility that were sustained from Hurricane Ian.  I had no idea that Jon was the manager of Arciterra, a 60 plus commercial property company that extended across the US.  I have worked for billionaires and historical figures in New York City for over 30 years; none of them helped or cared about their employees like Jon did.  I found it refreshing and out of the ordinary to meet Jon in this manner.  His Midwest sensibility, hard work and humility showed through.  He is a down-to-earth kind of boss that cares deeply about his employees and was willing to do whatever it took to get the essential operations repaired.

Based upon my professional experience as a CPA, Auditor, Controller, Chief Financial Officer and Chief Audit Executive for several NYSE companies spanning the past 40 years, I believe that this incidence does not reflect his overall character.  I have no doubt that Jon has learned from this experience and will move forward with the same dedication and responsibility he has shown in his professional life.

I hope you will take my thoughts into consideration when making your decision,

Respectfully,

Robert F. Crook CPA CFF

Exhibit P

Gabe King letter

Gabe King
6801 villaview dr
Punta Gorda, Florida ,33982
Kingofproductionsllc@gmail.com
02/10/2025
Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
Dear Judge Paul A. Engelmayer,
I am writing to provide a character reference for Jon Larmore,
who I worked for at Fisherman's Village, where I have had the
pleasure of knowing for the past 4 years. I would like
to take this opportunity to offer insight into his character and
professionalism.
During my time working with Jon Larmore, he has proven
to be a hardworking, dependable, creative and honest professional.
He consistently demonstrated a strong work ethic contributing
positively to team goals. He would personally tell me how much he
valued mentoring me in my personal early financial adventures.
I have never had reason to question his
integrity or commitment to the organization's values. Jon also kept
in contact with me after a bad hurricane and helped me survive with
the little I had. Even though I worked for Jon, he would take time
to help me get more jobs for my personal welding company that
didn't benefit himself whatsoever. I believe that Jon has already been
seriously punished by his humiliation.
Based on my experience working closely with Jon Larmore, I believe
this incident does not reflect his overall character. I have no
doubt that Jon has learned from this experience and
he will move forward with the same dedication and responsibility
he has shown in his professional life.
I hope you will take my thoughts into consideration when making your
decision.
Respectfully,
Gabe King

Exhibit Q

Loreen Zink letter

Loreen Zink
249 Coldeway Dr.
Punta Gorda, Fl. 33950
btswoman@aol.com
2/6/2025

Hon. Paul A. Engelmayer
United States District Judge

United States Courthouse

Dear Judge Paul A. Engelmayer,

I am writing to provide a character reference and plea for leniency when making your decision for Jon Larmore.

I have known Jon Larmore since 2012, when his family came to Florida to purchase Fishermen's Village. My husband and I, with our two young children, opened our store, Beneath the Sea, in 1999. The last 26 years I have observed Jon's dedication to Fisherman's Village.
Jon has always been hard working with his # 1 goal being to aid and lead all the store owners towards personal success.    He has been successful in making the Village a beautiful place where families all over the USA come to enjoy the stores, restaurants, and overall atmosphere. He has always care about our small community and is a huge part of what Punta Gorda Isles is today.

Our family has also had a personal relationship with Jon Larmore for the last 13 years. He attended our son's wedding and several family gatherings, r.c helped my son take over running our family business when my husband passed two years ago, and has since been supportive every way possible.

Personally, I have been thankful for his friendship since I was diagnosed with cancer over a year ago.  Even through all his troubles, he called, emailed, or texted me nearly every week to ask how I am doing, to tell me he is praying for me, and asking me to please let him know if I need anything.

John has always taken care of his Mother- since his father's death. He would take her traveling on his business trips. Even now he is living close by ... in Indiana and keeps a close eye on her. He is a wonderful son.

Exhibit R

Jenny Gianfrancesco letter

Jenny Gianfrancesco

3213 E Libby St

Phoenix, Az 85032

jennygianfrancesco@yahoo.com

602-317-3038

February 4, 2025

Honorable Paul A. Engelmayer

United States District Judge

United States Court House

Dear, Judge Engelmayer,

I am honored to write this letter on behalf of Jonathan Larmore, whom I have had the privilege of knowing for over 20 years. Over the years, I have become part of the Larmore family, sharing countless holidays, family trips, and significant moments together. Through these experiences, I have come to deeply admire John's character, kindness, and unwavering commitment to those he loves.

One of my fondest memories of John is watching him on Christmas morning, surrounded by his children and nieces, opening presents with as much excitement as the kids themselves. He would eagerly set up toys, play alongside them for hours, and bring joy to everyone in the room. His enthusiasm and warmth are a testament to the kind of person he is—someone who values family above all else and finds true happiness in the company of loved ones.

Beyond joyful occasions, John has demonstrated immense strength and reliability in difficult times. When his sister tragically lost her daughters in a devastating plane accident eight years ago, John became her rock. He stepped in without hesitation, handling every detail necessary to bring the girls home and ensure the family could give them a proper farewell. His ability to take charge with compassion and grace during such an unimaginable tragedy speaks volumes about his character.

John is a person of integrity, deeply rooted in family values, and always willing to lend a helping hand. Given the opportunity, I have no doubt that he will continue to be a positive force in the community and an asset to those around him.

Please do not hesitate to contact me if you require any further information.

Respectfully,

Jenny Gianfrancesco

Exhibit S

Pasquale Gianfrancesco letter

Pasquale Nicholas Gianfrancesco

3213 E Libby St

Phoenix, Az 85032

nick.gianfrancesco@gmail.com

602-931-1549

February 4, 2025

Honorable Paul A. Engelmayer

United States District Judge

United States Court House

Dear, Judge Engelmayer,

I am writing this letter in support of Jon Larmore, whom I have had the privilege of knowing for over 13 years through my wife. Over the years, I have come to know Jon as a devoted family man, a loyal friend, and someone who consistently puts the well-being of his loved ones before anything else. His unwavering commitment to his family and community is truly admirable.

I got to know Jon as dedicated to his children and his nieces, always making time to be present in their lives. Jon's priority has always been to provide them with love, guidance, and stability.

Beyond his role as a father, Jon has been a pillar of strength for his family, particularly in times of hardship. When his sister experienced the unimaginable loss of her daughters in a tragic plane accident, Jon was her rock. He took on the painful yet necessary responsibilities of bringing the girls home and making sure his sister could give them a proper farewell. In moments of crisis, Jon does not hesitate—he steps up with compassion, leadership, and an unshakable sense of duty.

Additionally, Jon remained devoted to his aging mother and father before he passed away 2 years ago, taking care of their needs and ensuring they receive the love and support they deserve. He has always been the person his family can rely on, demonstrating a level of selflessness that is rare and commendable.

Jon is not only a loving father, brother, and son but also a valued member of the community. He leads by example, always willing to help others and contribute in any way he can. Given the opportunity, I have no doubt that he will continue to take care of his family and remain a positive force in the lives of those around him.

Please feel free to contact me if you need any additional information.

Respectfully,

X _____
 SIGNATURE

Pasquale N Gianfrancesco

Exhibit T

Paul Decker letter

Paul G. Decker                                          2/6/2025
30710 Kevin Ct.
Osceola, IN 46561
Pdecker3d@aol.com
To: The Honorable Paul A. Engelmayer
     United States District Court Judge

Dear Judge Engelmayer

   I am writing to offer my heartfelt and sincere personal and character reference
on behalf of Jon Lamore who is scheduled to appear before you.
   I have been a close friend of Mr. Lamore's for the past two years, having
originally been hired to perform music at a function for family and friends.
From my very first introduction to Jon there was a warm and heartfelt feeling of
integrity and kindness emitted from him to me. I interacted with him, and Anna
(whom he truly shows a huge amount of love and verbal respect for), and his
close family and friends that entire day. His actions and words to all were truly
kind and respectful. When he talks of his son, Joseph, he seems to verbally
"glow", and shows true love for him.
   I have been hired on other occasions, since, to perform for him and Jon's
appreciation and generosity was sincere and verbally appreciated in a kind and
very loving way.
   He is someone who values family and has a strong love, devotion, and
commitment to God & his own personal spirituality. I can attest to his integrity,
strong moral compass, and dedication to bettering himself and those around him.
I've witnessed him interact with many others, and show kindness, generosity, and
a commitment to his family, friends, and business associates
   While I understand the seriousness of the situation, I firmly believe that this
incident is not reflective of his true character. I also feel that Mr. Lamore has
already been seriously punished by his humiliation of having to go through all of
the situations both present and past. I ask for your consideration and your
leniency in any decisions and/or sentence you may pass. He is ruly a good man,
and I trust that, given the chance, Jon Lamore will continue to contribute
positively to his family, his community, and the world around him. Thank you for
your time and attention in reading this letter.
Respectfully and with regards…

Paul Decker

Exhibit U

David Lindsey letter

# David P. Lindsey

400 S. Mashta Drive, Key Biscayne, Florida 33149
dlindsey2020@gmail.com | 212-390-0032

February 5, 2025

Honorable Paul A. Engelmayer

United States District Judge

United States Courthouse

Dear Judge Engelmayer,

I am writing in connection with the sentencing of Jon Larmore, whom I have known for nearly 15 years. Jon and I both have homes on the same lake in northern Indiana, and over the years, I have come to know him as an incredibly generous person. He's always opening his home, hosting neighbors, celebrating birthdays, and making sure the people around him feel welcome. He's generous not just with his space but with his time, his support, and his friendships. In fact, he can be generous to a fault, always willing to give of himself, sometimes more than he should.

For over 20 years, I was the founder, CEO, and chairman of DEFENDERS, and during that time period, it was one of Indiana's fastest-growing companies, leading a team that eventually grew to nearly 4,000 employees nationwide. Through that experience, I learned something fundamental: Businesses don't grow, people do. That became a core belief in our company culture, but over time, I saw that it applied far beyond business. Families don't grow, people do. Churches don't grow, people do. I have found that all meaningful change starts on the inside and works its way out, and I see that happening with Jon.

These past few years have been some of the most challenging of his life, but I've seen him embrace personal growth in a way I never had before. He made the decision to stay sober through this entire process, knowing he needed a clear mind. He and I have had deep conversations about faith, Jesus, and books that have shaped my own life - things like The Untethered Soul and other works by Michael Singer. Jon hasn't just been reading - he's been absorbing, questioning, and actively seeking to grow as a person.

When my girlfriend and I visited Jon and his partner, Anna, after the birth of their son, Joseph, we saw something truly special: a fresh start. Despite all the uncertainty, Jon and Anna were in great spirits, fully present in the joy of becoming parents. I believe Jon is in the middle of a transformation, and I hope this sentencing allows him to continue that growth. He is not someone who takes this lightly. He understands the weight of this moment, and he is actively working to become a better man, partner, and father.

I don't claim to know the full complexities of the case before you. Jon has always been involved in high-level business dealings, and I have intentionally stayed separate from that side of his life. But I do know this: Jon is not a malicious person. He has always been generous, supportive, and welcoming. He has been a friend to me, and I have never seen him act with cruelty or bad intent toward anyone.

I respectfully ask that you consider the man Jon is becoming and the growth he has already undertaken when determining his sentence. He is not running from this - he is facing it with a clear mind and an open heart. I believe that, given the chance, Jon will continue to grow, and in doing so will positively impact those around him.

Thank you for your time and consideration.

Respectfully,

David P. Lindsey
Former Chairman of the Board & CEO
DEFENDERS, Inc. - Indianapolis, Indiana

Exhibit V

John Goan letter

# Character Reference for Jon Larmore

John Goan
4672 Monroe Street
Bozeman, MT 59718
406-581-2243

February, 6th 2025

Hon. Paul A. Engelmayer
United States District Judge
United State Courthouse

Dear Judge Engelmayer,

I am writing to offer my sincere character reference on behalf of Jon Larmore', who is scheduled to appear before you.  I met Jon a few years back in Big Sky Montana while he was on vacation with his family.  Having mutual faith in Christ brought us together. I have been a real estate broker for 22 years. That is how the relationship started. Sense then we have been talking on a regular basis. Being a realtor one has learned to judge character in clients very fast.  One can spot insincerity and dishonesty very fast.  I can attest to his faith, his dedication to being a better man, husband and father.

I have not talked to Jon about this case and I haven't read anything about it. My specific knowledge of what happened is zero.  What I do know is it is a securities fraud case so it must be very serious.  What ever happened seems totally out of character from what I know of Jon.

Through his life has being totally upended, relationship lost and financial devastation Jon has manage to grow a relationship with Anna and have a beautiful new son. Even though he has suffered his life being destroyed he has worked very hard in moving forward to rebuild his life. I know his dedication to grow is very sincere. His choice of actions to work through this is very admirable.

His punishment for what has happened started a long time ago from humiliation, lost friends and financial devastation he has paid a huge price already. I think he realizes that he will be paying in some form the rest of his life.

I know how serious the charges are, and I don't take it lightly. But I do wish o behalf of his wife and new son I plead with you to be as lenient as possible.  I am sure you will not live to regret it.

Respectfully,


John Goan

Exhibit W

Erik Stevens letter

Erik Stevens
8349 E. Via de Belleza
Scottsdale, AZ 85258

2[7/2025

Hon. Paul A. Engelmayer
United States District Judge
United States Courthouse

Dear Judge Engelmayer,

I just wanted to take this opportunity to provide some insight on the character of Mr. Jon Larmore, and ask for leniency and compassion in connection with the sentencing of Jon Larmore for his crime of securities fraud.

I have been a realtor in the State of Arizona for 30 years, and I am currently an A+ Member of the Better Business Bureau and a Military Relocation Professional as well. I have been friends with Jon Larmore for 29 years.

I would like to let you know that Jon has always been a deeply religious man and very family-oriented, sharing, and caring person. I personally went through a very tumultuous custody case for my son, and at the time the uncertainly and stress of the ongoing trial taxed me to my emotional and financial limit. Jon was always there to let me know that everything that I was doing, was always to make a better life for my son, and that being there to spend quality time with my son would be what will reward me most and always prove valuable in the end. I was able to build on Jon's advice and ultimately gain custody of my son.

I was there to experience the pain first hand that his family suffered when his sister lost her young daughters in a terrible plane accident. Jon was the rock for his family to lean on during this awful time that wore heavily on all those affected. Without his strong faith and belief in family bonds, I do not know how his family would have begun to heal.

I frequently exchange family photos and updates via text with Jon about Anna and Joseph while updating him on my wife, son and young daughter. I know the love that he shares with Anna and young Joseph surpasses anything else in his life.

I am requesting leniency in the sentencing of Mr. Jon Larmore because I know him as a loving father, brother, son, and friend. I know him as a man that would always lend an ear, or a shoulder to cry on, and a man who loves his family and loves God. I hope that you will also take into consideration the punishment that he has received thus far as he rebuilds a life around those closest to him.

Thank you for your time and consideration.


Respectfully,


Erik Stevens

Exhibit X

Patricia Bell letter

Patricia Bell
2340 Turnberry Lane
Fort Wayne, IN  4814
pbell@themidlandgroup.net


February 4, 2025

Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse

Dear Judge Engelmayer,

This letter is being written in connection with the sentencing of Jon Larmore for his crime of securities fraud.

My name is Patricia Bell, and I live in Fort Wayne, Indiana. I have known Jon Larmore since he was a young boy of 10 years old. My husband and I moved into the neighborhood in 1984 with our two sons who were 8 and 10 at the time. Jon became a friend of theirs, and my husband and I became friends of Jon's parents, Bob and Marcia. Bob became our eye doctor as he was an ophthalmologist. Marcia and Bob and their children, Jon and Cynthia, attended our church where Marcia was my Bible Study leader. The Larmores were, and still are, people of faith. (Dr. Bob Larmore died two years ago.) Young Jon had a zest for life and strived to be the best in everything that he got involved in. He was very disciplined and developed self-confidence as he was a swimmer and competed on swim teams. He knew what he wanted to do and what schools he wanted to go to. Upon graduation from college, he was determined to move to Arizona and learn the real estate business. Jon's mentor was his next-door neighbor who was a very successful businessman. He wanted to become like his mentor.

I remember when my father came to live with us because he had a brain tumor, the Larmore family came to our aid with food and visits. The entire family came at Christmas and sang carols to my father  They are a very loving caring family who were loyal supporters of those in need.

We attended Jon's wedding to Michelle and watched as they raised two amazing children.

As Bob Larmore reached his 70's, he started to decline as he lived with terrible back pain. Jon was a very supportive son to his dad, helping to take care of him and make sure he was comfortable. He was a loving son and brother who stood by his sister when she lost both her daughters in a tragic plane crash. Jon, unfortunately, is in a

divorce now with Michelle. He has a new love, Anna, and a beautiful son, Joseph, who isn't even a year old.

I ask that you have leniency on Jon as he s a good man that has a strong faith and believes in Jesus and has done a lot of good for others.

I pray for him daily.

Respectfully,

Pat Bell

Pat Bell

Exhibit Y

Besty Roby letter

**Richard Asche**

| | |
|---|---|
| **From:** | PhilRoby <pbrbjr@aol.com> |
| **Sent:** | Friday, February 7, 2025 7:40 PM |
| **To:** | Richard Asche |
| **Subject:** | Jon H. Larmore |

Honorable Paul A. Engelmayer,United States District Judge, United States Courthouse

Dear Judge Engermayer,

We are writing this letter on behalf of Jon Larmore and his sentencing for his crime of securities fraud.  We have been lifelong friends of the Larmore family for over 60 years, and we have known Jon since he was born.
Jon has always been a very intelligent person who attained high standards in pursuit of all of his educational endeavors.  He has displayed a winning personality throughout his life.  His commitment and love for his family has always been of upmost importance to him.  We have always felt his warmth and kindness to both of us and our whole family.

We feel saddened about the situation Jon is in, and we feel he would never purposely have any intentions to harm anyone.  As a new father, it would be so hearthbreaking for his son to not have his father while growing-up.  We are so hopeful that you will show lieniency in your final sentencing of Jon.

We appreciate your  time and attention to our letter.

Respectfully,
Phil and Betsy Roby
285 Grande Way #602, Naples, Florida 34110

Exhibit Z

Tade Powell letter

Hon. Paul A. Engelmayer

United States District Judge

United States Courthouse


Your Honor,


My name is Tade Joseph Powell. I reside in Marion, IN and I am the Senior Vice President of Communications and Competitive Strategy for First Farmers Bank & Trust, a $3.4 billion, 40 location community bank serving clients in Indiana and Illinois. I am writing in connection to the sentencing of Jon Larmore in support of leniency.  I have known Jon Larmore for 2.5 years and I am engaged to his older sister Cynthia.  My knowledge of Jon's business history/ relationships is negligible, so this letter serves to convey my personal observations of his activities/ relationships with his family (fiancé, son, and additional family/ close friends etc.).

In the time I have spent with Jon over the course of the last year, he has shown himself to be very passionate about his family and his personal faith.  Given all circumstances, Jon's sister Cynthia and I have tried to be very proactive in facilitating a welcoming and non-judgmental space/environment during holidays/special occasions so all family members could be aware of developments while offering as much emotional support as possible to all affected.

Jon and Anna clearly seem to have a healthy and caring dynamic as a couple. Their new son certainly has granted Jon a renewed perspective and has reinforced the extreme importance of a healthy communicative family dynamic. In accordance with Jon's rehabilitation, my hope would be that he is able to work through the process while mitigating the negative impacts to his supportive relationships. Regardless of the severity of his sentencing, his journey to rebuild a healthy and sustainable personal environment will significantly depend on his connection to those that both love him unconditionally and that he should be most appreciative of.

Thank you for your audience and thank you for your candor and clarity on the composition of this letter. Please know that I stand with Jon's other family and friends in support of his continued rehabilitation and in asking for leniency in his sentencing.


Respectfully submitted,

Tade Joseph Powell

Exhibit AA

Carson Chafee letter

Hon. Paul A. Engelmayer
United States District Judge
United States Courthouse

Dear Judge Engelmayer,

I am writing this letter in connection with the sentencing of Jon Larmore for his crime of securities fraud. My name is Carson Chaffee, and I work as a server in Grand Rapids. I have known Jon for approximately three years, during which time I have had the privilege of working alongside him.

From the moment I met Jon, he treated me with a level of respect and kindness that went beyond what I expected. He was always the first person to ask how I was doing and whether there was anything he could do to help. Jon didn't just treat me as a coworker—he treated me like family, and that care extended beyond the workplace.

One of the most meaningful aspects of my relationship with Jon has been the way he strengthened my faith. We frequently spoke about God, prayed together at the table, and shared daily Bible quotes. These moments had a profound impact on my life, helping me grow spiritually and find deeper meaning in my beliefs.

Beyond that, Jon has been a mentor to me in many ways. He has taught me valuable life lessons, particularly about the importance of hard work. I have never met anyone who works as hard as Jon, whether under stress or not. Despite his demanding responsibilities, he always found the time to maintain strong relationships, not just with me, but with all of my friends and family. The way he treats those around him, especially his family, with love and devotion, is something I deeply admire.

Another remarkable trait about Jon is his selflessness. He has always cared deeply about others, rarely speaking about himself unless asked, but always taking a genuine interest in what others had to say. His ability to listen, encourage, and support those around him is something that truly sets him apart.

I understand the seriousness of Jon's actions, but I also know the kind of person he is at his core. He has already faced great hardship and humiliation, and I respectfully ask that you consider his character and the positive impact he has had on those around him when determining his sentence.

Respectfully,
Carson Chaffee

Exhibit BB

Randal Spruill letter

Randall Spruill
1419 Hearst Drive NE
Brookhaven, GA 30319

February 10, 2025

Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse

Dear Judge Engelmayer,

I am writing to offer my sincere character reference for my good friend Jon Larmore. I am a sales executive with Oracle Corporation and have been in the same role for 21 years. I have known Jon for most of my life. Our families have spent quite a bit of time together over the last 30 years. The Larmore's have a very tight family, and we are lucky to be such close friends.

I think Jon's loss of his Father Robert in 2022 was a huge blow to the Larmore family and to Jon specifically. I know this is not an excuse for the bad decisions Jon made after the death of his father, but I am sure that had something to do with it. Jon has a huge heart and will do anything he can to help his family and friends. That is the Jon I know and love.

Thank you for your consideration of this letter as you contemplate Jon's case. I know Jon has learned much from this experience. I am confident he is ready to demonstrate the true character of the Jon Larmore I know. I know Jon is ready to be a productive member of the community and appreciate any leniency you can offer in your sentencing.

Thank you for your time in reading this letter.

Respectfully,

Randall Spruill

Exhibit CC

Mary Lou Stark letter