| | |
|---|---|
| **From:** | Bruce Udolf |
| **To:** | EngelmayerNYSDChambers@nysd.uscourts.gov |
| **Cc:** | Rodriguez, Justin (USANYS) 8; Hobson, Adam (USANYS); Mortazavi, Sarah (USANYS) |
| **Subject:** | Request for Adjournment of Larmore Sentencing set for March 4, 2025 |
| **Date:** | Friday, February 28, 2025 2:47:55 PM |

Hon. Paul A. Engelmayer
United States District Court Judge
Southern District of New York
New York, New York

Dear Judge Engelmayer:

Yesterday I was notified that my co-counsel, Richard Asche, had been admitted to Cornell Hospital for treatment of pneumonia and related kidney problems. I am not sure at this point how long he will be in the hospital and what his prognosis might be. I have tried to get more information today, but have been unable to get any updates on his condition or the anticipated length of his treatment. The defense had been prepared to go forward with the defendant's sentencing on Tuesday, with Mr. Asche's active participation.

Under the circumstances, we are unable to proceed without Mr. Asche. When he and I spoke yesterday, he informed me that he believed he would be unavailable for at least one week. Mr. Larmore is prepared to go forward as soon as Mr. Asche is available.
I have discussed this matter with AUSA Justin Rodriguez who indicated that the government does not oppose the adjournment sought.
Accordingly, we respectfully request that the sentencing currently set for March 4, 2025, be reset for at least two weeks, at whatever time is convenient to the Court.

We sincerely regret whatever inconvenience this might cause the Court, the parties and any witnesses.

Respectfully submitted,

Bruce L. Udolf
Counsel for Jonathan Larmore