March 1, 2025

Hon. Paul A. Engelmayer
United States District Court Judge
Southern District of New York
New York, New York

### Defendant Larmore's Reply to Government's Sentencing Submission
*United States of America v. Jonathan Moynahan Larmore; 24 Cr. 140 (PAE)*

Dear Judge Engelmayer:

The defense submits the attached Supplemental Declaration of Mark Allenbaugh in reply to the Government's Sentencing Submission, which the defense intends to rely upon during its argument at sentencing .

Respectfully submitted,

Bruce L. Udolf
Counsel for Jonathan Larmore