UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JONATHAN MOYNAHAN LARMORE,

Defendant.

---

24 Cr. 140 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Sentencing in this case has been rescheduled to Tuesday, March 18, 2025, at 9:30 a.m. One area of dispute between the parties concerns whether there were 10 or more victims of the fraud, as required for the 2-point upward adjustment of U.S.S.G. § 2B1.1(2)(A)(i) to apply. The PSR, which finds the adjustment to apply, states that 20,000 purchases of WeWork stock were made during after-hours trading on November 3, 2023, after issuance of the Cole Capital press release. Dkt. 119 at 12. The Court is prepared to find that any person or entity who purchased WeWork stock at an inflated price after issuance of the press release and who thereafter sold or exchanged it at a lower price qualifies as a victim. It is circumstantially likely that there were far more than 10 such persons. However, in the interest of assuring an accurate application of the Guidelines, the Court asks the Government to submit a list identifying at least 10 such persons and the prices and times at which they bought and sold. For avoidance of doubt, the Government is authorized, in any public filing, to anonymize such persons (e.g., by referring to them by first and last initial). The Government's response to this order is due Friday, March 14, 2025.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 3, 2025
      New York, New York