**Litman, Asche & Gioiella, LLP**
**350 Central park west suite 10F**
**New York, New York 10025**
**Telephone (917) 414-6951**

**Richard m. asche**
**Russell M. Gioiella (1980-2024) (ret.)**
**Jack t. Litman (1976-2010)**

**Writer's Cell phone**
(917) 414-6951
**Writer's email**
richardasche@lagnyc.com

March 24, 2025

Via Email EngelmayerNYSDChambers@nysd.us.courts.gov

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York  10007

   Re: U.S. v. Jonathan Moynahan Larmore
     Case No. 24 CR 140 (PAE)

Dear Judge Engelmayer:

  At the defendant's sentencing on March 18, 2025, the Court imposed a prison sentence of 60 months. At the time, the undersigned requested the Court recommend a facility nearest to his family. The Court agreed to allow the defense until today to make a more specific request depending on the family's planned living arrangements for the next several years. Since then, the undersigned has been advised by the defendant that his fiancée is planning to live with her parents and Mr. Larmore's son at their homes in Indiana and Ohio. They have advised that the low level facility at Milan, Michigan is most convenient to those locations.

  Accordingly, the undersigned respectfully requests that the sentencing order signed by the Court on March 18, 2025, be amended to include a recommendation by the Court that the defendant be designated to the federal prison in Milan, Michigan.

          Respectfully submitted,

          /s/  Richard M. Asche
          Richard Asche

          /s/  Bruce Udolf
          Bruce Udolf
          Attorneys for the Defendant