Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern _____ District of __New York_____

U.S. DISTRICT COURT
FILED
APR 01 2025
S.D. OF N.Y.

Caption:

__United States of America__,

v.

__Jonathan Moynihan Larmore__

Docket No.: __24 cr 140__

__Paul A. Engelmayer__
(District Court Judge)

Notice is hereby given that __Jonathan Moynihan Larmore__ appeals to the United States Court of

Appeals for the Second Circuit from the judgment ____, other ┤ _____
(specify)

entered in this action on __March 18, 2025__.
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |X| Other |___|

Defendant found guilty by plea | | trial |✓| N/A | .

Offense occurred after November 1, 1987? Yes |X No [ N/A [

Date of sentence: __March 18, 2025__ N/A |___|

Bail/Jail Disposition: Committed |___| Not committed | | N/A |

Appellant is represented by counsel? Yes | No | X | If yes, provide the following information:

Defendant's Counsel: _____

Counsel's Address: _____

_____

Counsel's Phone: _____

Assistant U.S. Attorney: __Justin Rodriguez, Esq.__

AUSA's Address: __26 Federal Plaza__

__New York, New York 10278__

AUSA's Phone: __(212) 637-2200__

Signature

Jonathan M. Larmore

Receipt #: 385546    $605.00    04/01/2025  S.R.

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Apr 1, 2025 9:42AM

JONATHAN MOYNIHAN LARMORE

| | Rcpt. No: 38546 | Trans. Date: Apr 1, 2025 9:42AM | | | Cashier ID: #SR (6955) |
|---|---|---|---|---|---|

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #313 | 04/1/2025 | | $605.00 |
| | | | Total Due Prior to Payment: | | $605.00 |
| | | | Total Tendered: | | $605.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: 24CR00140-1 PAE

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.