UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JONATHAN MOYNAHAN LARMORE,

Defendant.

---

24 Cr. 140 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On April 20, 2025, the defense filed a motion in support of release pending appeal. *See* Dkt. 137. The Government is directed to file a response by Friday, May 2, 2025. No reply is invited.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 21, 2025
New York, New York

1