# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of May, two thousand twenty-five.

Before:    Beth Robinson,
*Circuit Judge.*

_____

United States of America,

    Appellee,

v.

Jonathan Moynahan Larmore,

    Defendant - Appellant.

_____

**ORDER**

Docket No. 25-774

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/16/2025_____

Appellant Jonathan Larmore moves for bail pending appeal and for his surrender date to be stayed pending the outcome of this motion for bail pending appeal.

IT IS HEREBY ORDERED that the Court grants an administrative stay of Appellant's surrender date pending decision of this motion by a three-judge motions panel. The Government's opposition must be filed by Tuesday, May 27, 2025. The bail motion is REFERRED to the first available motions panel following the due date of the Government's opposition.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/16/2025