

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

June 16, 2025

**VIA ECF AND EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
New York, New York 10007

    Re:    *United States v. Larmore*, 24 Cr. 140 (PAE)

Dear Judge Engelmayer:

    This morning, the Second Circuit denied the defendant's motion for bail pending appeal and vacated its administrative stay of the defendant's May 19, 2025, surrender date. (Certified Order, Dkt. 44.1, *United States v. Larmore*, 25-774 (2d. Cir. June 16, 2015) ("2d Cir. Dkt.")). As such, and because this Court's original surrender date has passed, the defendant is obligated to surrender to his designated facility, FCI Lewisburg, immediately. Nonetheless, to facilitate a prompt but orderly surrender, the Government writes to respectfully request that the Court order the defendant to surrender to his designated facility by Wednesday June 18, 2025, at 2:00 p.m. EDT.

    The defendant has had more than three months to prepare for his surrender, which was supposed to have occurred by May 19, 2025. (Dkt. 130). On Wednesday May 14, 2025, just five days before that surrender date, however, the defendant filed a motion with the Second Circuit seeking bail pending appeal and a stay of the surrender date. On Friday May 16, 2025—just one business day before his surrender date—Judge Robinson granted an administrative stay of the defendant's surrender pending decision of his motion for bail pending appeal by the first available three-judge motions panel following the due date of the Government's opposition. (2d Cir. Dkt. 28). On Friday June 13, 2025, a motions panel of the Second Circuit heard oral argument on the defendant's motion and, on Monday morning June 16, 2025, the panel denied the motion and vacated the stay, effectively reinstating this Court's original sentencing order and surrender date. (2d Cir. Dkt. 44.1).

    Although Larmore has had multiple months to prepare for his term of imprisonment, in order to effectuate a prompt but orderly surrender, the Court should order the defendant to surrender to his designated facility by Wednesday June 18, 2025, at 2:00 p.m. EDT. No further delay is warranted and Larmore must now, at last, begin to serve his sentence.

Hon. Paul A. Engelmayer  
June 16, 2025

Page 2

>Respectfully submitted,
>
>JAY CLAYTON  
>United States Attorney
>
>by: _____  
>Justin V. Rodriguez  
>Adam S. Hobson  
>Sarah Mortazavi  
>Assistant United States Attorneys  
>(212) 637-2591

cc: Counsel of record (via ECF)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 142.

6/16/2025

SO ORDERED.

_____  
PAUL A. ENGELMAYER  
United States District Judge